RECEIVED
2006 DEC -5 A 9:50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Darren Price #36199
———————————————————
Full name and prison number
of plaintiff(s)

v.

Comm. William McCarthy
Head Nurse Speigner
C/O Tracey Walker
———————————————————

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:06CV1080-WKW
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) N/A

         Defendant(s) N/A

      2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number ____N/A____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition ____N/A____

II. PLACE OF PRESENT CONFINEMENT ____Houston County Jail Dothan, Al.____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED ____Houston County Jail Dothan, Al.____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. Comm. William McCarthy — Houston County Jail 901 E Main St Dothan, Al. 36301
2. Head Nurse Speigner — Same as above
3. C/O Tracey Walker — Same as above
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
Nov-20-06

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: On Nov-20-06 inmate Darren Price slipped in a puddle of water in his cell, while trying to reach for something to hold on to I cut my finger (actually my thumb) on the door to my cell which has a broken lock on it. The puddle of water come from a leak under the toilet. My cell-mate and I had reported the broken Door and the toilet and noone came to fix them. The door and the toilet had been broken for three weeks before anyone came to fix them and after I got hurt.

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

the accident was on the 20th they didn't fix them until the 29th, nine days after the accident. The cut to my thumb was a serious cut I should have been taken to the hospital from the start but medical tried to handle it on their own and didn't take me to the hospital until two days later, the

**GROUND TWO:** doctor said to bring me back two days later but I wasn't taken back (6) six days later. It's very possible

**SUPPORTING FACTS:** that I could lose the use of that thumb and if you can't use the thumb the hand is no use, all because of the negligence of the administration of the Houston County Gail I might lose the use of my hand.

**GROUND THREE:** (Medical Bill) They are trying (No) making me responsible for the medical bill. Ms Walker is over the money account and they are deducting what little

**SUPPORTING FACTS:** money that my people bring me down here they are taking hold of it. The Houston County Gail is responsible for this accident and they should pay the the Medical Bill and give me punitive damages for pain and suffering and be responsible for me if I lose the use of my right hand under future Earning Capacity.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

See that I get proper medical treatment, all the money that was taken off my book to be put back on and the houston county jail be responsible for the medical bill and award me $5,000 in punitive damages

x Darren Price
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-1-06 .
(Date)

x Darren Price
Signature of plaintiff(s)

4