**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Comm. William McCarthy
   Houston County Jail
   901 E. Main St.
   Dothan, AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_         ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )        C. Date of Delivery
   _Nachush Reed_              12-8-06

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

   1:06 CV 1080
   C + 0 of proc.                    40

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0100 0003 2055 4094

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse Sprigner
   Houston County Jail
   901 E. Main St.
   Dothan, AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Lachrist Rice                12-8-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   1:06CV1080
   C + S of proc.                             (40)

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 7125

Domestic Return Receipt                       102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   C. O. Tracey Walker
   Houston County Jail
   901 E. Main St.
   Dothan, AL 36301

2. Article Number (Transfer from service label)

   7006 0100 0003 2055 4100

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )
   Nachristy Reec

C. Date of Delivery
   12-8-06

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
   1:06CV1080
   C & O ofp

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt                102595-02-M-1540