IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARREN PRICE, #36199, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 1:06-CV-1080-WKW |
| COMMANDER WILLIAM McCARTY, NURSE PRACTITIONER DARLA SPEIGNER, and CORRECTIONS OFFICER TRACEY WALKER, | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby gives notice of his entry of appearance as counsel for Defendants, Commander William McCarty, Nurse Practitioner Darla Speigner and Corrections Officer Tracey Walker.

Dated this 14th day of December, 2006.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon, Darren Price, #36199, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 14th day of December, 2006.

                                                  s/Gary C. Sherrer
                                                OF COUNSEL