DARREN PRICE #36199
901 E. MAIN ST. C/O HOUSTON COUNTY JAIL
DOTHAN, AL 36301

12/26/06

1:06-CV-1080-WKW (WO)

RECEIVED
2006 DEC 28 A 10:10
[CLERK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA]

## MOTION FOR COUNSEL:

I DARREN PRICE #36199, HERE AT THE HOUSTON COUNTY JAIL WOULD LIKE TO HAVE COUNSEL ON THIS CIVIL ACTION.

DARREN PRICE
/s/ Darren Price