IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARREN PRICE, #36199,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-CV-1080-WKW |
| | ) |
| **COMMANDER WILLIAM McCARTY,** | ) |
| **NURSE PRACTITIONER DARLA SPEIGNER,** | ) |
| **and CORRECTIONS OFFICER** | ) |
| **TRACEY WALKER,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants in the above-styled cause, and respectfully request a seven (7) day extension through and until January 23, 2007, in which to file their Special Report and Answer filed with this court, and as grounds therefore state as follows:

1. That Defendants' Special Report and Answer is currently due in this case on January 16, 2007.

2. That due to the change in administration in the Houston County Sheriff's Department, the undersigned has not been able to meet with all the necessary defendants to prepare the Defendants' Special Report and Answer.

3. One of the defendants is not actively working at the Houston County Sheriff's Department.

WHEREFORE, Defendants respectfully request a seven (7) day extension through and until January 23, 2007, in which to file their Special Report and Answer in this case.

Dated this 16th day of January, 2007.

Respectfully submitted,

**s/Gary C. Sherrer**
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Motion for Extension of Time upon Darren Price, #36199, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 16th day of January, 2007.

**s/Gary C. Sherrer**
OF COUNSEL