IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

DARRREN PRICE, #36199                    *

      Plaintiff,                        *

          v.                             *        1:06-CV-1080-WKW

COMM. WILLIAM MCCARTY, *et al*.,    *

      Defendants.                       *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1.  Defendants' Motion for Extension of Time (Doc. No. 9) is GRANTED; and

2.  Defendants are GRANTED an extension from January 16, 2007 to January 23, 2007 to file their answer and written report.

Done, this 17th day of January 2007.

                /s/Terry F. Moorer
             TERRY MOORER
             UNITED STATES MAGISTRATE JUDGE