IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARREN PRICE, #36199,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-CV-1080-WKW |
| | ) |
| **COMMANDER WILLIAM McCARTY,** | ) |
| **NURSE PRACTITIONER DARLA SPEIGNER,** | ) |
| **and CORRECTIONS OFFICER** | ) |
| **TRACEY WALKER,** | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME**

COMES NOW, Defendants in the above-styled cause, and respectfully request an additional seven (7) day extension through and until January 30, 2007, in which to file their Special Report and Answer filed with this court, and as grounds therefore state as follows:

1. That Defendants' Special Report and Answer is currently due in this case on January 23, 2007.

2. That due to the change in administration in the Houston County Sheriff's Department, the undersigned has not been able to meet with all the necessary defendants to prepare the Defendants' Special Report and Answer.

3. More specifically, the Nurse Practitioner is on leave and is resigning her position in the Houston County Jail medical clinic. Ms. Speigner is not and has not been available to assist the undersigned with Defendants' Special Report or to make an affidavit for the Special Report to this

Court. The undersigned has this date made arrangements with Dr. Sam R. Banner, the Medical Director for the clinic for Dr. Banner to review plaintiff's file and later this week meet to work on and provide an affidavit or declaration for purposes of Defendants' Special Report and Answer in this case.

WHEREFORE, Defendants respectfully request an additional seven (7) day extension through and until January 30, 2007, in which to file their Special Report and Answer in this case.

Dated this 23rd day of January, 2007.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

### CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Motion for Extension of Time upon Darren Price, #36199, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 23rd day of January, 2007.

s/Gary C. Sherrer
OF COUNSEL