IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

DARREN PRICE, #36199              *

    Plaintiff,                              *

    v.                                           *      1:06-CV-1080-WKW

COMM. WILLIAM MCCARTY, *et al.*,  *

    Defendants.                           *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 11) is GRANTED; and

2. Defendants are GRANTED an extension from January 23, 2007 to January 30, 2007 to file their answer and written report.

Done, this 24th day of January 2007.

                                      /s/Terry F. Moorer
                                   TERRY MOORER
                                   UNITED STATES MAGISTRATE JUDGE