# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DARREN PRICE, #36199,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.: 1:06-CV-1080-WKW** |
| | ) |
| **COMMANDER WILLIAM McCARTY,** | ) |
| **NURSE PRACTITIONER DARLA SPEIGNER,** | ) |
| **and CORRECTIONS OFFICER** | ) |
| **TRACEY WALKER,** | ) |
| | ) |
| **Defendants.** | ) |

# SPECIAL REPORT AND ANSWER

Come now defendants, **Commander William McCarty, Nurse Practitioner Darla Speigner and Corrections Officer Tracey Walker**, in the above-styled cause and for Answer to plaintiff's Complaint, state as follows:

1.    As to Paragraph 1 of plaintiff's Complaint, defendants assert that at this time they are without personal knowledge or information sufficient to form a belief as to the truth of the averments.

2.    As to Paragraph 2 of plaintiff's Complaint, defendants assert that at this time they are without personal knowledge or information sufficient to form a belief as to the truth of the averments.

3.    As to Paragraph 3 of plaintiff's Complaint, defendants deny that the constitutional

rights of plaintiff have been violated and demand strict proof thereof.

4.    As to Paragraph 4 of plaintiff's Complaint, defendants deny that plaintiff's constitutional rights have been violated at any time.

5.    As to Paragraph 5 of plaintiff's Complaint, defendants deny that plaintiff's Constitutional rights have been violated.  Defendant asserts that while in the Houston County Jail, plaintiff has never been wrongly deprived of a right protected by the United States Constitution and the court decisions interpretive thereof.  For more complete factual information regarding plaintiff's Complaint and defendants' response thereto, please refer to the **Affidavits of Nurse Gail Neiswanger and Commander William McCarty** (Exhibits "1" and "2" respectively).

6.    As to Paragraph 6 of plaintiff's Complaint, defendants assert that the plaintiff is not entitled to any relief from this Court as there has been no violation, constitutional or otherwise.

## AFFIRMATIVE AND ADDITIONAL DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint and the claims therein, or alternatively portions thereof, fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

Any allegations of plaintiff's Complaint not explicitly admitted herein are denied and strict proof is demanded to support such allegations.

### THIRD DEFENSE

Plaintiff is not entitled to any award of punitive damages should this complaint be construed to request them.

## FOURTH DEFENSE

Plaintiff is not entitled to any relief requested in the Complaint.

## FIFTH DEFENSE

There is no causal relation between the acts of the defendants and any injury or damage allegedly suffered by the plaintiff.

## SIXTH DEFENSE

Plaintiff's injuries and damages, if any, were a result or consequence of supervening, independent or intervening conduct, events or acts by other persons or entities over whom defendants had no control or right of control.

## SEVENTH DEFENSE

Defendants affirmatively aver that all of their actions were taken in good faith. Plaintiff cannot recover based upon plaintiff's conclusory, unsupported, bareboned and vague allegations against defendants as they are unsupported by fact or law.

## EIGHTH DEFENSE

The allegations contained in plaintiff's Complaint against the defendants, sued in their individual capacity, fail to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. *See* Oladeinde v. City of Birmingham, 963 F.2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Educ. of Escambia County, 880 F.2d 305, 309 (11th Cir. 1989).

## NINTH DEFENSE

Defendants affirmatively deny any and all alleged claims by the plaintiff concerning his alleged deprivation of civil rights.

## TENTH DEFENSE

Should the plaintiff's complaint be construed to state claims under Alabama law, all state claims against defendants in their official capacity are barred because the Eleventh Amendment to the United States Constitution prohibits federal courts from hearing state law claims against state officials under the Doctrine of Pendant Jurisdiction. Pennhurst State School and Hospital v. Halderman, 465 U.S. 89, 117-121 (1984).

## ELEVENTH DEFENSE

All federal claims against defendants in their official capacity are barred by the Eleventh Amendment of the United States Constitution. Pennhurst State School and Hospital v. Halderman, 465 U.S. 89, 104 S. Ct. 900, 79 L.Ed., 2d 67 (1984).

## TWELFTH DEFENSE

In addition to defendants Eleventh Amendment argument, they further contend that they are not "persons" within the meaning of 42 U.S.C. § 1983. The plaintiff, by suing defendants in their official capacity, is seeking damages from the State of Alabama. Neither a state, nor its officials, as sued in their official capacities are "persons" under 42 U.S.C. § 1983. Will v. Michigan Dept. of State Police, 109 S.Ct. 2304, 2312 (1989) and Hafer v. Melo, 502 U.S. 21, 22-23 (1991).

## THIRTEENTH DEFENSE

Defendants assert the defense of qualified immunity. Further, defendants plead the privileges, qualified immunities, substantive immunities, state law immunities, absolute immunities, defenses and good faith immunities given to officers of the law, governmental entities or otherwise in the above styled cause. Defendants state that any action taken by them was made in good faith and in the performance of their duty as Sheriff, Deputy, Officer or Sheriff Department Employee of

Houston County, Alabama.

## FOURTEENTH DEFENSE

Defendants assert and plead the defense of substantive or state law immunity under the law of the State of Alabama.

## FIFTEENTH DEFENSE

Defendants assert and plead sovereign immunity provided by Alabama Constitution 1901, Article I, §14.

## SIXTEENTH DEFENSE

Defendants assert that the allegations within the Complaint and the facts as will be developed are insufficient to invoke the jurisdiction of this Court.

## SEVENTEENTH DEFENSE

Plaintiff's Complaint does not allege a violation of rights secured by the United States Constitution.

## EIGHTEENTH DEFENSE

Defendants plead and assert the statutory immunity provided by Act of the Alabama Legislature, designated as *Act Number 94-640*, effective April 26, 1994, and Codified as *Ala. Code § 6-5-338*, which provides absolute immunity to all peace officers and governmental units.

## NINETEENTH DEFENSE

That the plaintiff has failed to exhaust his administrative remedies as mandated by the Prison Litigation Reform Act amendment to *42 U.S.C. § 1997e(a)*. Specifically, plaintiff has filed this lawsuit against defendants who are state officers without first exhausting his administrative remedies

by filing a claim with and proceeding before the Alabama State Board of Adjustments as required by *Ala. Code § 41-9-60;* and plaintiff has failed to pursue the administrative remedies available to him in the Houston County Jail by virtue of the grievances procedures provided to the inmates therein.

### TWENTIETH DEFENSE

That the Prison Litigation Reform Act amendment to *42 U.S.C. §1997e(c)* mandates the dismissal of plaintiff's claims herein as this action is frivolous, malicious, fails to state a claim upon which relief can be granted or seeks money damages from defendants who are entitled to immunity.

### TWENTY-FIRST DEFENSE

That the plaintiff failed to comply with *28 U.S.C. §1915* with respect to the requirements and limitations inmates must follow in filing in forma paupers actions in federal court.

### TWENTY-SECOND DEFENSE

That, pursuant to *28 U.S.C. §1915(f),* plaintiff be required to make payment for all court costs in this matter in the same manner as provided for filing fees in *28 U.S.C. §1915(a)(2).*

### TWENTY-THIRD DEFENSE

Pursuant to *28 U.S.C. §1915A,* this court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from defendants who are state officers entitled to immunity. These same standards are continued and provided for in *42 U.S.C. §1997e(c).*

### TWENTY-FOURTH DEFENSE

Defendants assert that mere negligence or medical malpractice is insufficient to state a claim. *See* <u>Rogers v. Evans</u>, 792 F.2d 1052 (11th Cir. 1986).

### TWENTY-FIFTH DEFENSE

Defendants adopt and assert all defenses provided and set forth in the Alabama Medical Liability Act, *Ala. Code § 6-5-481, et seq., and § 6-5-542, et seq.*

### TWENTY-SIXTH DEFENSE

Defendants plead the affirmative defense that the plaintiff's Complaint does not contain a detailed specification and factual description of the acts and omissions alleged to render defendants liable to the plaintiff as required by *Ala. Code § 6-5-551.*

### TWENTY-SEVENTH DEFENSE

Defendants assert the affirmative defense of the contributory negligence of plaintiff.

### TWENTY-EIGHTH DEFENSE

Defendants assert the affirmative defense of the assumption of the risk by plaintiff.

### TWENTY-NINTH DEFENSE

Defendants assert the truth as a defense in this case.

### THIRTIETH DEFENSE

Defendants assert the affirmative defense of waiver which constitutes an avoidance or affirmative defense in this action.

### THIRTY-FIRST DEFENSE

Defendants deny that they breached a duty or obligation owed to the plaintiff.

## THIRTY-SECOND DEFENSE

In response to plaintiff's averments of wanton conduct and claims for punitive damages, the defendants allege that:

1.    Plaintiff's claims for punitive damages are prohibited by the due process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and Article I Section 6 of the Alabama Constitution.

2.    Plaintiff's claims for punitive damages are prohibited by the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution and Article I, Section 6, 1 and 22 of the Alabama Constitution.

3.    Plaintiff's claims for punitive damages are prohibited under the Contract Clause of Article I, Section 10 of the United States Constitution.

4.    Plaintiff's claims for punitive damages violate the Due Process Clause of the Fourteenth Amendment of the United States Constitution that the claims for punitive damages are vague and not rationally related to any legitimate government interests.

5.    Plaintiff's claims for punitive damages violate the Sixth Amendment of the United States Constitution in that the claims for punitive damages are claims which are penal in nature, entitling the defendants to the same procedural safeguards accorded to a criminal defendant under the Sixth Amendment.

6.    Plaintiff's claims for punitive damages violate the Self Incrimination Clause of the Fifth Amendment of the United States Constitution in that the damages claimed are penal in nature while the defendants are required to disclose documents and/or other evidence without

safeguard against self-incrimination set out in the Fifth Amendment.

7.      Plaintiff's claims for punitive damages violate the Fifth Amendment of the United States Constitution, which prohibits deprivation of life, liberty or property except by due process of law and that the claims for punitive damages are vague and not rationally related to any legitimate government interest.

8.      Plaintiff's claims for punitive damages violate the rights guaranteed by the United States Constitution in that the claim for punitive damages is penal in nature for which the burden of proof on plaintiff is less than the "beyond a reasonable doubt" standard required in criminal cases.

9.      Plaintiff's claims for punitive damages are unconstitutional under the Constitution of the State of Alabama which provides in Article I, Section 6, that no person shall be deprived of life, liberty or property, except by due process of law, and that the punitive damages claimed are vague and not rationally related to any legitimate governments interests.

10.      Plaintiff's claims for punitive damages are unconstitutional under the Constitution of the State of Alabama which provides in Article I, Section 6, that no person shall be deprived of life, liberty or property, except by due process of law, in that the punitive damages claimed which are penal in nature, require a burden of proof on the plaintiff which is less than a "beyond a reasonable doubt" burden of proof required in criminal cases.

11.      Plaintiff's claims for punitive damages are unconstitutional under the Constitution of the State of Alabama in that they violate Article I, Section 6, by claiming punitive damages which are penal in nature while the defendants are compelled to disclose documents and/or

other evidence without a constitutional safeguard against self-incrimination.

### THIRTY-THIRD DEFENSE

Should the plaintiff's complaint be construed to claim punitive damages, plaintiff's claims for punitive damages are barred by the provisions of *Ala. Code §§ 6-11-20, 6-11-21, 6-11-26 and 6-11-27*.

### THIRTY-FOURTH DEFENSE

Defendants are entitled to immunity under state law from any state law claims deemed to be asserted by the plaintiff. *See* Ex parte Thomas J. Purvis (re: Ackers v. Mobile County, et al.) 689 So.2d 794 (Ala. 1996) and Alexander v. Hatfield, 652 So.2d 1142 (1994).

### THIRTY-FIFTH DEFENSE

With regard to any state law claims, Defendants assert absolute state law immunity with regard to all state law claims asserted against them in their official and individual capacities. *See* Ex parte Jason Lowell Blankenship, 893 So.2d 303 (Ala. 2004) (Where the Alabama Supreme Court held that not only should the case involving state law claims have been dismissed by the trial court, but also that the court did not have "subject matter jurisdiction" to do anything but dismiss the case.)

### THIRTY-SIXTH DEFENSE

Defendants are immune from punitive damages under *42 U.S.C. § 1983 and 42 U.S.C. § 1985*.

### THIRTY-SEVENTH DEFENSE

To the extent that plaintiff's claims are premised upon a *respondeat superior* theory, said claims are due to be dismissed because the plaintiff cannot recover for claims which are premised

upon a *respondeat superior* theory. *See* White v. Birchfield, 582 So.2d 1085 (Ala. 1991); and Hardin v. Hayes, 957 F.2d 845 (11th Cir. 1992).

### THIRTY-EIGHTH DEFENSE

Plaintiff's complaint does not contain sufficient allegations of an affirmative causal link between the defendants' alleged conduct and the alleged constitutional deprivation. *See* Hardin v. Hayes, 957 F.2d 845, 848 (11th Cir. 1992); and Brown v. Crawford, 906 F.2d 667, 671 (11th Cir. 1990).

### THIRTY-NINTH DEFENSE

The plaintiff cannot recover against defendants in this case because Alabama law provides sufficient due process remedies for the allegations made by plaintiff herein and such remedies are constitutionally adequate.

### FORTIETH DEFENSE

Further, to the extent that plaintiff seeks damages against defendants on the basis of state law, such claims are barred by the Eleventh Amendment to the United States Constitution as such are in essence a suit against the State of Alabama.

### FORTY-FIRST DEFENSE

The Sheriff and his officers are state officers and are policy makers for the State of Alabama. Under the Alabama Constitution of 1901, sheriffs are specifically designated as *state* executive officials. *Id. § 112 ("The executive department shall consist of a governor, lieutenant governor, attorney general, state auditor, secretary of state, state treasurer, superintendent of education, commissioner of agriculture and industries, and a sheriff for each county.") "[A]n Alabama Sheriff*

*acts exclusively for the state rather than for the county in operating a county jail."* <u>Turquitt v.</u> <u>Jefferson County, Ala.</u>, 137 F.3d 1285 (11th Cir. 1998) (en banc).

### FORTY-SECOND DEFENSE

There was no policy or custom of Sheriff Lamar Glover that was executed by any employee of the Houston County Sheriff that caused any injury to the plaintiff.

### FORTY-THIRD DEFENSE

Defendants assert that plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and request this Court pursuant to *42 U.S.C. § 1988* to award defendants reasonable attorneys fees and costs incurred in the defense of this case.

### FORTY-FOURTH DEFENSE

Plaintiff's claims against defendants in their individual capacity under *§ 1983* are due to be dismissed due to the plaintiff's failure to allege a violation of the Constitutional right to which plaintiff is entitled.

### FORTY-FIFTH DEFENSE

Plaintiff cannot recover under any state law claims against defendants in their individual and official capacities.

**Defendants respectfully request this court to treat this Special Report and Answer as Motion for Summary Judgment.**

Respectfully submitted,

SHERRER, JONES & TERRY, P.C.

**s/Gary C. Sherrer**
GARY C. SHERRER, ATTORNEY FOR
THE ABOVE-REFERENCED DEFENDANTS
Alabama Attorney Code No. SHE-016

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama  36301
(334) 678-0100

# CERTIFICATE OF SERVICE

I, Gary C. Sherrer,  hereby certify that I have served a copy of the foregoing Special Report and Answer upon Darren Price, #36199, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama  36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 30th day of January, 2007.

**s/Gary C. Sherrer**
OF COUNSEL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DARREN PRICE, #36199,                    )
                                         )
     Plaintiff,                       )
                                         )
v.                                       ) CIVIL ACTION NO.: 1:06-CV-1080-WKW
                                         )
COMMANDER WILLIAM McCARTY,               )
NURSE PRACTITIONER DARLA SPEIGNER, )
and CORRECTIONS OFFICER                  )
TRACEY WALKER,                           )
                                         )
     Defendants.                      )

## AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

     Before me, the undersigned authority for administering oaths, personally appeared **Gail Neiswanger**, who is a Licensed Practical Nurse and is employed as one of four nurses for purposes of rendering medical services and treatment to inmates at the Houston County Jail, who being by me first duly sworn, deposes and says as follows:

     I am Gail Neiswanger. I am a Licensed Practical Nurse in the State of Alabama and I am one of four full time nurses working in the Houston County Jail.

     I am one of the custodians of records of inmate medical records in the Houston County Jail.


EXHIBIT
1

A true and correct copy of plaintiff's jail medical file relative to this case, as maintained by the jail in the ordinary course of its operations as a county jail, is attached hereto as **Exhibit "A"** and is incorporated herein by reference as if fully set forth.

For more detail relative to the medical treatment rendered to the plaintiff, please refer to the copy of his jail medical file which is attached hereto as **Exhibit "A"**.

_GAIL NEISWANGER_

GAIL NEISWANGER

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me the undersigned authority, personally appeared **Gail Neiswanger**, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of her information, knowledge and belief.

Sworn to and subscribed before me on this the 30th day of January, 2007.

NOTARY PUBLIC

My Commission Expires: 12-9-2008

# MEDICAL FILE
# DARREN PRICE
# I/M:  36199
# DOB:  12/14/68

**EXHIBIT A**

# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
### FLOW SHEET

NAME: _Price, Darren E._    D. O. B. _12/14/68_    I/M#: _36199_

| Start Date | MEDICATIONS: | Stop Date |
|---|---|---|
| 12/10/06 | 1. ~~Ridler 11 gm po bid X 10 d~~ | 12/19/06 |
|  | ~~Bachinales po bid X 10 d~~ |  |
| 11/21/06 | 3. ~~erythromycin 500x po bid X 10 d~~ | 12/1/06 |
|  | 4. |  |
|  | 5. |  |
|  | 6. |  |
|  | 7. |  |
|  | 8. |  |
|  | 9. |  |
|  | 10. |  |

**CLINICS:**

| | |
|---|---|
| HIV | _____ |
| COPD | _____ |
| SEIZURE | _____ |
| DIABETIC | _____ |
| HEPATITIS | _____ |
| HYPERTENSION | _____ |

NURSE INITIALS

**LABS:**

DATE: 12/7/06    APPROVED

DATE:

DATE:

DATE:

DATE:

DATE:

DATE:

**MISCELLANEOUS:**

| |
|---|
| 10/06 Dx hernia |
| |
| |
| |
| |

**PROBLEMS:**

| |
|---|
| DATE: 12/1/06 - No Fx - Parmycin |
| DATE: |
| DATE: |
| DATE: |
| DATE: |
| DATE: |

# HOUSTON COUNTY JAIL
# NURSING DEPARTMENT
# FLOW SHEET

NAME: *Price, Darren*    D.O.B. 12-14-68    I/M # 36199

## MEDICATIONS:

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.

## CLINIC'S :

HIV _____
COPD _____
SEIZURE _____
DIABETIC _____
HEPATITIS _____
HYPERTENSION _____
LAB:                    NURSE SIG.

| DATE | | |
|------|--|--|
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |

## MISCELLANEOUS:

5/12/05  No top bunk

## PROBLEMS:

| DATE | |
|------|--|
| DATE | |
| DATE | |
| DATE | |
| DATE | |

Pg. #_____    DIABETIC FLOW SHEET_____    BP FLOW SHEET_____

# HOUSTON COUNTY JAIL
# RECEIVING SCREENING FORM

NAME: Price Darren E    RACE/SEX: M/B    D.O.B: 12·14·68

DATE: 10-7-06    TIME: _____    DOCTOR: _____

BOOKING OFFICER: Stears    MEDICAL INSURANCE: _____

SOCIAL SECURITY NUMBER: 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    INMATE NUMBER: 36199

## VISUAL OPTION:

| | | |
|---|---|---|
| 1. IS THE PERSON CONSCIOUS? | (YES) | NO |
| 2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT? | YES | (NO) |
| 3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? | YES | (NO) |
| 4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? | (YES) | NO |
| 5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? | YES | (NO) |
| 6. ARE THER ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS? | YES | (NO) |
| 7. DOES HE/SHE BEHAVE ABNORMALLY? · EXPLAIN _____ | YES | (NO) |
| 8. DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS? | YES | (NO) |
| 9. DOES THE INMATE HAVE A MEDICAL ALERT CARD OR OTHER MEDICAL INFORMATION? | YES | (NO) |

## OFFICIAL – INMATE QUESTIONNAIRE:

| | | |
|---|---|---|
| 10. ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE, OR PSYCHIATRIC DISORDER? (CIRCLE WHICH). | YES | (NO) |
| 11. DO YOU HAVE MEDICATION WITH YOU? *Medical Papers Attach* | YES | (NO) |
| 12. DO YOU HAVE A HISTORY OF TUBERCULOSIS? | YES | (NO) |
| 13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? | YES | (NO) |
| 14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON? IF YES, EXPLAIN: _____ | YES | (NO) |
| 15. ARE YOU ALLERGIC TO ANY MEDICATION? WHAT? _____ | YES | (NO) |
| 16. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? | YES | (NO) |
| 17. DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? _____ | YES | (NO) |
| 18. DO YOU HAVE A PAINFUL DENTAL CONDITION? | YES | (NO) |
| 19. IF FEMALE, ARE YOU PREGNANT? ON BIRTH CONTROL PILLS? (CIRCLE WHICH) | YES | (NO) |
| 20. DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE _____ | YES | (NO) |
| 21. DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT? REMARKS: states he has a hernia | (YES) | NO |

# INMATE HYGIENE FORM

Date: 10-7-06   Shift: 1 ST   Time: _____ AM / PM

Inmate's Name: PRICE, DARREN   Inmate's #: 36199

The above named inmate was sprayed with the Delousing Agent (hair and body areas). This was left on their hair and body for 10 minutes. The inmate was then instructed to shower to remove this agent.

Inmate's Signature: _Darren Price_

Officer's Signature: _Mears/Dye_

# ACKNOWLEDGEMENT OF RECEIPT OF ARMBAND

I, _____, have received an armband from the Houston County Jail. I am aware that I must wear this armband at all times while incarcerated in the Houston County Jail. I understand that I MUST have the armband on to receive medication, commissary, mail or any other items from the jail staff. If I am caught with out my armband, I am aware that I will receive a sanction. I must turn in the armband upon release from the Houston County Jail. I am also aware that I cannot give this armband to any other inmate.

_Darren Price_                    10-7-06
Inmate's Signature                Date

_Mears_                           10-7-06
Officer's Signature               Date

*Return this form to Nursing with the inmate's Medical Screening Form.

HOUSTON COUNTY SHERIFF'S OFFICE
Page 1

INM. & INFORMATION SHEET

BOOKING NO: 060003868
LOCAL ID: 36199

Name : **PRICE DARREN EARL**

Address: **806 MONTANA ST APT 1**

City : **DOTHAN** State: **AL** Zip: **36303**



## Physical Description

Race : **BLACK**

Gender: **MALE**

Height: **5 ' 10 "**

Weight: **170**

Scars/Tattoos:

Hair : **BLACK**

Eyes: **BROWN**

Complexion: **UNKNOWN**

DOB: **12/14/1968**     Age: **37**

## Personal Information

DL State :

DL Number:

   SSN: **421 06 8800**

   SID:

Home Phone: **334 793 7329**

Work Phone:

## Booking Information

Arrest Date: **10/06/2006**

Arrest Dept: **HOUSTON**

Arrest Offcr: **G HATCHER**

Search Offcr:

   Meal Code: **01**

Booking Officer: **S FEARS**

   Booking Date: **10/07/2006**

   Booking Time: **09:13**

      Facility: **01**

Cell Assignment: **E**

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| **NONSUPPORT** | $00.00 | 1000 | **PENDING** |
| **NONSUPPORT** | $00.00 | 2889.00 CASH | **PENDING** |


**...utheast Alabama**
## MEDICAL CENTER

# AUTHORIZATION FOR USE AND DISCLOSURE OF
# PROTECTED HEALTH INFORMATION
### Page 2 of 2

**Re-disclosure**
I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. SOUTHEAST ALABAMA MEDICAL CENTER, ITS AFFILIATES, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that my treatment or payment for services will not be denied if I do not sign this authorization unless specified on the other side of this form under Purpose of Request. I can inspect or receive a copy of the protected health information to be used or disclosed. I understand that there may be a charge for copies.
I authorize SOUTHEAST ALABAMA MEDICAL CENTER to use and disclose the protected health information specified on the other side of this form.

_____          __11/20/06_____
Signature of Patient or Personal Representative              Date

_____          _____
Relationship if not patient: (Guardian/Executor of Estate/Personal Representative)          Day time phone number

Witness: _____

===============================================================================

*For Southeast Alabama Medical Center Use Only:*

Patient's Medical Record #_____ Account #_____

**Check Records Received by Patient:**

    ❑ Complete health record      ❑ Face Sheet      ❑ X-ray films / images

    ❑ Complete billing record      ❑ History and physical exam      ❑ X-ray reports

    ❑ Consultation reports      ❑ Itemized bill      ❑ _____

    ❑ Discharge summary      ❑ Laboratory test results      ❑ _____

    ❑ Emergency Dept. Reports      ❑ Pathology Report      ❑ _____

    ❑ OTHER _____

TOTAL PAGES SENT/GIVEN:_____

Identity of Requestor Verified via:    ❑ Photo ID    ❑ Matching Signature    ❑ Other, specify _____

Verified by: _____

TELEPHONE FOR MEDICAL RECORDS: (334) 793-0864

# HOUSTON COUNTY JAIL
## RECEIVING SCREENING FORM

*A·F/008*

NAME: Price, Darren Earl          RACE/SEX: B/m          D.O.B: 12-14-68

DATE: 4-26-05          TIME: 01:30          DOCTOR: _____

BOOKING OFFICER: Smith          MEDICAL INSURANCE: _____

SOCIAL SECURITY NUMBER: 421 - 06 - 8800   INMATE NUMBER: 36199 ~~57302~~

## VISUAL OPTION:

| | | |
|---|---|---|
| 1. IS THE PERSON CONSCIOUS? | (YES) | NO |
| 2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT? | YES | (NO) |
| 3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? | YES | (NO) |
| 4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? | (YES) | NO |
| 5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? | YES | (NO) |
| 6. ARE THER ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS? | YES | (NO) |
| 7. DOES HE/SHE BEHAVE ABNORMALLY?   EXPLAIN _____ | YES | (NO) |
| 8. DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS? | YES | (NO) |
| 9. DOES THE INMATE HAVE A MEDICAL ALERT CARD OR OTHER MEDICAL INFORMATION? | YES | (NO) |

## OFFICIAL – INMATE QUESTIONNAIRE:

| | | |
|---|---|---|
| 10. ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE, OR PSYCHIATRIC DISORDER? (CIRCLE WHICH). | YES | (NO) |
| 11. DO YOU HAVE MEDICATION WITH YOU? | YES | (NO) |
| 12. DO YOU HAVE A HISTORY OF TUBERCULOSIS? | YES | (NO) |
| 13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? | YES | (NO) |
| 14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON? IF YES; EXPLAIN: _____ | YES | (NO) |
| 15. ARE YOU ALLERGIC TO ANY MEDICATION? WHAT? _____ | YES | (NO) |
| 16. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? | YES | (NO) |
| 17. DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? _____ | YES | (NO) |
| 18. DO YOU HAVE A PAINFUL, DENTAL CONDITION? | YES | (NO) |
| 19. IF FEMALE, ARE YOU PREGNANT? ON BIRTH CONTROL PILLS? (CIRCLE WHICH) | YES | (NO) |
| 20. DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE_____ | YES | (NO) |
| 21. DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT? REMARKS: _____ | YES | (NO) |

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET

Page       1

BOOKING NO:   050001660

LOCAL ID:   36199

Name      : **PRICE DARREN EARL**

Address : **806 MONTANA ST**

City     : **DOTHAN**          State: **AL** Zip: **36303**



## Physical Description

Race  : **BLACK**                    Hair : **BLACK**

Gender: **MALE**                     Eyes: **BROWN**

Height: **5 ' 10 "**           Complexion: **UNKNOWN**

Weight: **170**                       DOB : **12/14/1968**      Age: **36**

Scars/Tattoos:

## Personal Information

DL State :                  Home Phone: **334 793 7329**

DL Number:                  Work Phone:

   SSN: **421 06 8800**

   SID:

## Booking Information

Arrest Date: **04/26/2005**          Booking Officer: **SMTIH**

Arrest Dept: **HCSD**                 Booking Date: **04/26/2005**

Arrest Offcr: **SGT IVEY**            Booking Time: **01:30**

Search Offcr: **ATHEY**                  Facility: **01**

   Meal Code: **01**               Cell Assignment:

## Charge Information

|                     | Fine      | Bond       | Disposition  |
|---------------------|-----------|------------|--------------|
| Offense             |           |            |              |
| **FTA CHILD-SUPPORT** | **$00.00** | **2,727.45** | **PENDING**  |

# HOUSTON COUNTY JAIL
# RECEIVING SCREENING FORM

C-F1R

NAME: _Price Darren_  RACE/SEX: _B/M_  D.O.B: _12/14/68_

DATE: _6-9-05_  TIME: _____  DOCTOR: _none_

BOOKING OFFICER: _Q Jackson_  MEDICAL INSURANCE: _none_

SOCIAL SECURITY NUMBER: _421_ - _06_ - _8800_ INMATE NUMBER: _36199_

## VISUAL OPTION:

| | |
|---|---|
| 1. IS THE PERSON CONSCIOUS? | (YES)  NO |
| 2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT? | YES  (NO) |
| 3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? | YES  (NO) |
| 4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? | (YES)  NO |
| 5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? | YES  (NO) |
| 6. ARE THER ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS? | YES  (NO) |
| 7. DOES HE/SHE BEHAVE ABNORMALLY?   EXPLAIN _____ | YES  (NO) |
| 8. DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS? | YES  (NO) |
| 9. DOES THE INMATE HAVE A MEDICAL ALERT CARD OR OTHER MEDICAL INFORMATION? | YES  (NO) |

## OFFICIAL – INMATE QUESTIONNAIRE:

| | |
|---|---|
| 10. ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE, OR PSYCHIATRIC DISORDER? (CIRCLE WHICH). | YES  (NO) |
| 11. DO YOU HAVE MEDICATION WITH YOU? | YES  (NO) |
| 12. DO YOU HAVE A HISTORY OF TUBERCULOSIS? | YES  (NO) |
| 13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? | YES  (NO) |
| 14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON? IF YES, EXPLAIN: _____ | YES  NO |
| 15. ARE YOU ALLERGIC TO ANY MEDICATION? WHAT? _____ | YES  (NO) |
| 16. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? | YES  (NO) |
| 17. DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? _____ | YES  (NO) |
| 18. DO YOU HAVE A PAINFUL, DENTAL CONDITION? | YES  (NO) |
| 19. IF FEMALE, ARE YOU PREGNANT? ON BIRTH CONTROL PILLS? (CIRCLE WHICH) | YES  (NO) |
| 20. DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE_____ | YES  NO |
| 21. DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT? REMARKS: _Hernia_ | YES  (NO) |

## HOUSTON COUNTY SHERIFFS OFFICE

### INMATE INFORMATION SHEET

Page    1

BOOKING NO:    050002288

LOCAL ID:    36199

Name    : PRICE DARREN EARL

Address : 806 MONTANA ST

City    : DOTHAN          State: AL Zip: 36303



### Physical Description

Race :    **BLACK**          Hair :    **BLACK**

Gender:    **MALE**          Eyes:    **BROWN**

Height:    **5 ' 10 "**      Complexion:    **UNKNOWN**

Weight:    **170**           DOB:    **12/14/1968**      Age: **36**

Scars/Tattoos:

### Personal Information

DL State :                 Home Phone:  **334 793 7329**

DL Number:                 Work Phone:

    SSN:  **421 06 8800**

    SID:

### Booking Information

Arrest Date: **06/09/2005**      Booking Officer: **T.JACKSON**

Arrest Dept: **DPD/HCSD**          Booking Date: **06/09/2005**

Arrest Offcr: **KINNEY**          Booking Time: **23:42**

Search Offcr:                      Facility: **01**

    Meal Code: **01**          Cell Assignment: **C-FLR**

### Charge Information

Offense                          Fine        Bond        Disposition

**POSS.CONTRL SUBS**              **$00.00**   **$1,000**   **PENDING**



*Houston County Jail Medical Clinic*
*901 East Main Street*
*Dothan, Alabama 36301*

# Fax Transmittal

Phone: (334) 712-0762
Fax:     (334) 671-9482

*Lamar Glover, Sheriff*

*Dr. Sam Banner, Medical Director*

*Darla Speigner CRNP, Clinical Director*

To: __SAMC__

Dr: _____

Department: __Medical Records__

| Inmate Name: | DOB | SS# |
|---|---|---|
| Price, Darren | 12-14-68 | 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 |

Please Send The Requested:

☐ Medical Records                    ☐ Medical Administration Record
☐ Medical Diagnosis               ☐ X-ray Reports
☐ Other _____        ☐ Specified Dates _____

Thanks for your Cooperation

Houston County Nursing Department



Southeast Alabama
**MEDICAL
CENTER**

# AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

### Page 1 of 2

**Patient Identification**

Printed Name: _Price, Darren_ Date of Birth: _12-14-68_

Address: _____

Social Security #: _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_ Telephone: _____

**Information To Be Released - Covering the Periods of Health Care**

From (date) _Oct. 2006_ to (date) _____

From (date) _____ to (date) _____

**Please check type of Information to be released:**

- ☑ Complete health record
- ☐ Complete billing record
- ☐ Consultation reports
- ☑ Discharge summary
- ☑ Emergency Dept. Reports

- ☐ Face Sheet
- ☑ History and physical exam
- ☐ Itemized bill
- ☑ Laboratory test results
- ☐ Pathology Report

- ☐ X-ray films / Images
- ☑ X-ray reports
- ☐ _____
- ☐ _____
- ☐ _____

☐ Other, (specify) _____

**Purpose of Request**

- ☐ Treatment or consultation
- ☐ At the request of the patient
- ☐ Billing or claims payment

☐ Other, (specify) _____

**Who and Where to Send / Release Information**

Name: _____

Address: _____

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release**

I understand if my medical or billing records or psychotherapy notes contain information in reference to drug and/or alcohol abuse, psychiatric care, sexually transmitted disease, Hepatitis B or C testing, and/or other sensitive information, I agree to its release.
*Circle One:* Yes / No

I understand if my medical or billing records or psychotherapy notes contain information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment I agree to its release.
*Circle One:* Yes / No

**Time Limit & Right to Revoke Authorization**

Except to the extent that action has already been taken in reliance on this authorization, at any time I can revoke this authorization by submitting a notice in writing to the facility Medical Records Manager at Southeast Alabama Medical Center, P. O. Box 6987, Dothan, AL 36302. Unless revoked, this authorization will expire on the following date or event _____, or 180 days from date of signature, unless otherwise specified.



**Southeast Alabama**
# MEDICAL CENTER

# AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

## Page 2 of 2

**Re-disclosure**
I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. SOUTHEAST ALABAMA MEDICAL CENTER, ITS AFFILIATES, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that my treatment or payment for services will not be denied if I do not sign this authorization unless specified on the other side of this form under Purpose of Request. I can inspect or receive a copy of the protected health information to be used or disclosed. I understand that there may be a charge for copies.
I authorize SOUTHEAST ALABAMA MEDICAL CENTER to use and disclose the protected health information specified on the other side of this form:

_Darren Price_ _____     Date _10/10/06_
Signature of Patient or Personal Representative

_____     _____
Relationship if not patient: (Guardian/Executor of Estate/Personal Representative)     Day time phone number

Witness: _____

===================================================================================

*For Southeast Alabama Medical Center Use Only:*

Patient's Medical Record #_____     Account #_____

Check Records Received by Patient:

- ☐ Complete health record          ☐ Face Sheet                ☐ X-ray films / images
- ☐ Complete billing record         ☐ History and physical exam ☐ X-ray reports
- ☐ Consultation reports            ☐ Itemized bill             ☐ _____
- ☐ Discharge summary               ☐ Laboratory test results   ☐ _____
- ☐ Emergency Dept. Reports         ☐ Pathology Report          ☐ _____
- ☐ OTHER _____

TOTAL PAGES SENT/GIVEN:_____

Identity of Requestor Verified via:   ☐ Photo ID   ☐ Matching Signature   ☐ Other, specify _____

Verified by: _____

TELEPHONE FOR MEDICAL RECORDS:  (334) 793-8064

STATE OF ALABAMA}
HOUSTON COUNTY}                    MEDICAL RELEASE AUTHORIZATION


KNOW ALL MEN BY THESE PRESENTS, THAT FOR AND IN CONSIDERATION OF HOUSTON COUNTY, ALABAMA, ASSUMING THE FINANCIAL RESPONSIBILITY OR LIABILITY FOR MY MEDICAL OR DOCTOR TREATMENT AND CARE, I DO HEREBY AUTHORIZE ANY SUCH MEDICAL DOCTOR OR HOSPITAL TO RELEASE ANY MEDICAL RECORDS OR INFORMATION TO ANY DULY APPOINTED OR AUTHORIZED REPRESENTATIVE OF HOUSTON COUNTY, ALABAMA.

HOWEVER, THIS MEDICAL RELEASE AUTHORIZATION IS SPECIFICALLY LIMITED TO PROPERLY AUTHORIZED HOUSTON COUNTY PERSONNEL; AND ANY SUCH MEDICAL DOCTOR OR HOSPITAL IS NOT AUTHORIZED TO RELEASE ANY SUCH MEDICAL INFORMATION OR TREATMENT INFORMATION TO ANY OTHER PERSON, COMPANY, OR CORPORATION, OTHER THAN BY MY FURTHER EXPRESSED AUTHORITY FROM ME AND MY ATTORNEY.


ATTEST:

WITNESS


I, _____, AN INMATE IN THE HOUSTON COUNTY JAIL, HAVE BEEN DULY INFORMED AND DO UNDERSTAND THE COST OF HOUSING AND MEDICAL CARE MAY BE ASSESSED AGAINST ME AS COST OF COURT, IF I AM CONVICTED OF A MISDEMEANOR IN THE DISTRICT COURT.

SIGNATURE


DATE: _____10-7-06_____

WITNESS: _____

STATE OF ALABAMA}
HOUSTON COUNTY}                    MEDICAL RELEASE AUTHORIZATION

KNOW ALL MEN BY THESE PRESENTS, THAT FOR AND IN CONSIDERATION OF HOUSTON
COUNTY, ALABAMA, ASSUMING THE FINANCIAL RESPONSIBILITY OR LIABILITY FOR MY MEDICAL OR DOCTOR
TREATMENT AND CARE, I DO HEREBY AUTHORIZE ANY SUCH MEDICAL DOCTOR OR HOSPITAL TO RELEASE
ANY MEDICAL RECORDS OR INFORMATION TO ANY DULY APPOINTED OR AUTHORIZED REPRESENTATIVE OF
HOUSTON COUNTY, ALABAMA.

HOWEVER, THIS MEDICAL RELEASE AUTHORIZATION IS SPECIFICALLY LIMITED TO PROPERLY AUTHORIZED
HOUSTON COUNTY PERSONNEL; AND ANY SUCH MEDICAL DOCTOR OR HOSPITAL IS NOT AUTHORIZED TO
RELEASE ANY SUCH MEDICAL INFORMATION OR TREATMENT INFORMATION TO ANY OTHER PERSON,
COMPANY, OR CORPORATION, OTHER THAN BY MY FURTHER EXPRESSED AUTHORITY FROM ME AND MY
ATTORNEY.

ATTEST:

_Jamalin Smith_
WITNESS

I, _Darren Earl Price_, AN INMATE IN THE HOUSTON COUNTY JAIL, HAVE BEEN
DULY INFORMED AND DO UNDERSTAND THE COST OF HOUSING AND MEDICAL CARE MAY BE ASSESSED
AGAINST ME AS COST OF COURT, IF I AM CONVICTED OF A MISDEMEANOR IN THE DISTRICT COURT.

SIGNATURE

DATE: _1-26-05_

WITNESS: _Jamalin Smith_

STATE OF ALABAMA}
HOUSTON COUNTY}                    MEDICAL RELEASE AUTHORIZATION

KNOW ALL MEN BY THESE PRESENTS, THAT FOR AND IN CONSIDERATION OF HOUSTON COUNTY, ALABAMA, ASSUMING THE FINANCIAL RESPONSIBILITY OR LIABILITY FOR MY MEDICAL OR DOCTOR TREATMENT AND CARE, I DO HEREBY AUTHORIZE ANY SUCH MEDICAL DOCTOR OR HOSPITAL TO RELEASE ANY MEDICAL RECORDS OR INFORMATION TO ANY DULY APPOINTED OR AUTHORIZED REPRESENTATIVE OF HOUSTON COUNTY, ALABAMA.

HOWEVER, THIS MEDICAL RELEASE AUTHORIZATION IS SPECIFICALLY LIMITED TO PROPERLY AUTHORIZED HOUSTON COUNTY PERSONNEL; AND ANY SUCH MEDICAL DOCTOR OR HOSPITAL IS NOT AUTHORIZED TO RELEASE ANY SUCH MEDICAL INFORMATION OR TREATMENT INFORMATION TO ANY OTHER PERSON, COMPANY, OR CORPORATION, OTHER THAN BY MY FURTHER EXPRESSED AUTHORITY FROM ME AND MY ATTORNEY.

ATTEST:

_Jackson_____    x _Darren Price_____
WITNESS

I, _Darren Price_____, AN INMATE IN THE HOUSTON COUNTY JAIL, HAVE BEEN DULY INFORMED AND DO UNDERSTAND THE COST OF HOUSING AND MEDICAL CARE MAY BE ASSESSED AGAINST ME AS COST OF COURT, IF I AM CONVICTED OF A MISDEMEANOR IN THE DISTRICT COURT.

x _Darren Price_____
                              SIGNATURE

DATE: _6-9-05_____

WITNESS: _Jackson_____

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM DANNER

DATE 12-27-06

Inmate _Rice, Darren_    D.O.B. _12-14-68_   JMP# _36199_

Chief
Complaint ___✓ fingr___                    Rev 128/13

Allergies ___NKDA___            V/S  144/71  87  18  97.8
                                    wt. 176

S  "Fingr is doing fine
    Haven't had any problem ? it in a long time"

O  Well healed - infected nail site.

P  Appard for trustee (physical labor)

                          DSpeigner

## PHYSICIAN ORDERS

INMATE _Price, Dave_    # _36199_

DATE _12/26/00_

T/v requesting to be physical labs trustee.

Plan: Schedule CXP to √ thumb.

RS

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE 2-21-06

Inmate Price Darren          D.O.D. 12-15-68     IM# 36199

Chief
Complaint Physical labor Clearul

Allergies NKDA              V/S 153/80, 89, 97,
                            O2 99% 10

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE 12/12/06

Inmate Price Dareed    D.O.B. 12/14/68    IM# 36199

Chief
Complaint None    C/n thumb

Allergies NKA    V/S 97⁴ 18 129/79 66

S - has no complaints

O - (R) thumb appears to be swollen. No drainage or foul order

A - Con't the ABT until completed

P - Follow up in 2 days. Dr.

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM DANNER

DATE _12-11-06_

Inmate _Price, Darren_ D.O.B. _12-14-68_ JMR# _36199_

Chief
Complaint _(R) Thumb wound._

Allergies _NKDA_          V/S _131/80   87   18   97⁷_

S: I/m states that (R) thumb was not hurting
him or draining at all.

O: (R) thumb is healing and around bottom of cuticle
/ minor redness and no swelling. No drainage
noted.

A: R/o infection

P: Dress (R) thumb, leave open in the pm as ordered
and continue antibiotics. ~~Will see CRNP today.~~ ERROR

Continue Bactrim DS po bid X 7 more days
per D. Speigner CRNP / measuring

## PHYSICIAN ORDERS

Darren          # 36199

1636 pm

Riegner

take Cephalexin (500 mg)
twice a day   AM & PM

soak thumb in Betadine
in PM. Wrap during AM

opped at night.

## PHYSICIAN ORDERS

INMATE _Price Warren_

DATE _12-08-06_

Per Dr. Barrow add Bactrim DS
ī bid x 3days ; I/M needs to be
seen by Dr. Barrow or Ms Speigner
on Monday 12-11-06

## HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM DANNER

DATE _12-5-06._

Inmate _PRICE, DARRIEN_    D.O.B. _____    JM# _36190_

Chief
Complaint _Dressing Change_

Allergies _NKDA_    V/S _____

Inm at the clinic for dressing change.
Inm states that he is not having
any problems c̄ his thumb.

Ⓡ thumb was cleaned c̄ peroxide and
alcohol and wiped clean.
Wound appears to be healing and incision is closing
c̄ moderate bruising around cuticle
Inm to f/u on Thursday 12-7-06.

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                              DR. SAM BANNER

DATE _12-1-06_

Inmate _PRICE, DARREN_     D.O.B. _12-14-68_     IM# _36199_

Chief
Complaint _Dressing Change._

Allergies _NKDA_                    V/S _____

Dressing change
Wound healing and still open, however
looks clean and dry.
No drainage noted.
Cleaned c̄ peroxide.                    (1)

New dressing c̄ xeroform applied around
® thumb and 2in gauze wrap.

                                        CPN

HOUSTON COUNTY JAIL
INFIRMARY

SICK CALL

D. SPEIGNER CRNP                                    DR. SAM BANNER

DATE _11-29-06_

Inmate _Price, Darren_          D.O.B. _12-14-68_  IM# _36199_

Chief
Complaint _Dressing Δ_

Allergies _NKDA_          V/S _119/63  82  18  97.6_
                               Wt. 173

Ifm seen at the clinic for a dressing
change.

® Thumb wound still open but appears to
be healing. ~~toe~~ No drainage noted and Ifm
shows no signs of pain or discomfort.
    Cleansed c̄ peroxide and let dry.
Redressed ® Thumb with Nucroform gauze and
2x2's c̄ 2inch wrap around ® thumb.

                Q1          N̄

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL



D. SPEIGNER CRNP                    DR. SAM DANNER

DATE 11-28-06

Inmate Price, Darren    D.O.B. 12-14-68    IM# 36199

Chief
Complaint  Dressing change

Allergies  NKDA                    V/S 123/63  74  18  97.0
                                   Wt. 174½

I/m @ the clinic for Dx change.
I/m has daily Dx Δ per CRNP.
Wound has little to no drainage from
the incision right.
Incision edges are even and coming together
however wound is still open.
Bruising around the cuticle and no swelling
noted.
Dressing was changed and Xeroform is applied
around incision and wrapped c̄ 2in gauze wrap.

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE 11-27-06

Inmate Porice Danner          D.O.B. 12-14-68    IM# 36199

Chief
Complaint right thumb

Allergies ~~xxxx~~          V/S 121/72, 92, 98.²
NKDA

I/m seen in @ the clinic for F/U c̄
R thumb.

Removed packing from R thumb and
noted ½ incision along the L side of cuticle
and no drainage noted.

I/m tolerated procedure c̄ no problems.

Dressed the R thumb c̄ xeroform gauge
and 2 inch soft gauze around the thumb.
I/m to have dressing changes every day per
CRNP.

# HOUSTON COUNTY JAIL
## INFIRMARY

E-Pod

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE _11-21-06_

Inmate _PRICE, DARREN_    D.O.B._12-14-68_    IMN _36199_

Chief
Complaint ___ ℗ Thumb ___         REV _146/78_

Allergies _NKDA_         V/S _135/89  87, 19, 98.3_
                          WT: 171

S: I/m states that he caught his ℗ thumb in
Cell door.
    I/m also states that he thought it would be
ok until it started swelling.

O: ℗ thumb is swollen and ~~the~~ side of thumb is a
bluish yellow in ~~color~~ c̄ no drainage at this
time.

A: R/o Fx ℗ thumb

P: I/m to see Dr. Banner

E

## PHYSICIAN ORDERS     36179

INMATE Price, Darren

DATE 11 21 06

Orders received from ER:

Bactrim DS po bid X 10d.

Anaprox DS 550mg po bid X 10d.

per John Hartsell, P.A/ Dr. Banner/g/Neiswanger

CSV
CT
MAR
75

Vibramycin 100mg po bid X 10d.

per Dr. Banner / g/Neiswanger 2P2

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE 11-7-06

Inmate Price, Danny          D.O.B. 12-14-68    IM# 36199

Chief
Complaint toothache

Allergies NDKA          V/S 129/88, 106, 97⁴

I/m seen @ the clinic for a toothache.
I/m states that when he was eating on
Friday 11/3/06 the other part of the back (R) wisdom
tooth fell out, also I/m states that, tooth # 19 on
diagram, has a filling missing.

CS

I/m was instructed on procedure for recieving
dental attention by finding a Dentist that will
recieve an I/m and pre-pay option for tooth
exteaction.
I/m to call family members.



## INMATE REFUSAL

NAME Darren, Price

DATE 5-10-05

REFUSES MEDICATION_____

REFUSES MEDICAL TREATMENT CRNP for Hernia

INMATE SIGNATURE X Darren Price

3H 5-10-05

I/m Price, States he may get some money in on the book. And don't won't to worry about being charged for anything

I/m Price, was told by C/o Jackson He will receive Tx. money or No money. I/m Price states NO, He is ready to go back to his pod.

E.O.S.

**Nursing Department**
Houston County Jail- Nursing.

5/3/05

To Shift Sergeant

I/M Price, Darren cannot
be on top bunk.

per medical

copies all shift

## HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                           DR. SAM BANNER

DATE 5 - 3 - 05

Inmate Price, Darren          D.O.B. 12-14-68   IM# 36199

Chief
Complaint Possible hernia

Allergies NKDA                V/S 110/65 56,          98²
                                    wt. 159

2"

S States that approx 1 week ago when he was
exercising, he felt "something pop." States the "knot"
was higher up on abd. — Now suprapubic.

O - Noted approx 5cm circ supra pubic hernia. Protrudes approx
1cm in ht. — Denies pain.

A - R/O hernia

P - Instructed I/m to hold pressure to area(hernia) when he coughs, sneezes,
or is having a BM.
• Instructed I/m to inform us immediately if drops into testicles.

• Refer CRNP

DS

h hagun

Schedule CRNP — refused this.

5/1/05 — Move to Bo How Bunk (no top bunk)

D Speigner Rn

copy to sgts
— on FS

To court 5/16
and had 2034

| ALLERGY | DIAGNOSIS | PHYSICIAN NAME | FACILITY NAME | PATIENT NAME |
|---|---|---|---|---|
| NKA | Designer Crime | HJB | | Price, Darren |

PHYSICIAN PHONE NO.

PHYSICIAN PHONE NO.

SECTION E

PATIENT NO. 36199

ROOM NO.

STOP DATE  HOUR

NURSE'S SIGNATURE    INITIAL

NURSE'S SIGNATURE    INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

11/06

Bacitrim DS p.o. bid x 10d
11/21/06

Anaprox DS 550mg po bid x 10d
11/21/06

Valproanson 100mg po bid x 10d
11/21/06

12/1 5pm
12/1 5pm
12/1 5pm

12/1/p 5pm
12/1/p 5pm

Newlonglion gn
k. Barbour   b

## HOUSTON COUNTY JAIL MEDICAL CLINIC

### INTAKE

*E .*

DATE _10-10-06_

INMATE _Price, Darren_ # _3699_ DOB _12-14-68_

ALLERGIES _NKDA_     V/S _108/62  66  18  98.6_

HEIGHT _5'0"_ WEIGHT _161_

CURRENT MEDICAL PROBLEMS
_Hernia - groin area_

PERSONAL DOCTOR _Denies_     ADDRESS

HOSPITALIZATIONS
_10/3/06 - SAMC - Hernia - groin area_

CURRENT MEDICATIONS _Denies_     _D_

MEDICATIONS BROUGHT IN? _NO_

NURSING ASSESSMENT: _NAD noted — I/m claims to have_
_(L) inguinal hernia - scheduled for surgical consult_
_10/24/06 - I/m, knows how to access medical_
_if needed —_

(nurses initials) EXPLAINED HOW TO OBTAIN MEDICAL TREATMENT WHILE IN HCJ

NURSE

# HOUSTON COUNTY JAIL MEDICAL CLINIC

## INTAKE

DATE 6-10-05

INMATE Price, Darren # 36199 DOB 12-14-68

ALLERGIES NKDA          V/S 115/66  72  18  98.4
                                        O2 = 99%

HEIGHT 5'10" WEIGHT 169

CURRENT MEDICAL PROBLEMS

hernia

PERSONAL DOCTOR _____ ADDRESS

HOSPITALIZATIONS

Denies

CURRENT MEDICATIONS

Denies                                  ✓ for old Char

MEDICATIONS BROUGHT IN? N/A

NURSING ASSESSMENT:

A+O x4. NAD.— No changes since he
got OOJ LAST MONTH!.

                                        DP

_(nurses initials)_ EXPLAINED HOW TO OBTAIN MEDICAL TREATMENT WHILE IN HCJ

NURSE _L. Laguing_

**Nursing Department**
Houston County Jail- Nursing

5/12/05

To Shift Sergeant    All shifts

I/m Darren Price (36199)

may have  <u>no</u>

top bunk due to

medical problems.

Thank you,

Nursing

## HOUSTON COUNTY JAIL MEDICAL CLINIC

### INTAKE

DATE _4/27/05_

INMATE _Price, Darren_ # _36199_ DOB _12-14-68_

ALLERGIES _NKDA_ V/S _117/69  63  19  98.1_

HEIGHT _5'9"_ WEIGHT _160_

CURRENT MEDICAL PROBLEMS

_See below_

PERSONAL DOCTOR _denies_ ADDRESS _Release obtained_

HOSPITALIZATIONS _ER approx. 8 wks. ago = SEAMC - Broken rib_

CURRENT MEDICATIONS _Denies_

MEDICATIONS BROUGHT IN? _NO_

NURSING ASSESSMENT:
A+ Ox 4. NAD. Understands request procedure.
States broke ~~ribs~~ ribs (L) side approx 8 wks ago
+ still experiencing pain - states their not healing
properly. - No swelling noted.
                                    D1

_(nurses initials)_ EXPLAINED HOW TO OBTAIN MEDICAL
TREATMENT WHILE IN HCJ

NURSE _____

# HOUSTON COUNTY JAIL MEDICAL CLINIC

## INTAKE

*E*

**DATE** 10-10-06

**INMATE** Price, Darren **#** 3699 **DOB** 12-14-68

**ALLERGIES** NKDA    **V/S** 108/62  66  18  98.6

**HEIGHT** 5'0"  **WEIGHT** 161

**CURRENT MEDICAL PROBLEMS**
Hernia - groin area

**PERSONAL DOCTOR** Denies    **ADDRESS**

**HOSPITALIZATIONS** 10/3/06 - SAMC - Hernia - groin area

**CURRENT MEDICATIONS** Denies

**MEDICATIONS BROUGHT IN?** NO

**NURSING ASSESSMENT:** NAD noted — I/m claims to have
D inguinal hernia - scheduled for surgical consult
10/24/06 - I/m knows how to access medical
if needed —

_____ (nurses initials) EXPLAINED HOW TO OBTAIN MEDICAL
TREATMENT WHILE IN HCJ

NURSE _____

## HOUSTON COUNTY JAIL MEDICAL CLINIC

### INTAKE

DATE 6-10-05

INMATE Price, Darren # 36199 DOB 12-14-68

ALLERGIES NKDA            V/S 115/66  72  18  98.4
                                            O2 = 99%

HEIGHT 5'10"  WEIGHT 169

CURRENT MEDICAL PROBLEMS

hernia

PERSONAL DOCTOR _____ ADDRESS

HOSPITALIZATIONS

Denies

CURRENT MEDICATIONS

Denies                                        ✓ for old Char

MEDICATIONS BROUGHT IN? N/A

NURSING ASSESSMENT:

A+O x4. NAD.— No changes since he
got OOJ LAST MONTH!.

_____ (nurses initials) EXPLAINED HOW TO OBTAIN MEDICAL TREATMENT WHILE IN HCJ

NURSE _____

Nursing Department
Houston County Jail- Nursing

5/12/05

To Shift Sergeant    All shifts

I/m Darren Price (36199)

may have _no_

top bunk due to

medical problems.

Thank you,

Nursing

# HOUSTON COUNTY JAIL MEDICAL CLINIC

## INTAKE

DATE 4/27/05

INMATE Price, Darren # 36199 DOB 12-14-68

ALLERGIES NKDA    V/S 117/69  63  19  98.1

HEIGHT 5'9" WEIGHT 160

CURRENT MEDICAL PROBLEMS

See below

PERSONAL DOCTOR denies    ADDRESS Released obtained

HOSPITALIZATIONS ER approx. 8 wks. ago = SEAMC - Broken rib

CURRENT MEDICATIONS Denies

MEDICATIONS BROUGHT IN? NO

NURSING ASSESSMENT:

A+ ox 4. NAD. Understands request procedure. States broke ribs ribs (L) side approx 8 wks ago + still experiencing pain - states their not healing properly. - No swelling noted.

Ds

3/ __h__ (nurses initials) EXPLAINED HOW TO OBTAIN MEDICAL TREATMENT WHILE IN HCJ

3/ NURSE _h haymum_

**INMATE REQUEST FORM**

Date: April 29 2005

INMATES # 36199

C/O SIGNATURE [signature]

To: Nurse / Doctor on Duty

From: Darren Price

SR C/O SIGNATURE

**NATURE OF REQUEST** I'd like to see the Doctor or Nurse on duty regarding a medical problem that I'm having. I have a knot the size of a golf ball in my pubic area rite below my abdomen, it seems to be getting bigger daily. I assume it's a hernia. I'd really appreciate it if someone would take a look at it A.S.A.P.

**ACTION TAKEN**

N. Tot

Houston Printing Co. Inc. • Form #5135 • Rev. 3-98   WO#54

---

EE2

**INMATE REQUEST FORM**

Date: Oct 24, 06'    E

INMATES # 36199

C/O SIGNATURE Smith

To: [crossed out] Nursing

From: Darren Price / E-Pod

SR C/O SIGNATURE BR

**NATURE OF REQUEST** I was wondering if there's any way that I can call to re-schedule my Doctor's appointment for today? It's very important that I keep this appointment at least contact my doctors office. (Wiregrass Surgical Associates, P.C.) Jay H. Murray, M.D. (334) 793-1534 SAMC (9:15 A.M.)

**ACTION TAKEN** your family can re-schedule this. Darren Price

BPI Reorder# 2055 (8/06)

E-Pod

# INMATE REQUEST FORM

Date: Oct. 30, 06

INMATES # 36199

To: nurse Spider

C/O SIGNATURE Robert

From: Darren Price E-Pod

SR C/O SIGNATURE

**NATURE OF REQUEST** To see a dentist. I need 2 of my teeth pulled as soon as possible. It has been very hard for me to eat lately. Please set me an appointment. Thank you very much!

**ACTION TAKEN**

USBPI Reorder #12055 (8/06)

# INMATE REQUEST FORM

Date: Nov. 1, 06

INMATES # 36199

To: Nurse on Duty

C/O SIGNATURE

From: Darren Price E-Pod

SR C/O SIGNATURE

**NATURE OF REQUEST** To get teeth pulled. This is my second request to set an appointment. It is very hard for me to chew because my wisdom tooth has broken off into my gums. This is very painful. Please consider my request. Thank you very much! (A.S.A.P.)

**ACTION TAKEN**

SBPI Reorder #12055 (8/06)

**INMATE REQUEST FORM**

Date: _Nov. 14, 06_ (E)

To: _Nurse_

From: _Darren Price E·Pod_

INMATES # _36199 E_

C/O SIGNATURE _Sapp_

SR C/O SIGNATURE _Beckman_

NATURE OF REQUEST _To find out if my dentist appointment has been made yet. My teeth are starting to bother me again very badly. Thank you!_

ACTION TAKEN _Your family is working on it & they are to call me to schedule_ _Gail_

X _Darren Price_

USBPI Reorder#12055 (8/06)

---

_EPod_

**INMATE REQUEST FORM**

Date: _11/20/06_

To: _Nurse_

From: _Darel Price_

INMATES # _36199_

C/O SIGNATURE _Jamerson_

SR C/O SIGNATURE _Beckman_

NATURE OF REQUEST _I Want to see the Nurse Because I have a hurt finger. I slam it in the door._

ACTION TAKEN

SBPI Reorder#12055 (8/06)

## INMATE REQUEST FORM

Date: 11/21/06

INMATES # 36199

To: Nurse

C/O SIGNATURE ___

From: Price Darrin

SR C/O SIGNATURE ___

NATURE OF REQUEST Smashed finger In door need To be seed As soon As possible

ACTION TAKEN ___

/

USBPI Reorder# 12055 (8/06)

---

## INMATE REQUEST FORM

Date: Nov. 25, 2006

INMATES # 36199 E-1

To: Sgt on Duty

C/O SIGNATURE Diver

From: Darrin Price E-100

SR C/O SIGNATURE ___

NATURE OF REQUEST I was supposed to have gone back to the hospital by now to check my finger for infection. I've asked several officers why haven't anyone taken me and nobody knows. Please tell me something because my finger is bothering me again. Thank you! (Very important).

ACTION TAKEN ___

ISBPI Reorder#12055 (8/06)

**INMATE REQUEST FORM**

Date: 26 Nov 2006                                    INMATES # 36199        E

To: Doctor or Nurse                 E               C/O SIGNATURE Carlile

From: Warren Price                                  SR C/O SIGNATURE BR

NATURE OF REQUEST  To see the nurse or the doctor or about changing the gauze on my thumb. The doctor was suppose to change the gauze that he placed inside of the wound. Someone needs to come check and see if the infection is gone. Thank you

ACTION TAKEN

seen today 11/27/06

USBPI Reorder#12055 (8/06)

---

**INMATE REQUEST FORM**

Date: Dec. 4, 06                                     INMATES # 36199 E-1

To: nurse on duty                                   C/O SIGNATURE Cochran

From: Warren Price                                  SR C/O SIGNATURE

NATURE OF REQUEST  I'd like to see the nurse today, if possible. I need to know if she's going to change my wrapping on my finger. It's hasn't been changed since Friday. Thank you!

ACTION TAKEN

SBPI Reorder#12055 (8/06)

**INMATE REQUEST FORM**

Date: _Dec. 8, 06'_     INMATES # _36199_

To: _Nurse on duty_     C/O SIGNATURE _____

From: _Darren Price E Pod_     SR C/O SIGNATURE _____

NATURE OF REQUEST _To see the Nurse about some ointment for my finger. I talked to the officer and showed (Officer Moore) my finger. I was told to leave it open for a while, but it's looking worse. Should I leave it open or put a bandage on it._

ACTION TAKEN _____

USBPI Reorder # 12055 (8/06)

---

**INMATE REQUEST FORM**

Date: _Dec. 20, 06_     INMATES # _____ E Pod_

To: _Nurse on duty_     C/O SIGNATURE _Jamerson_

From: _Darren Price_     SR C/O SIGNATURE _____

NATURE OF REQUEST _To see the nurse about my thumb. I was suppose to see someone about removing my finger nail today. Thank you!_

ACTION TAKEN _____

# WEBB & ELEY, P.C.

JAMES W. WEBB
MICHAEL M. ELEY
• KENDRICK E. WEBB
CRAIG S. DILLARD
•• DARYL L. MASTERS
FRANK E. BANKSTON, JR.
ROBBIE ALEXANDER HYDE

ATTORNEYS & COUNSELLORS AT LAW
7475 HALCYON POINTE DRIVE
POST OFFICE BOX 240909
MONTGOMERY, ALABAMA 36124

HOPE CURTIS
GARY L. WILLFORD, JR. †
C. RICHARD HILL, JR.
SCOTT W. GOSNELL •
ASHLEY HAWKINS FREEMAN
AMANDA KAY MORGAN
DANIEL D. FORDHAM

OF COUNSEL:
BART HARMON
KELLY GALLOPS DAVIDSON
WINTHROP E. JOHNSON

TELEPHONE (334) 262-1850
FACSIMILE (334) 262-1772
E-MAIL: kwebb@webbeley.com

•ALSO ADMITTED IN DISTRICT OF COLUMBIA
••ALSO ADMITTED IN FLORIDA
†ALSO ADMITTED IN CALIFORNIA

December 22, 2006

DeeAnne Dennis
Claims Representative
Meadowbrook Insurance Group
2500 Fairlane Drive, Suite 100
Montgomery, AL 36126

RE: Darren Price v. Commander William McCarty, et al. (Houston County)
In the United States District Court for the Middle District of Alabama
Case No. 1:06-cv-1080-WKW
MIG File No. 15750
W&E File No. 10010.980

Dear DeeAnne:

We have received a copy of Gary Sherrer's letter to Hank Draughon of December 13, 2006, with which he enclosed a copy of the pro se complaint, order for special report, and his entry of appearance in the above-styled cause. You have advised that you are the adjuster assigned to monitor this file.

This matter has been assigned to Gary Sherrer, the county attorney for Houston County, who will provide a defense for Commander William McCarty, Nurse Practitioner Darla Speigner and Corrections Officer Tracey Walker and keep you fully advised of all proceedings. If I may be of any further assistance, please let me know.

Very truly yours,

Kendrick E. Webb

KEW/jp
cc:  Roy Roberts, Administrator
     Commander William McCarty
     Darla Speigner
     Officer Tracey Walker
     Hon. Mark Culver, Chairman
     Roy Roberts, Administrator
     Gary C. Sherrer, Esq.

Copies made
SP 12/15/06

PLEASE
DO NOT
STAPLE
IN THIS
AREA

HOUSTON COUNTY SHERIFFS
PO BOX 6406
DOTHAN, AL 36302

# HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE (Medicare #) — MEDICAID (Medicaid #) — CHAMPUS (Sponsor's SSN) — CHAMPVA (VA File #) — GROUP HEALTH PLAN (SSN or ID) — FECA BLK LUNG (SSN) — OTHER [X] (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
4210608880

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
PRICE, DARREN

3. PATIENT'S BIRTH DATE  MM 12 | DD 14 | YY 1968   SEX M [X]  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
PRICE DARREN EARL

5. PATIENT'S ADDRESS (No., Street)
210 S ST ANDREWS ST

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)

CITY
DOTHAN

STATE
AL

8. PATIENT STATUS
Single  Married  Other

CITY

STATE

ZIP CODE
36301

TELEPHONE (Include Area Code)
(334) 793-7329

Employed  Full-Time Student  Part-Time Student

ZIP CODE

TELEPHONE (INCLUDING AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
N/A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
NONE

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  NO [X]

a. INSURED'S DATE OF BIRTH  MM | DD | YY   M  SEX  F

b. OTHER INSURED'S DATE OF BIRTH  MM | DD | YY   M  SEX  F

b. AUTO ACCIDENT?  YES  NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE 11/21/06

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  MM | DD | YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM | DD | YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM | DD | YY  FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
JOHN A HARTSELL

17a. I.D. NUMBER OF REFERRING PHYSICIAN
Q53052

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM | DD | YY  FROM  TO  MM | DD | YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES [X]  NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 959 5
2.
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM 11 | DD 21 | YY 06  To MM | DD | YY | 23 | 4 | 73140 | 26 | 1 | 30 00 | 1 | | X | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

12/11/06

25. FEDERAL TAX I.D. NUMBER  SSN  EIN [X]
630577764

26. PATIENT'S ACCOUNT NO.
2869956X1

27. ACCEPT ASSIGNMENT? (For govt. claims see back)
YES [X]  NO

28. TOTAL CHARGE
$ 30 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 30 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
STBLEY NEEL TURNER MD
SIGNED  DATE  12/01/06

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
SOUTHEAST AL MEDICAL CTR
1108 ROSS CLARK CIRCLE
DOTHAN AL 36301

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
RADIOLOGY ASSOCIATES OF DOTHAN
2015 ALEXANDER DR DOTHAN AL
36301-3003 334-671-1696
PIN #   GRP #

APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500.
APPROVED OMB-1215 FORM OWCP-1500, APPROVED OMB-0720-001 (CHAMPUS)

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE PRINT OR TYPE

# HOUSTON COUNTY JAIL
## INFIRMARY
### 901 EAST MAIN STREET
### DOTHAN , ALABAMA  36301

*attached to sheet when the other one is found*

**SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY**

| Inmate referred to : (Name & Address) | | | Reason for referral: | |
|---|---|---|---|---|
| **Appointment Date** | **Appointment Time** | | **Date of Birth** | **Social Security #** |
| **Inmates Name:** Price, Darren | | | **Additional Health Info. :** | |

**Reason for Referral :**

**Deputy Required  yes ( )  No ( )**      **Ambulance Required  Yes ( )  No  ( )**

Nurse : _____  RN  or  _____  LPN

**SECTION 2 TO BE COMPLETED BY INMATE**

I authorize release of medical information to the Houston County Sheriff's Department.

Signature of Inmate _____   Date : 11-21-06

**SECTION 3 TO BE COMPLETED BY PROVIDER**

( ) Treated     ( ) Further follow -up needed     ( ) REFER for another Treatment or Test

| DIAGNOSIS: | TREATMENT : |
|---|---|
| | |

SIGNATURE OF PROVIDER _____   DATE _____

| CLINIC DIRECTOR : D. Speigner CRNP | Telephones : (334) 712-0762  ext. 120 or 122 Sheriff's Office  ( 334) 677- 4888 |
|---|---|

CS

**Southeast Alabama Medical Center**
**Emergency Center**
1108 Ross Clark Circle
Dothan, AL 36302
334-793-8911

**Hartsell, John, PA-C**

Patient Name: **Darren Price**
Date: **11/21/2006**

Patient Address:                    37 years

Wt._____lbs kg

Anaprox DS 550 mg
Dispense#: 20 (twenty) tablets
Sig: 1 tablet by mouth two times a day as needed

Refills: 0

_____
Dispense as Written          Product Selection Permitted

DEA# ___

---

**Southeast Alabama Medical Center**
**Emergency Center**
1108 Ross Clark Circle
Dothan, AL 36302
334-793-8911

**Hartsell, John, PA-C**

Patient Name: **Darren Price**
Date: **11/21/2006**

Patient Address:                    37 years

Wt._____lbs kg

Bactrim DS (10 day)
Dispense#: 20 (twenty) tablets
Sig: 1 tablet by mouth two times a day

Refills: 0

_____
Dispense as Written          Product Selection Permitted

DEA# ___

# Southeast Alabama Medical Center

**Emergency Center**
1108 Ross Clark Circle
Dothan, AL 36302
334-793-8911

| | |
|---|---|
| **DISCHARGE INSTRUCTIONS FOR:** | **Darren Price** |
| **FOR TODAY'S VISIT ON:** | **Tuesday 11/21/2006** |

Thank you for using Southeast Alabama Medical Center for your care today.  It is important for you to know that the examination, treatment and x-ray reading you have received in the Emergency Care Center today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care.  You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

### X-RAYS and LAB TESTS:
If you had x-rays today they were read by the emergency physician.  Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get results.  If there is a change in the x-ray diagnosis or a positive culture we will contact you. **(Make sure we have your local phone number.)**

### MEDICATIONS:
If you received a prescription for medication(s) today it is important that when you fill this you let the pharmacists know all the other medications that you are on and any allergies you might have.  It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Care provided by Hartsell, John, PA-C with the diagnosis of Paronychia Of Finger.**

**Thanks again for using Southeast Alabama Medical Center for your treatment today.  The discharge instructions for today's visit are outlined below.**

- Paronychia
- Anaprox DS 550 mg 20 (twenty) tablets 1 tablet by mouth two times a day as needed
- Bactrim DS (10 day) 20 (twenty) tablets 1 tablet by mouth two times a day
- Return to ED at 7am in 2 days for wound re-evaluation

**Special Notes:**

**Patient Copy**

## PROBLEM(S)

# Paronychia (Felon, Whitlow)

Paronychia is an infection just under the skin and around a nail. The most common cause of this is a *staphylococcal* (a type of germ) infection, or a fungal infection. When caused by a germ, it usually comes on suddenly and is often painful. It may get under the nail and form an *abscess* (collection of pus), or form an abscess around the nail. If the nail itself is infected with a fungus, the treatment is usually prolonged and may require oral medications for up to one year. Your caregiver will determine the length of time treatment is required. The paronychia caused by *bacteria* (germs) may largely be avoided by not pulling on hangnails or picking at cuticles.

TREATMENT
➢ When an abscess is present treatment is often incision and drainage. This means that the abscess must be cut open so the pus can get out. When this is done, the following home care instructions should be followed.

HOME CARE INSTRUCTIONS
➢ Keep wound clean, dry and dressed as suggested by your caregiver between hot soaks.
➢ Soak in hot salt water for fifteen minutes four times per day for bacterial infections. Fungal infections are very difficult to treat, so often require treatment for long periods of time.
➢ For *bacterial* (germ) infections take *antibiotics* (medications which kill germs) as directed and finish the prescription, even if the problem appears to be solved before the medicine is gone.
➢ You may use acetaminophen (Tylenol®) or ibuprofen (Advil® or Motrin®) for relief of pain.

**RETURN TO THIS LOCATION OR SEE YOUR CAREGIVER IF:**
➢ There is redness, swelling, or increasing pain in the wound.
➢ Pus is coming from wound.
➢ An unexplained oral temperature above 102° F (38.9° C) develops, or as your caregiver suggests.
➢ You notice a foul smell coming from the wound or dressing.

ExitCare® Patient Information ©2005 MedQuest, LLC.

## PRESCRIPTION(S)

**Naproxen tablets, caplets, or delayed-release tablets**
Aleve®, Anaprox®, Naprelan®, Napron X®, Naprosyn®

**What are naproxen tablets, caplets, or delayed-release tablets?**
NAPROXEN (Naprosyn®, EC Naprosyn®, Naprelan®, Anaprox®, Anaprox® DS, Aleve®) is an anti-inflammatory drug. It relieves pain and inflammation associated with rheumatoid arthritis, osteoarthritis, and juvenile (childhood) arthritis. Naproxen is also effective in treating other mild to moderate pain, including menstrual pain, headache, toothache, and temporarily reduces fever. Naproxen should only be used in children who are over 12 years old. Generic naproxen tablets and delayed-release tablets are available.

**What should my health care professional know before I take naproxen?**
They need to know if you have any of these conditions:, •anemia, •asthma, especially aspirin sensitive asthma, •bleeding problems or taking medicines that make you bleed easily such as anticoagulants ('blood thinners'), •cigarette smoker, •diabetes,

•drink more than 3 alcohol-containing beverages a day, •heart failure, •high blood pressure, •kidney disease, •liver disease, •stomach or duodenal ulcers, •systemic lupus erythematosus, •ulcerative colitis, •an unusual or allergic reaction to aspirin, other salicylates, other NSAIDs, other medicines, foods, dyes or preservatives, •pregnant or trying to get pregnant, •breast-feeding

### How should I take this medicine?

Take naproxen tablets by mouth. Follow the directions on the prescription label. Swallow tablets whole with a full glass of water; take tablets in an upright or sitting position. Taking a sip of water first, before taking the tablets, may help you swallow them. If possible take bedtime doses at least 10 minutes before lying down. You can take naproxen with food to prevent stomach upset. If you are taking the delayed-release tablets swallow them whole; do not crush or chew. Take your doses at regular intervals. Do not take your medicine more often than directed.

Contact your pediatrician or health care professional regarding the use of this medicine in children. Special care may be needed. Do not give to children less than 12 years unless directed by your health care provider.

### What if I miss a dose?

If you miss a dose, take it as soon as you can. If it is almost time for your next dose, take only that dose. Do not take double or extra doses.

### What other drug(s) may interact with naproxen?, •alcohol, •alendronate, •aspirin and aspirin-like medicines, •cidofovir, •cyclosporine, •herbal products that contain feverfew, garlic, ginger, or ginkgo biloba, •lithium, •medicines for high blood pressure, •medicines that affect platelets, •medicines that treat or prevent blood clots such as warfarin and other 'blood thinners', •methotrexate, •other antiinflammatory drugs (such as ibuprofen or prednisone), •water pills (diuretics)

Tell your prescriber or health care professional about all other medicines you are taking, including non-prescription medicines, nutritional supplements, or herbal products. Also tell your prescriber or health care professional if you are a frequent user of drinks with caffeine or alcohol, if you smoke, or if you use illegal drugs. These may affect the way your medicine works. Check with your health care professional before stopping or starting any of your medicines.

### What should I watch for while I taking naproxen?

Let your prescriber or health care professional know if your pain continues. Do not take naproxen with other pain-killers without advice. If you get flu-like symptoms (fever, chills, muscle aches and pains), call your prescriber or health care professional; do not treat yourself. Do not treat yourself for pain more than 10 days or for fever more than 3 days without consulting your health care provider.

To reduce unpleasant effects on your throat and stomach, take naproxen with a full glass of water and never just before lying down. If you notice black, tarry stools or experience severe stomach pain and vomit blood or what looks like coffee grounds, notify your health care prescriber immediately.

If you are taking medicines that affect the clotting of your blood, such as aspirin or blood thinners such as Coumadin®, talk to your health care provider or prescriber before taking this medicine.

You may get dizzy. Do not drive, use machinery, or do anything that needs mental alertness until you know how naproxen affects you. Stand or sit up slowly, this reduces the risk of dizzy or fainting spells. These effects may be worse if you are an older patient.

Do not smoke cigarettes or drink alcohol; these increase irritation to your stomach and can make it more susceptible to damage from naproxen.

It is especially important not to use naproxen during the last 3 months of pregnancy unless specifically directed to do so by your health care provider. Naproxen may cause problems in the unborn child or complications during delivery.

If you are going to have surgery, tell your prescriber or health care professional that you are taking naproxen. Problems can arise if you need dental work, and in the day to day care of your teeth. Try to avoid damage to your teeth and gums when you brush or floss your teeth.

### What side effects may I notice from taking naproxen?Side effects that you should report to your prescriber or health care professional as soon as possible:, •signs of bleeding - bruising, pinpoint red spots on the skin, black tarry stools, blood in the urine, unusual tiredness or weakness, vomiting blood or vomit that looks like coffee grounds, •signs of an allergic reaction - difficulty breathing or wheezing, skin rash, redness, blistering or peeling skin, hives, or itching, swelling of eyelids, throat, lips , •blurred vision, •change in the amount of urine passed, •difficulty swallowing, severe heartburn or burning, pain in throat,

Southeast Alabama Medical Center
Discharge Instructions for: Darren Price

•pain or difficulty passing urine, •stomach pain or cramps, •swelling of feet or ankles, •yellowing of eyes or skin

Side effects that usually do not require medical attention (report to your prescriber or health care professional if they continue or are bothersome):, •diarrhea or constipation, •dizziness, •drowsiness, •gas or heartburn, •headache, •nausea, vomiting

**Where can I keep my medicine?**
Keep out of the reach of children in a container that small children cannot open.

Store at room temperature between 15 and 30 degrees C (59-86 degrees F). Protect from light. Keep container tightly closed. Throw away any unused medicine after the expiration date.

CLINICAL PHARMACOLOGY ©2002 GOLD STANDARD MULTIMEDIA INC, ALL RIGHTS RESERVED
ExitMeds™ is a trademark of MedQuest, LLC Last Updated - 9/11/2003 1:52:00 AM

## Sulfamethoxazole; Trimethoprim, SMX-TMP tablets
Bactrim™, Septra®

**What are co-trimoxazole tablets?** CO-TRIMOXAZOLE (Bactrim®, Septra®, TMP-SMX®) is a combination of two antibiotics, trimethoprim and sulfamethoxazole. It is used to treat infections of the urinary tract, middle ear, and respiratory tract (bronchitis). Co-trimoxazole is also used for traveler's diarrhea, and Pneumocystis carinii pneumonia in AIDS or cancer patients. Generic co-trimoxazole tablets are available.

**What should my health care professional know before I take co-trimoxazole?** They need to know if you have any of these conditions:, •anemia or other blood disorders, •high blood levels of potassium, •kidney disease, •liver disease, •porphyria, •glucose-6-phosphate dehydrogenase (G6PD) deficiency, •an unusual or allergic reaction to sulphonamides, furosemide or thiazide diuretics (water pills), or oral (by mouth) diabetes or glaucoma medicines, or any other food or medicine, •pregnant or trying to get pregnant, •breast-feeding

**How should I take this medicine?** Take co-trimoxazole by mouth. Follow the directions on the prescription label. Take co-trimoxazole with a full glass of water. Take your doses at regular intervals. Do not take your medicine more often than directed. Finish the full course of medicine prescribed by your prescriber or health care professional even if you feel better.

Contact your pediatrician or health care professional regarding the use of this medicine in children. Special care may be needed.

**What if I miss a dose?** If you miss a dose, take it as soon as you can. If it is almost time for your next dose, take only that dose. Do not take double or extra doses. You must leave a suitable interval between doses. If you are taking one dose a day and have to take a missed dose, make sure there is at least 10 to 12 hours between doses. If you are taking two doses a day and have to take a missed dose, make sure there is at least 5 to 6 hours between doses.

**What interactions can occur with co-trimoxazole?** •amiloride, •cyclosporine, •dapsone, •digoxin, •divalproex, •dofetilide, •medicines for diabetes, •methenamine, •methotrexate, •metronidazole, •phenytoin, •potassium salts (potassium chloride, potassium phosphate), •procainamide, •pyrimethamine, •rifampin, •some medicines used to treat blood pressure and/or heart failure (ACE inhibitors such as benazepril, enalapril, lisinopril, moexipril, quinapril, ramipril, and others), •spironolactone, •sulfinpyrazone, •tolbutamide, •triamterene, •trimetrexate, •valproic acid, •warfarin

Tell your prescriber or health care professional about all other medicines you are taking, including non-prescription medicines, nutritional supplements, or herbal products. Also tell your prescriber or health care professional if you are a frequent user of drinks with caffeine or alcohol, if you smoke, or if you use illegal drugs. These may affect the way your medicine works. Check with your health care professional before stopping or starting any of your medicines.

**What should I watch for while taking co-trimoxazole?** Tell your prescriber or health care professional if your symptoms do not improve in 2 to 3 days.

You may get dizzy. Do not drive, use machinery, or do anything that needs mental alertness until you know how co-trimoxazole affects you.

Keep out of the sun, or wear protective clothing outdoors and use a sunscreen. Do not use sun lamps or sun tanning beds or

booths.

Drink several glasses of water a day. This will help to reduce possible kidney problems.

**What side effects may I notice from taking co-trimoxazole?** Elderly patients, and AIDS patients being treated for Pneumocystis carinii, are more likely to get serious side effects from co-trimoxazole.
Side effects that you should report to your prescriber or health care professional as soon as possible:, •anemia or other blood disorders, •allergic reactions, •bluish fingernails or lips, •difficulty breathing, •fast or irregular heartbeat, palpitations, chest pain, •fever or chills, sore throat, •increased sensitivity to the sun or ultraviolet light, •joint aches or pains, •lower back pain, •muscle aches or pains, •pain or difficulty passing urine, •redness, blistering, peeling or loosening of the skin, including inside the mouth, •skin rash, hives, or itching, •unusual bleeding or bruising, •unusual weakness or tiredness, •yellowing of the eyes or skin

Side effects that usually do not require medical attention (report to your prescriber or health care professional if they continue or are bothersome):, •diarrhea, •dizziness, •headache, •loss of appetite, •nausea, vomiting

**Where can I keep my medicine?** Keep out of the reach of children in a container that small children cannot open.

Store at room temperature between 15 and 25 degrees C (59 and 77 degrees F). Protect from light and moisture. Throw away any unused medicine after the expiration date.

CLINICAL PHARMACOLOGY ©2002 GOLD STANDARD MULTIMEDIA INC, ALL RIGHTS RESERVED
ExitMeds™ is a trademark of MedQuest, LLC Last Updated - 5/26/2002

# WHEN TO FOLLOW-UP

You should return to the Emergency Department at 7am in 2 days for a wound re-evaluation.

# FACSIMILE
## C O V E R   S H E E T

*Whatever you do, do it well.*™

www.samc.org

## Southeast Alabama
# MEDICAL
# CENTER

To:     HOUSTON CO JAIL

Fax:    96719482

From:   DTHOMPSON

Phone    334-793-8864

Pages:   21   (including banner)

Comment -

*Price, Darren*

### Quality Services

Behavioral Medicine Center
Cancer Center
Cardiology Center
Diabetes Treatment Center
Dothan Surgery Center
Emergency Center
Home Health Care
Home Medical Equipment
Industrial and
Occupational Health
Lithotripsy
Maternal & Infant Care
Neurodiagnostics
Open MRI
Outpatient Service Center
Pain Management Center
Radiology
Rehabilitation Services
Same Day Surgery
Sleep Disorders
Surgical Services
Women's Imaging Center

### COMMUNITY
### OUTREACH

Childbirth Education
Community Education
Community Health Education
Medical Call Center
Physician Information
& Referral
Senior Discovery Program
Support Groups
Adult Volunteers
Teenage Volunteer Program

### PRIMARY CARE
### NETWORK

*Alabama*
Enterprise Medical Clinic
Houston Medical Group

*Florida*
Chipley Medical Group

### IMPORTANT NOTICE
This message is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the message to us, via the U.S. Postal Service, at the address below.

**1108 ROSS CLARK CIRCLE, DOTHAN, AL 36301-3088**
**P.O. BOX 6987, DOTHAN, AL 36302-6987**

# EMERGENCY REGISTRATION

SOUTHEAST ALABAMA
MEDICAL CENTER

| MR # 55512 | ADMIT DATE 11/21/06 | ADMIT TIME 13:46 | ADMITTER PCER | | PT TYPE 1 | | RE # 2869956 |
|---|---|---|---|---|---|---|---|

| NAME PRICE, DARREN EARL | | AGE 037Y | DOB 12/14/68 | SEX M | RACE B | MARITAL STATUS S |
|---|---|---|---|---|---|---|

| ADDRESS 210 S ST ANDREWS ST | REL | SRC 7 | AD.CAT ER | FC 5 | SPECIAL HDL | MSV ER |
|---|---|---|---|---|---|---|

| CITY DOTHAN | STATE AL | ZIP 36301 | CLINICS | ROOM/BED |
|---|---|---|---|---|

| PHONE 334 793-7329 | PT SSN 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 | ATTENDING DOCTOR EMERGENCY,DOCTOR |
|---|---|---|

| MAIDEN NAME | REFERRING DOCTOR |
|---|---|

| ALLERGIES NKDA/NKFA/NKLA/NDM | DPA NO POWER | LW NO POWER | CITY HOUSTON,AL |
|---|---|---|---|

| NEAREST RELATIVE | EMPLOYER UNEMPLOYED | EMERGENCY CONTACT |
|---|---|---|
| ADDRESS | ADDRESS | ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP | CITY/STATE/ZIP |
| PHONE | PT REL | PHONE | | PHONE | PT REL |

| GUARANTOR # 6416447 | SSN 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 | GUARANTOR EMPLOYER UNEMPLOYED |
|---|---|---|

| NAME PRICE, DARREN EARL | ADDRESS 1 |
|---|---|

| ADDRESS 210 S ST ANDREWS ST | ADDRESS 2 |
|---|---|

| CITY/STATE/ZIP DOTHAN, AL 36301 | CITY/STATE/ZIP | DSCH |
|---|---|---|

| PHONE 334 793-7329 | PT REL PT | PHONE | DAYS |
|---|---|---|---|

PATIENT STATES:
BLUE

ADMITTING DIAGNOSIS:
BLUE

| INS#1: INMATES PRIVATE PAY | NAME PRICE, DARREN E | GROUP # | POLICY # 4210608880 |
|---|---|---|---|
| INS#2: | | | |
| INS#3: | | | |

COMMENTS:
QREG PJC BROUGHT IN BY COUNTY

| PRINCIPAL & SECONDARY DIAGNOSIS | CODES |
|---|---|
| | |
| | |
| | |
| | DATE DICTATED |
| | D/S |
| PROCEDURES & OPERATIONS/DATES | H&P |
| | O.R. |
| | Cons |

| CONSULTATION WITH | PHYSICIAN SIGNATURE |
|---|---|

Southeast Alabama Medical Center
Discharge Instructions for: Darren Price

# Southeast Alabama Medical Center

**Emergency Center**
1108 Ross Clark Circle
Dothan, AL 36302
334-793-8911

**PRICE, DARREN EARL**
NKDA/NKFA/NKLA/NDM
55512    2869956  12/14/68037Y  M
EMERGENCY,DOCTOR        11/21/06

**DISCHARGE INSTRUCTIONS FOR:**        **Darren Price**
**FOR TODAY'S VISIT ON:**        **Tuesday 11/21/2006**

Thank you for using Southeast Alabama Medical Center for your care today.  The emergency examination and/or treatment you have received is not intended as complete medical care.  For your continued care and to avoid possible complications you are advised to follow the discharge instructions.

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician.  A radiologist will also read your x-rays within 24 hours.  If you had a culture done it will take 24 to 72 hours to get results.  If there is a change in the x-ray diagnosis or a positive culture we will contact you. **(Make sure we have your local phone number.)**  If you had an electrocardiogram (EKG) taken for emergency evaluation, it will be interpreted initially by the physician on duty in the Emergency Department.  An internist will make the final interpretation.

**MEDICATIONS:**
If you received a prescription for medication(s) today it is important that when you fill this you let the pharmacists know all the other medications that you are on and any allergies you might have.  It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Thank you again for using Southeast Alabama Medical Center for your treatment today.  The discharge Instructions for today's visit are outlined below.**

- Paronychia
- Anaprox DS 550 mg 20 (twenty) tablets 1 tablet by mouth two times a day as needed
- Bactrim DS (10 day) 20 (twenty) tablets 1 tablet by mouth two times a day
- Return to ED at 7am in 2 days for wound re-evaluation

**Special Notes:**

Everyone 65 years and older needs a flu shot every fall.  Contact your doctor or county Health Department for places to get the flu shot this season.  Ask about the pneumonia shot too.

I hereby acknowledge that I have received and understand the above instructions and prescriptions (if any).

Darren Price                                ED Physician or Nurse
MRN # 000055512

Date  _11-21-06_

In our effort to provide the highest quality of care, we ask that you respond to the survey that you will be receiving in the mail.  Your feedback is very important to SAMC and to our commitment to provide quality healthcare and promote wellness to those we serve.

**Chart Copy**

Southeast Alabama Medical Center
Discharge Instructions for: Darren Price

PRICE, DARREN CARL
NKDA/NKFA/NKLA/NDM
55512    2869956 12/14/68037Y  M
EMERGENCY,DOCTOR    11/21/06

Page 1 of 5

## PROBLEM(S)

# Paronychia (Felon, Whitlow)

Paronychia is an infection just under the skin and around a nail. The most common cause of this is a *staphylococcal* (a type of germ) infection, or a fungal infection. When caused by a germ, it usually comes on suddenly and is often painful. It may get under the nail and form an *abscess* (collection of pus), or form an abscess around the nail. If the nail itself is infected with a fungus, the treatment is usually prolonged and may require oral medications for up to one year. Your caregiver will determine the length of time treatment is required. The paronychia caused by *bacteria* (germs) may largely be avoided by not pulling on hangnails or picking at cuticles.

TREATMENT
> When an abscess is present treatment is often incision and drainage. This means that the abscess must be cut open so the pus can get out. When this is done, the following home care instructions should be followed.

HOME CARE INSTRUCTIONS
> Keep wound clean, dry and dressed as suggested by your caregiver between hot soaks.
> Soak in hot salt water for fifteen minutes four times per day for bacterial infections. Fungal infections are very difficult to treat, so often require treatment for long periods of time.
> For *bacterial* (germ) infections take *antibiotics* (medications which kill germs) as directed and finish the prescription, even if the problem appears to be solved before the medicine is gone.
> You may use acetaminophen (Tylenol®) or ibuprofen (Advil® or Motrin®) for relief of pain.

**RETURN TO THIS LOCATION OR SEE YOUR CAREGIVER IF:**
> There is redness, swelling, or increasing pain in the wound.
> Pus is coming from wound.
> An unexplained oral temperature above 102° F (38.9° C) develops, or as your caregiver suggests.
> You notice a foul smell coming from the wound or dressing.

ExitCare® Patient Information ©2005 MedQuest, LLC.

## PRESCRIPTION(S)

**Naproxen tablets, caplets, or delayed-release tablets**
Aleve®, Anaprox®, Naprelan®, Napron X®, Naprosyn®

<u>**What are naproxen tablets, caplets, or delayed-release tablets?**</u>
NAPROXEN (Naprosyn®, EC Naprosyn®, Naprelan®, Anaprox®, Anaprox® DS, Aleve®) is an anti-inflammatory drug. It relieves pain and inflammation associated with rheumatoid arthritis, osteoarthritis, and juvenile (childhood) arthritis. Naproxen is also effective in treating other mild to moderate pain, including menstrual pain, headache, toothache, and temporarily reduces fever. Naproxen should only be used in children who are over 12 years old. Generic naproxen tablets and delayed-release tablets are available.

<u>**What should my health care professional know before I take naproxen?**</u>
They need to know if you have any of these conditions:, •anemia, •asthma, especially aspirin sensitive asthma, •bleeding problems or taking medicines that make you bleed easily such as anticoagulants ('blood thinners'), •cigarette smoker, •diabetes,

 2 86 9956

•drink more than 3 alcohol-containing beverages a day, •heart failure, •high blood pressure, •kidney disease, •liver disease, •stomach or duodenal ulcers, •systemic lupus erythematosus, •ulcerative colitis, •an unusual or allergic reaction to aspirin, other salicylates, other NSAIDs, other medicines, foods, dyes or preservatives, •pregnant or trying to get pregnant, •breast-feeding

<u>How should I take this medicine?</u>
Take naproxen tablets by mouth. Follow the directions on the prescription label. Swallow tablets whole with a full glass of water; take tablets in an upright or sitting position. Taking a sip of water first, before taking the tablets, may help you swallow them. If possible take bedtime doses at least 10 minutes before lying down. You can take naproxen with food to prevent stomach upset. If you are taking the delayed-release tablets swallow them whole; do not crush or chew. Take your doses at regular intervals. Do not take your medicine more often than directed.

Contact your pediatrician or health care professional regarding the use of this medicine in children. Special care may be needed. Do not give to children less than 12 years unless directed by your health care provider.

<u>What if I miss a dose?</u>
If you miss a dose, take it as soon as you can. If it is almost time for your next dose, take only that dose. Do not take double or extra doses.

<u>What other drug(s) may interact with naproxen?</u>, •alcohol, •alendronate, •aspirin and aspirin-like medicines, •cidofovir, •cyclosporine, •herbal products that contain feverfew, garlic, ginger, or ginkgo biloba, •lithium, •medicines for high blood pressure, •medicines that affect platelets, •medicines that treat or prevent blood clots such as warfarin and other 'blood thinners', •methotrexate, •other antiinflammatory drugs (such as ibuprofen or prednisone), •water pills (diuretics)

Tell your prescriber or health care professional about all other medicines you are taking, including non-prescription medicines, nutritional supplements, or herbal products. Also tell your prescriber or health care professional if you are a frequent user of drinks with caffeine or alcohol, if you smoke, or if you use illegal drugs. These may affect the way your medicine works. Check with your health care professional before stopping or starting any of your medicines.

<u>What should I watch for while I taking naproxen?</u>
Let your prescriber or health care professional know if your pain continues. Do not take naproxen with other pain-killers without advice. If you get flu-like symptoms (fever, chills, muscle aches and pains), call your prescriber or health care professional; do not treat yourself. Do not treat yourself for pain more than 10 days or for fever more than 3 days without consulting your health care provider.

To reduce unpleasant effects on your throat and stomach, take naproxen with a full glass of water and never just before lying down. If you notice black, tarry stools or experience severe stomach pain and vomit blood or what looks like coffee grounds, notify your health care prescriber immediately.

If you are taking medicines that affect the clotting of your blood, such as aspirin or blood thinners such as Coumadin®, talk to your health care provider or prescriber before taking this medicine.

You may get dizzy. Do not drive, use machinery, or do anything that needs mental alertness until you know how naproxen affects you. Stand or sit up slowly, this reduces the risk of dizzy or fainting spells. These effects may be worse if you are an older patient.

Do not smoke cigarettes or drink alcohol; these increase irritation to your stomach and can make it more susceptible to damage from naproxen.

It is especially important not to use naproxen during the last 3 months of pregnancy unless specifically directed to do so by your health care provider. Naproxen may cause problems in the unborn child or complications during delivery.

If you are going to have surgery, tell your prescriber or health care professional that you are taking naproxen. Problems can arise if you need dental work, and in the day to day care of your teeth. Try to avoid damage to your teeth and gums when you brush or floss your teeth.

<u>What side effects may I notice from taking naproxen?</u>Side effects that you should report to your prescriber or health care professional as soon as possible:, •signs of bleeding - bruising, pinpoint red spots on the skin, black tarry stools, blood in the urine, unusual tiredness or weakness, vomiting blood or vomit that looks like coffee grounds, •signs of an allergic reaction - difficulty breathing or wheezing, skin rash, redness, blistering or peeling skin, hives, or itching, swelling of eyelids, throat, lips, •blurred vision, •change in the amount of urine passed, •difficulty swallowing, severe heartburn or burning, pain in throat,

•pain or difficulty passing urine, •stomach pain or cramps, •swelling of feet or ankles, •yellowing of eyes or skin

Side effects that usually do not require medical attention (report to your prescriber or health care professional if they continue or are bothersome):, •diarrhea or constipation, •dizziness, •drowsiness, •gas or heartburn, •headache, •nausea, vomiting

**Where can I keep my medicine?**
Keep out of the reach of children in a container that small children cannot open.

Store at room temperature between 15 and 30 degrees C (59-86 degrees F). Protect from light. Keep container tightly closed. Throw away any unused medicine after the expiration date.

CLINICAL PHARMACOLOGY ©2002 GOLD STANDARD MULTIMEDIA INC, ALL RIGHTS RESERVED
ExitMeds™ is a trademark of MedQuest, LLC Last Updated - 9/11/2003 1:52:00 AM

**PRICE, DARREN EARL**
NKDA/NKFA/NKLA/NDM
55512   2869956 12/14/68027Y   ...
EMERGENCY,DOCTOR        11/21/06



**Sulfamethoxazole; Trimethoprim, SMX-TMP tablets**
Bactrim™, Septra®

**What are co-trimoxazole tablets?** CO-TRIMOXAZOLE (Bactrim®, Septra®, TMP-SMX®) is a combination of two antibiotics, trimethoprim and sulfamethoxazole. It is used to treat infections of the urinary tract, middle ear, and respiratory tract (bronchitis). Co-trimoxazole is also used for traveler's diarrhea, and Pneumocystis carinii pneumonia in AIDS or cancer patients. Generic co-trimoxazole tablets are available.

**What should my health care professional know before I take co-trimoxazole?** They need to know if you have any of these conditions:, •anemia or other blood disorders, •high blood levels of potassium, •kidney disease, •liver disease, •porphyria. •glucose-6-phosphate dehydrogenase (G6PD) deficiency, •an unusual or allergic reaction to sulphonamides, furosemide or thiazide diuretics (water pills), or oral (by mouth) diabetes or glaucoma medicines, or any other food or medicine, •pregnant or trying to get pregnant, •breast-feeding

**How should I take this medicine?** Take co-trimoxazole by mouth. Follow the directions on the prescription label. Take co-trimoxazole with a full glass of water. Take your doses at regular intervals. Do not take your medicine more often than directed. Finish the full course of medicine prescribed by your prescriber or health care professional even if you feel better.

Contact your pediatrician or health care professional regarding the use of this medicine in children. Special care may be needed.

**What if I miss a dose?** If you miss a dose, take it as soon as you can. If it is almost time for your next dose, take only that dose. Do not take double or extra doses. You must leave a suitable interval between doses. If you are taking one dose a day and have to take a missed dose, make sure there is at least 10 to 12 hours between doses. If you are taking two doses a day and have to take a missed dose, make sure there is at least 5 to 6 hours between doses.

**What interactions can occur with co-trimoxazole?** •amiloride, •cyclosporine, •dapsone, •digoxin, •divalproex, •dofetilide, •medicines for diabetes, •methenamine, •methotrexate, •metronidazole, •phenytoin, •potassium salts (potassium chloride, potassium phosphate), •procainamide, •pyrimethamine, •rifampin, •some medicines used to treat blood pressure and/or heart failure (ACE inhibitors such as benazepril, enalapril, lisinopril, moexipril, quinapril, ramipril, and others), •spironolactone, •sulfinpyrazone, •tolbutamide, •triamterene, •trimetrexate, •valproic acid, •warfarin

Tell your prescriber or health care professional about all other medicines you are taking, including non-prescription medicines, nutritional supplements, or herbal products. Also tell your prescriber or health care professional if you are a frequent user of drinks with caffeine or alcohol, if you smoke, or if you use illegal drugs. These may affect the way your medicine works. Check with your health care professional before stopping or starting any of your medicines.

**What should I watch for while taking co-trimoxazole?** Tell your prescriber or health care professional if your symptoms do not improve in 2 to 3 days.

You may get dizzy. Do not drive, use machinery, or do anything that needs mental alertness until you know how co-trimoxazole affects you.

Keep out of the sun, or wear protective clothing outdoors and use a sunscreen. Do not use sun lamps or sun tanning beds or

Southeast Alabama Medical Center
Discharge Instructions for: Darren Price

booths.

Drink several glasses of water a day. This will help to reduce possible kidney problems.

**What side effects may I notice from taking co-trimoxazole?** Elderly patients, and AIDS patients being treated for
Pneumocystis carinii, are more likely to get serious side effects from co-trimoxazole.
Side effects that you should report to your prescriber or health care professional as soon as possible:, •anemia or other blood
disorders, •allergic reactions, •bluish fingernails or lips, •difficulty breathing, •fast or irregular heartbeat, palpitations, chest
pain, •fever or chills, sore throat, •increased sensitity to the sun or ultraviolet light, •joint aches or pains, •lower back pain,
•muscle aches or pains, •pain or difficulty passing urine, •redness, blistering, peeling or loosening of the skin, including inside
the mouth, •skin rash, hives, or itching, •unusual bleeding or bruising, •unusual weakness or tiredness, •yellowing of the eyes
or skin

Side effects that usually do not require medical attention (report to your prescriber or health care professional if they continue or
are bothersome):, •diarrhea, •dizziness, •headache, •loss of appetite, •nausea, vomiting

**Where can I keep my medicine?** Keep out of the reach of children in a container that small children cannot open.

Store at room temperature between 15 and 25 degrees C (59 and 77 degrees F). Protect from light and moisture. Throw away
any unused medicine after the expiration date.

CLINICAL PHARMACOLOGY ©2002 GOLD STANDARD MULTIMEDIA INC, ALL RIGHTS RESERVED
ExitMeds™ is a trademark of MedQuest, LLC Last Updated - 5/26/2002

# WHEN TO FOLLOW-UP

You should return to the Emergency Department at 7am in 2 days for a wound re-evaluation.

**PRICE, DARREN EARL**
NKDA/NKFA/NKLA/NDM
55512   2869956  12/14/68  037Y  M
EMERGENCY,DOCTOR           11/21/06

**SOUTHEAST ALABAMA
MEDICAL CENTER**

## MEDICATION RECONCILIATION /
## PHYSICIAN ORDER SHEET



PRICE, DARREN EARL
NKDA/NKFA/NKLA/NDM
55512   2869956  12/14/68  03⁷Y  M
EMERGENCY,DOCTOR          11/21/06

*bottom edge of patient label*

Allergies: _NKDA_____

*LIST ALL PATIENTS MEDICATIONS INCLUDING OVER THE COUNTER AND HERBAL MEDS*

**Source of Medication List: (check all used)**

❑ Patient medication list
❑ Patient/Family recall
❑ Pharmacy _____
❑ Primary care physician list

❑ Medication brought in
❑ Previous discharge paperwork
❑ Medication Administration Record from facility
❑ Other: _____

Medication Reconciliation by: _____   Date: _____

### Complete at Admission, Transfer and Discharge

*Circle Y or N*

| MEDICATION / DOSE / ROUTE / FREQUENCY | LAST DOSE DATE/TIME | PHYSICIAN ORDER | | | |
|---|---|---|---|---|---|
| | | CONTINUE ON ADMISSION | CONTINUE ON TRANSFER | CONTINUE ON TRANSFER | COMPLETE ON DISCHARGE |
| 1. | | Y  N | Y  N | Y  N | Y  N |
| 2. *None* | | Y  N | Y  N | Y  N | Y  N |
| 3. | | Y  N | Y  N | Y  N | Y  N |
| 4. | | Y  N | Y  N | Y  N | Y  N |
| 5. | | Y  N | Y  N | Y  N | Y  N |
| 6. | | Y  N | Y  N | Y  N | Y  N |
| 7. | | Y  N | Y  N | Y  N | Y  N |
| 8. | | Y  N | Y  N | Y  N | Y  N |
| 9. | | Y  N | Y  N | Y  N | Y  N |
| 10. | | Y  N | Y  N | Y  N | Y  N |
| 11. | | Y  N | Y  N | Y  N | Y  N |
| 12. | | Y  N | Y  N | Y  N | Y  N |
| 13. | | Y  N | Y  N | Y  N | Y  N |
| 14. | | Y  N | Y  N | Y  N | Y  N |
| 15. | | Y  N | Y  N | Y  N | Y  N |

**Admission Reconciliation Physician Signature** _____   **Date / Time** _____

**Transfer Reconciliation Physician Signature** _____   **Date / Time** _____

**Transfer Reconciliation Physician Signature** _____   **Date / Time** _____

**Complete on Discharge Physician Signature** _____   **Date / Time** _____

#2261   Rev. 9/06

© 1996 - 2002 T-System. Inc. Circle or check affirmatives, backslash (\) negatives.

09

**Southeast Alabama**
# MEDICAL CENTER
## EMERGENCY PHYSICIAN RECORD
**Hand or Wrist Injury**    (4)

DATE: 1·21·02 TIME: 1356 ROOM: 1)e ___ EMS Arrival

HISTORIAN: (patient) _ spouse _ paramedics ___
_ HX / _ EXAM LIMITED BY: ___

VS BP 152/88 HR 95 RR 18 Temp 97.1
Wt ___ O2Sat 97% Pain 10/10

PRICE, DARREN EARL
NKDA/NKFA/NKLA/NDM
65512  2869956  12/14/68  037Y  M
EMERGENCY,DOCTOR           11/21/06

**HPI  chief complaint:** (injury to) (right) / left
hand  wrist  forearm  elbow  arm
(thumb)  index f.  middle f.  ring f.  small f.

**duration / occurred:**              **where:**
_ just prior to arrival              _ home        _ school
_ today                              _ neighbor's  _ park
(yesterday)                          _ work        _ street
___ days PTA                         Jail

**context:** _ fell  _ blow  _ incised  _ crushed  _ burn
Door Slammed on finger

**severity of pain:** _ mild  _ moderate  _ severe

**location of injury:**
R: UE  hand  palm  (fingers)
L: UE  hand  palm  fingers

**ROS** _ tingling / numbness distally  _ suspected FB in skin lac
_ painful / unable to bear weight  _ recent illness

**PAST HISTORY** (negative) __ past records ordered / reviewed
_ other problems ___
Meds- (none) _ see nurses note
Allergies- (NKDA) _ see nurses note

☑ Nursing Assessment Reviewed  ☑ Vitals Reviewed  ☐ Tetanus immun. UTD

## PHYSICAL EXAM  ☑ Alert
Distress- _ NAD  _ mild  _ moderate  _ severe

**HAND**                 _ see diagram
_ nml inspection        _ tenderness  soft-tissue / bony
_ non-tender            _ swelling / ecchymosis ___
                        _ limited ROM ___
                          due to:  pain / functional deficit
                        _ deformity ___
                        _ nail injury ___
                          complete / partial avulsion   subungal hematoma

**WRIST**                _ see diagram
_ nml inspection        _ tenderness  soft-tissue / bony
_ non-tender            _ tenderness in anatomical snuff box ___
_ nml ROM               _ wrist pain on axial thumb load ___
                        _ swelling / ecchymosis ___
                        _ limited ROM ___
                        _ deformity ___



T = Tenderness
S = Swelling
E = Ecchymosis

ST

**NEURO**              _ digital nerve deficit ___
_ sensation intact       decreased fine touch    abnml 2-point discrim.
_ motor intact         _ median nerve deficit ___
                         sensory deficit-  lat. 3 ½ fingers / lat palm
                         motor deficit-  pronation / thumb flexion
                           index & middle finger flexion
                       _ ulnar nerve deficit ___
                         sensory deficit-  med. palm / med. 1 ½ fingers
                         motor deficit-  finger adduction / finger adduct.
                       _ radial nerve deficit ___
                         motor deficit-  wrist drop / thumb extension

**VASCULAR**           _ pallor / cool skin / abnml cap refill ___
_ no vascular          _ pulse deficit  radial  ulnar ___
  compromise

**TENDONS**            _ tendon visualized / injury seen ___
_ tendon function        extensor  flexor  complete  partial
  normal
                       _ deficit in tendon function ___
                         limited extension  limited flexion

201



_____ EMT / Nurse)    JAG MD / DO
*HISTORY  Nurse or EMT sign after recording history, physician initial
after reviewing with patient and confirming or revising all elemer ts.*

_Thumb - anesthesia c̄ digital block_
_Missed_

**FOREARM / ELBOW / ARM**
_uninjured       __see diagram
above wrist      __tenderness  soft-tissue / bony
                 __swelling
                 __ecchymosis
                 __deformity
                 __limited ROM

_large
amount
purulent drainage_

**SKIN**
_warm, dry       __diaphoretic / cool / cyanotic

**Southeast Alabama**
**Medical Center**

**PRICE, DARREN EARL**
NKDA/NKFA/NKLA/NDM
55512    2869956  12/14/68  037Y  M
EMERGENCY, DOCTOR       11/21/06

**HEAD / ENT**
_nml inspection    __tenderness
_pharynx nml       __swelling / ecchymosis

**NECK / BACK**
_nml inspection    __tenderness
_non-tender        __swelling / ecchymosis

**CHEST**
_no resp. distress   __tenderness
_non-tender          __swelling / ecchymosis
_breath snds nml

**ABDOMEN**
_non-tender        __tenderness / guarding
_no organomegaly

**XRAYS**  ☑Interp. by me   ☑Reviewed by me   ☐Discsd w/ radiologist
R / L  hand  wrist  forearm  ___1st___  finger
_normal / NAD      __DJD
_no fracture       __dislocation
_nml alignment     __soft-tissue swelling
_no foreign body   __foreign body
                   __fracture

_Dictated by
Radiology_

**Other**  study: _____

☐See separate report

**PROCEDURES and PROGRESS:**
_Splint  Vekro  OCL / Ortho-gloss / Plaster  Aluminum-foam
         Volar  Thumb spica  Ulnar  Wrist  Sugar-Tang  Cock-up  Colles
_applied by ED Physician / Orthopedist / Tech
_examined post splint application  NV intact  alignment good
_fingers buddy-taped
_digital block  lidocaine 1% ___ cc  marcaine 0.25%  0.5% ___ cc
_subungal hematoma drained using electrocautery
_foreign body removed  with forceps  with incision

**Wound Description / Repair**
length ___ cm  location _____
**NVT** __intact  __see NVT exam  (front side)
depth/shape/contamination
_superficial  __linear  __stellate  __contused tissue
_SQ  __irregular  __nail avulsed
_muscle  __flap
_clean  __contaminated  minimally / moderately / *heavily
       with _____
**ANESTHESIA** __LET / TAC  __local  __digital / metacarpa block
_lidoc 1% 2% epi / bicarb  __marcaine .25% .5% epi
**WOUND PREP**
_Shur-Clens / Betadine  __debrided
_irrigated / washed w/ saline  minimal / *mod. / *extensive
  minimal / mod. / *extensive  __undermined
_wound explored  minimal / mod. / *extensive
_foreign material removed  *wound margins rev sed
  partially  completely  __*multiple flaps aligned
**WOUND REPAIR**
  Wound closed with:  wound adhesive / steri-strips
  SKIN-  # ___  -0  __nylon / prolene / staples
         __interrupted __running __simple __mattress ( h / v )
  NAIL BED # ___  -0  vicryl
         __interrupted __running __simple __mattres ( h / v )
  OTHER  # ___  -0  material
         __interrupted __running __simple __mattres ( h / v )
*may indicate intermediate repair  *may indicate intermediate or complex repair

Time ___  unchanged ___ improved ___ re-examined ___
_Put on Bactrim - told Allan
2 days for wound back
_Rx given
_referred to / discussed with Dr. _____
will see patient in: ___ office / ED / hospital in ___ days

**CLINICAL IMPRESSION:**  Fall  Alleged Assault

Contusion  R / L  wrist  hand
Hematoma  thumb  index f.  middle f.  ring f.  small f.
Laceration  MP  PIP  DIP  joint
Sprain / Strain / Dislocation
Fracture  R / L  radius  distal / shaft / proximal
  ulna  prox / shaft / distal / styloid  Colles' fx
  metacarpal fx  # 5  4  3  2  1
  phalanx  # 5  4  3  2  thumb
    prox / middle / distal / tuft

_Paronychia_

**DISPOSITION-**  ☑home ☐admitted ☐transferred
**CONDITION-**  ☐unchanged ☐improved ☑stable

Certified Emergency ☑Yes ☐No ☑Template Complete       MD / DO

_JAH_

SOUTHEAST ALABAMA
MEDICAL CENTER

## Emergency Department

## NURSING RECORD

PRICE, DARREN EARL
NKDA/NKFA/NKLA/NDM
55512    2869956  12/14/E B 037Y  M
EMERGENCY,DOCTOR            11/21/06

bottom edge of patient label

Date: 11-21-06    Time: 1557

Triage Acuity: ☐ Resuscitation ☐ Emergent ☐ Urgent ☑ Less Urgent ☐ Non Urgent

Arrival: ☑ Ambulatory ☐ Wheel chair ☐ Carried   Private MD: None
☐ Ambulance ☐ Air ambulance   Allergies: NKDA

### Prehospital if Arrival by ambulance

Transport Service: _____
Pre-Tx: ☐ Ambu ☐ IV _____ ☐ Oral Airway
☐ C-Collar/CID ☐ Splint ☐ O2 @ _____
☐ Back Board ☐ ET / Size _____

**Behavior:**
☑ Cooperative ☐ Uncooperative
☐ Agitated ☐ Anxious
☐ Verbally abusive ☐ Combative

**Level of Consciousness - Adult:**
☐ Awake ☑ Alert ☐ Drowsy
☑ Lethargic ☐ Unresponsive

**Response to Stimuli:**
☐ Verbal ☐ Tactile
☑ Pain ☐ Unresponsive

**Speech:**
☑ Clear ☐ Slurred ☐ Aphasic

**Oriented:**
☑ Person ☑ Place
☑ Time ☑ Event

**Level of Consciousness - Peds:**
☐ Appropriate words or phases for age (coos, babbles, social smile, follows objects)
☐ Crying, Consolable
☐ Persistent, inappropriate crying and screaming, unconsolable
☐ Lethargic listless

**Skin:**
☐ Intact ☑ Warm ☑ Dry
☐ Hot ☐ Cool ☐ Clammy
☐ Diaphoretic

☑ Normal ☐ Pink ☐ Pale
☑ Dusky ☐ Ashen ☐ Mottled
☐ Cyanotic ☐ Flushed ☐ Jaundiced

☐ Rash ☐ Burn
☐ Decubitus ☐ Abrasion
☐ Avulsion ☐ Laceration
☐ Puncture wound
Location: _____

**Pulmonary:**
☑ Normal
☐ Labored
☐ Hyperventilation
☐ Dyspnea

**Breath Sounds**
☐ Clear ☐ Wheezes
☑ Diminished ☐ Absent
☐ Adventitious

**Cap Refill**
☐ Less then 2 sec.
☐ Greater than 2 sec

**Neurological:**
Pupil: Left Eye _____mm   Right Eye _____mm
Reaction: ☐ PEARLA ☐ Unequal ☐ Dilated
☐ Constricted ☐ Sluggish ☐ Unresponsive

**Motor response:**
☐ Obeys commands, normal spontaneous movement
☐ Withdraws to pain
☐ Abnormal flexion to Pain (Decorticate)
☐ Abnormal extension to Pain (Decerebrate)
Motor intact ☐ Left ☐ Right
Sensory intact ☐ Left ☐ Right

**Laceration:**
Site _____  Size _____
Bleeding Controlled ☐ Yes ☐ No
Motor Intact ☐ Yes ☐ No
Sensory Intact ☐ Yes ☐ No
Circulation Intact ☐ Yes ☐ No

**Orthopedic:**
Extremity Right/Left
Motor Intact ☑ Yes ☐ No
Sensory Intact ☑ Yes ☐ No
Circulation Intact ☑ Yes ☐ No
Deformity ☐ Yes ☑ No

**Abdominal Assessment:**
☑ Soft, non-tender ☐ Tender: ☐ LLQ ☐ LUQ ☐ RLQ ☐ RUQ ☐ Epigastric ☐ Periumbilical ☐ Diffuse ☐ Rigid ☐ Distended
☐ Guarded   Bowel sounds: ☐ present ☐ absent

**Activities of Daily Living Assessment**
Do you need assistance with activities of Daily Living?
☑ No ☐ Yes --- If yes, from whom _____
☐ Mobility ☐ Hygiene ☐ Dressing ☐ Eating ☐ Toileting
If assistance is needed at discharge,
who might help? _____

**Nutritional Assessment**
Are you on a special diet? ☐ Yes ☑ No  If yes, _____
Have you had a weight gain or loss of 10 pounds or more within the last two weeks? ☐ Yes ☑ No

**VA**
☐ Left Eye _____
☐ Right Eye _____
☐ Both Eyes _____

**Abuse Assessment**
Have you been physically injured by anyone? ☐ Yes ☑ No
If yes, explain: _____
Are your basic needs being met at home? ☑ Yes ☐ No
If no, explain: _____

**Safety:**
☑ Armband
☑ Side Rails
☑ Falls Risk

**Psycho/Social and Learning Assessment**
Language: ☑ English ☐ Spanish ☐ Other _____
Blind: ☐ Yes ☑ No   Deaf: ☐ Yes ☑ No
Read: ☑ Yes ☐ No ☐ Age specific
Write: ☑ Yes ☐ No ☐ Age specific
Learning Preference: ☑ Verbal ☑ Written ☐ Demonstration
Do you have any religious or cultural beliefs that would affect your care? ☐ Yes ☑ No  If yes, _____

**Notifications:**
DR. paged _____
DR. notified _____
Private DR. to see _____
☐ Police ☐ Animal Control ☐ IHN

Signature: _____

#2036  (1/4)  Rev. 8/06

**SOUTHEAST ALABAMA MEDICAL CENTER**

**EMERGENCY DEPARTMENT**
**NURSING RECORD**

PRICE, DARREN EARL
NKDA/NKFA/NKLA/NDM
55512    2869956  12/14/68 037Y  M
EMERGENCY,DOCTOR            11/21/06

bottom edge of patient label

| | |
|---|---|
| ☐ Alteration in comfort _____ | ☐ Alteration in C.O. _____ |
| ☐ Fluid volume deficit pot/act _____ | ☐ Knowledge deficit _____ |
| ☐ Alteration in Tissue Perfusion: _____ | ☐ Breathing pattern, ineffective _____ |
| ☐ Alteration in body temperature _____ | ☐ Safety _____ |

☐ Anxiety _____
☐ Potential for infection _____
☐ Gas exchanged impaired _____
☐ Other _____

Nursing Plan: _____

| Time | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BP | | | | | | | | |
| Pulse | | | | | | | | |
| Resp | | | | | | | | |
| Temp | | | | | | | | |
| Sats | | | | | | | | |
| O2 l/min. | | | | | | | | |
| O2 via | | | | | | | | |
| CBG | | | | | | | | |
| Nitro | | | | | | | | |
| PAIN | | | | | | | | |

| Time | Procedure | Initial | Time | Procedure | Initial |
|---|---|---|---|---|---|
| | ☐ EKG | | | ☐ Time out prior to _____ procedure | |
| | ☐ Cardiac Monitor | | | (ex. lumbar puncture, thoracentisis, chest tube insertion, | |
| | ☐ Foley _____ (Size) | | | joint aspiration, ventricular bolt, etc.) | |
| | ☐ NG/OG _____ (Size) ☐ R ☐ L Nare | | | | |
| | ☐ WD care with Normal Saline | | | | |
| | ☐ Suture setup at bedside | | | | |
| | ☐ CCUA    ☐ Cath UA | | | | |
| | ☐ Collected and sent to lab | | | | |
| | ☐ Blood drawn for Lab work and sent to lab | | | | |
| | ☐ Hemoccult ☐ + ☐ - | | | | |
| | ☐ QC Checked | | | | |

| Time | Urine Dip | Results | | | | | | | Normal Range |
|---|---|---|---|---|---|---|---|---|---|
| | Glucose mg/dL | NEG | 100 | 250 | 500 | 100 | >2000 | | Negative |
| | Bilirubin | NEG | Small | Moderate | Large | | | | Negative |
| | Ketone | NEG | Trace | Small | Moderate | Large | | | Negative |
| | Specific Gravity | 1.000 | 1.005 | 1.010 | 1.015 | 1.020 | 1.025 | 1.030 | 1.005-1.030 |
| | Blood | NEG | Trace | Small | Moderate | Large | | | Negative |
| | PH | 5.0 | 6.0 | 6.5 | 7.0 | 7.5 | 8.0 | 8.5 | 5.0-7.5 |
| | Protein mg/dL | NEG | Trace | 30 | 100 | 300 | >2000 | | Negative |
| | Urobilinogen mg/dL | | 0.2 | 1 | 2 | 4 | 8 | | 0.2 - 1 mg/dL |
| | Nitrite | Negative | | Positive | | | | | Negative |
| | Leukocyte | NEG | Trace | Small | Moderate | Large | | | Negative |
| | IV Fluids | Urine | | PO | | Other _____ | | | |
| Intake | | | | | | | | | |
| Output | | | | | | | | | |

#2036    (2/4)  Rev. 8/06

SOUTHEAST ALABAMA
MEDICAL CENTER

**EMERGENCY DEPARTMENT**
**NURSING RECORD**

PRICE, DARREN EARL
NKDA/NKFA/NKLA/NDM
55512   2869956  12/14/68 037Y  M
EMERGENCY.DOCTOR          11/21/06

bottom edge of patient label

## IV Start · IV Therapy

| Time | No. | Type | Amt | Rate | Cath | Route/Site | Initials | Addilives | | Amt INF |
|------|-----|------|-----|------|------|------------|----------|-----------|--|---------|
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |

| Time | Medication | | Dose | Route | Site | May cause Pt to be at risk for falls | Initials Education | Inital Pain # | Pain Time | Re-eval Pain # | Initials |
|------|-----------|--|------|-------|------|------|------|------|------|------|------|
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |

## INFUSIONS

| Time | Medication | | Dose | Route | Rate | Site | Education | STOP TIME | Initials |
|------|-----------|--|------|-------|------|------|-----------|-----------|----------|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

#2036   (3/4)  Rev. 8/06

**SOUTHEAST ALABAMA MEDICAL CENTER**

**EMERGENCY DEPARTMENT**
**NURSING RECORD**

PRICE, DARREN EARL
NKDA/NKFA/NKLA/NDM
55512    2869956  12/14/68 037Y  M
EMERGENCY,DOCTOR              11/21/06

DATE: 11-21-06                    bottom edge of patient label

| TIME | NURSING NOTES | INITIALS |
|------|---------------|----------|
| 1357 | Pt to room awaiting MD eval | |
| 1410 | S: Hartsell PA at B/s for evaluation | (MH) |
| 1455 | O: Back from xray | (MH) |
| 1525 | digital block to ® thumb, I&D at B/s | |
|      | c̄ sl amount g purulent drainage, noted — | (MH) |
| 1543 | procedure done c̄ success, (+) relief & improvement, | |
|      | bulky dressing applied | (MH) |
| 1610 | pt discharged jail/home via stable, improved | |
|      | condition | (HH) |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Discharge via: | Accompanied by: | Discharge Instructions: | Prescriptions: |
|----------------|-----------------|-------------------------|----------------|
| ☑ Ambulatory ☐ Stretcher ☐ Wheelchair ☐ Carried | ☐ Alone ☐ Guardian ☑ Police ☐ Parent ☐ Significant Other | ☐ Patient ☐ Parent ☐ Care Partner *gausd* | ☐ Patient ☐ Parent ☐ Care Partner *gausd* |

| IV Cath Removed with Catheter Intact: ☐ Yes ☐ No ☑ NA | Referrals: ED × 2 days | Discharge Vital Signs | BP____ HR____ Resp____ Temp____ O2____ Pain____ |

| SIGNATURES | INITIALS | SIGNATURES | INITIALS |
|------------|----------|------------|----------|
| Dan ___ RN | a | Michelle Jennings RN | (HH) |
| | | | |
| | | | |

#2036  (4/4)   Rev. 8/06

**SOUTHEAST ALABAMA**
**MEDICAL CENTER**

# Emergency Department
## PHYSICIAN ORDERS

PRICE, DARREN EARL
NKDA/NKFA/NKLA/NDM
55512    2869956  12/14/E-B 037Y  M
EMERGENCY, DOCTOR          11/21/06

bottom edge of patient label

*Circle tests, circle or write rationales.*
*The listed rationales are provided only for convenience; they are not an exclusive list.*
*Select or write any rationale that is appropriate.*

| TEST | RATIONALE |
|---|---|
| ● UA CC ● UA Cath | Dysuria / Hematuria / Frequency / FUO / Abd Pain / Trauma / Diabetes / Pregnancy / Other: |
| ● UPT ● HCG Quant | Amenorrhea / Pg & Vag Bleeding / Abd Pain / Other: |
| ● Wet Prep | Vaginitis / Pelvic Pain / Abd Pain / Other: |
| ● CBC ● WBC w/ DIFF | SOB / FUO / Trauma-explain / Bleeding-explain / Abd Pain / H-Risk Med / Weakness / Anemia / Pallor / High Risk Med / Other: |
| ● Istat - ● H&H \-------- & ●BMP \-------- & ●Glu ●CBG | Bleeding-explain / Trauma-explain / Weakness / Anemia / Other: — HTN / CVD / Renal Failure / H-Risk Med / Other: — Dizziness / Near Syncope/Syncope / Vol Depletion / Other: |
| ● CMP | HTN / Renal Failure / H-Risk Med / Coma / Seizures / Dizziness / Fatigue / Edema / Other: |
| ● CK Total ● CK-MB ● Troponin ● BNP | Chest Pain / CHF / HTN / Dyspnea / Chest Trauma / Dysrhythmia / Other: |
| ● Amylase | Abd Pain / Abd Trauma / Other: |
| ● MBA | Altered Mental Status / OD / Other: |
| ● PT ● PTT | Anti-Coag / Bleeding-explain / Trauma-explain / Angina / PVD / Arteriosclerosis / Ascites / Other: (SMC) / Mitral Value Disease / Hepatitis / Hematuria / Dysrhythorias / Cirrhosis / |
| ● T&S ● T&M x    units | Bleeding-explain / Anemia / Other: |
| ● Blood Culture | FUO / Sepsis / Other: |
| ● ABG | Dyspnea / Inhalation Inj / Chest Pain / Other: |
| ● EKG | Chest Pain / SOB / HTN / Dysrhythmia / OD / Syncope / CAD / Other: |
| ● IVP | Abd Pain / Abd Trauma / Hematuria / Other: |
| ● OB US | Pg & Vag Bleed / Pelvic Pain / Other: |
| ● ABD US | Back Pain / Flank Pain / Abd Pain / Ascites / Cirrhosis / Liver Disorder / Other: |
| ● CT Head | Headache / Stroke/TIA / Sz / Altered MS / Syncope / Head Trauma / Other: |
| ● CT Face | Facial Trauma / Other: |
| ● CT Chest (thorax) | Chest Pain / Chest Trauma / Other: |
| ● CT Abd/Pelvis | Abd Pain / Malignancies / Abdominal Swelling / Rigidity / Tenderness / Other: |
| ● CT of: | Rationale: |
| ● MRI of: | Rationale: |
| ● CXR: 2V  P | Chest Pain / Cough / FUO / Trauma to trunk-explain / COPD / Asthma / Any abnormal respiration / Other: |
| ● Upright ABD ● KUB ● Acute ABD Series | Abd Pain / GI Bleed / Abd Trauma / Other: |

| | | | |
|---|---|---|---|
| ● XR Skull | ● XR Pelvis | ● XR Shoulder: R  L | Trauma / Pain / FB / Other: |
| ● XR Orbit  R  L | ● XR Hip:    R  L | ● XR Humerus: R  L | Trauma / Pain / FB / Other: |
| ● XR Facial | ● XR Femur:  R  L | ● XR Elbow:   R  L | Trauma / Pain / FB / Other: |
| ● XR Zygoma | ● XR Knee:   R  L | ● XR Forearm: R  L | Trauma / Pain / FB / Other: |
| ● XR C-Spine | ● XR Tib/Fib: R  L | ● XR Wrist:   R  L | Trauma / Pain / FB / Other: |
| ● XR T-Spine | ● XR Ankle:  R  L | ● XR Hand:    R  L | Trauma / Pain / FB / Other: |
| ● XR LS-Spine | ● XR Foot    R  L | ● XR Other:   R  L | Trauma / Pain / FB / Other: 1st finger |

## ORDERS:
☐ Old Record  ☐ Cardiac Monitor  ☐ FHTs  ☐ Tilt Test  ☐ Sz Precaution  ☐ Suicide Precaution  ☐ VA  ☐ Off Unit w/o Nurse/Monitor
☐ Social Service Consult  ☐ Poison Control Consult  ☐ Wound Care  ☐ Wound Irrigation  ☐ Suture Setup  ☐ I&D Setup  ☐ Foley
☐ O2 Protocol  ☐ O2:_____  ☐ Peak Flow  ☐ May Remove C-Collar  ☐ Aerosol
☐ IV:

## OTHER ORDERS:_____

_____

_____

Physician Signature: J Hartzell PA-C      Date: 11-21-06   Time: 2:15p

#411  Rev. 4/03



SOUTHEAST ALABAMA MEDICAL CENTER
PO Drawer 6987, Dothan, AL 36302
334-793-8111
RADIOLOGY SERVICES
XRAY REPORT

Patient Name: PRICE, DARREN
XRAY/MR#:  000055512              Account #: 2869956      Room:ER- -
DOB:  12/14/1968                  Age: 37Y                Pt Type: E
Order #: 00128699560253079        Accession #:  001000000280100
CDM: 3157344
Attending Physician:  Emergency Doctor
Ordering Physician:  John Hartsell
Referring Physician:
Exam Requested: FINGER MULT RT
Exam Date:  11/21/2006
PROCEDURE:  RIGHT THUMB, 11-21-0, 1443
HISTORY:    SLAMMED IN DOOR, PAINFUL AND SWOLLEN
COMPARISON: NONE
TECHNIQUE:  3 VIEWS
FINDINGS:   Normal mineralization and alignment.  No fracture or
    dislocation.
IMPRESSION:
1.   NEGATIVE LEFT THUMB.

_____
Sibley N. Turner, M.D.
DD:  11/21/2006 14:48     dh
DT:  11/21/2006 15:24     281945
Name:  PRICE,DARREN                          MR #: 000055512
Sibley N. Turner, M.D.
{eop}

PRICE, DARREN EARL
NKDA/NKFA/NKLA/NDM
55512    2869956  12/14/68 037Y  M
EMERGENCY,DOCTOR          11/21/06

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM DANNER

DATE _11-21-06_

Inmate _Price, Darren_  D.O.B _12-14-68_  IM# _36199_

Chief
Complaint _____ Ret 146/78

Allergies _NKDA_          V/S _135/89_  _87_, _19_  _98.3_
                                    wt. _171_

21 NOV 06 — Thumb Swollen
Large Abscess
Sent to ER for X Ray
& I & D
                    popped
                    11/21/06
                    1600

## HOUSTON COUNTY SHERIFFS OFFICE

### INMATE INFORMATION SHEET

Page    1

| BOOKING NO:  060003868 | LOCAL ID:  36199 |
|---|---|

Name    : **PRICE DARREN EARL**

Address: **806 MONTANA ST APT 1**

City    : **DOTHAN**        State: **AL** Zip: **36303**



### Physical Description

| | | | |
|---|---|---|---|
| Race : **BLACK** | Hair : **BLACK** | | |
| Gender: **MALE** | Eyes: **BROWN** | | |
| Height: **5 ' 10 "** | Complexion: **UNKNOWN** | | |
| Weight: **170** | DOB: **12/14/1968** | Age: **37** | |

Scars/Tattoos:

### Personal Information

| | |
|---|---|
| DL State : | Home Phone:  **334 793 7329** |
| DL Number: | Work Phone: |
| SSN:  **421 06 8800** | |
| SID: | |

### Booking Information

| | |
|---|---|
| Arrest Date: **10/06/2006** | Booking Officer: **S FEARS** |
| Arrest Dept: **HOUSTON** | Booking Date: **10/07/2006** |
| Arrest Offcr: **G HATCHER** | Booking Time: **09:13** |
| Search Offcr: | Facility: **01** |
| Meal Code: **01** | Cell Assignment: **E-2 TOP** |

### Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| **NONSUPPORT** | **$00.00** | **1000 CASH** | **PENDING** |
| **NONSUPPORT** | **$00.00** | **$6000.00 CASH** | **PENDING** |

PRICE, DARREN EARL
NKDA/NKFA/NKLA/NDM
55512    2869956  12/14/68 037Y  M
EMERGENCY,DOCTOR        11/21/06

## HOUSTON COUNTY JAIL
### INFIRMARY
#### 901 EAST MAIN STREET
#### DOTHAN, ALABAMA 36301

**SECTION 1 TO BE COMPLETED BY CORRECTIONAL FACILITY**

| Inmate referred to : (Name & Address) | Reason for referral: |
|---|---|
| SAMC ER | ® THUMB infection |

| Appointment Date | Appointment Time | Date of Birth | Social Security # |
|---|---|---|---|
| 11/21/06 | | 12-14-68 | 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 |

| Inmates Name: | Additional Health Info. : |
|---|---|
| PRICE, DARREN | |

Reason for Referral : ® THUMB

Deputy Required yes ( ) No (✓)     Ambulance Required Yes ( ) No (✓)

Nurse : _____ RN or _____ LPN

**SECTION 2 TO BE COMPLETED BY INMATE**

I authorize release of medical information to the Houston County Sheriff's Department.

Signature of Inmate _____     Date : _____

**SECTION 3 TO BE COMPLETED BY PROVIDER**

( ) Treated     ( ) Further follow -up needed     ( ) REFER for another Treatment or Test

| DIAGNOSIS: | TREATMENT : |
|---|---|
| | |

SIGNATURE OF PROVIDER _____     DATE _____

| CLINIC DIRECTOR : | Telephones : (334) 712-0762 ext. 120 or 122 |
|---|---|
| D. Spelgner CRNP | Sheriff's Office ( 334) 677- 4888 |

PRICE, DARREN EARL
NKDA/NKFA/NKLA/NDM
55512     2869956  12/14/68 037Y  M
EMERGENCY, DOCTOR          11/21/06



# HOUSTON COUNTY SHERIFFS DEPARTMENT
## JAIL DIVISION · MEDICAL CLINIC
### LAMAR GLOVER, SHERIFF

ATTENTION:

DO NOT LET THE INMATE KNOW OF ANY FOLLOW UP
APPOINTMENTS OR CARE THAT WILL BE GIVEN!!.

IF THE INMATE BECOMES AWARE OF THIS INFORMATION,
WE WILL BE FORCED TO CHANGE ANY APPOINTMENTS
MADE.

THANK YOU

*D. Speigner CRNP*

D. SPEIGNER CRNP, CLINIC DIRECTOR

SAMC - ER

PRICE, DARREN EARL
NKDA/NKFA/NKLA/NDM
55512    2869956  12/14/68 037Y  M
EMERGENCY,DOCTOR          11/21/06

SOUTHEAST ALABAMA
MEDICAL CENTER

**ED CHARGE SHEET**
Supplies Used in Patient Care

PRICE, DARREN EARL
NKDA/NKFA/NKLA/NDM
55512    2869956  12/14/68  037Y  M
EMERGENCY,DOCTOR                11/21/06

bottom edge of patient label

Date: 11/21/06    Admit: _____    Discharge: _____
Signed By: _____    Nursing Class: RN



0554

| CIRCULATORY | CDM | | TOTAL | ORTHOPEDICS | CDM | | TOTAL | SUPPLIES | CDM | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jugular, Cut down, Central Line | 358 | 3300 | | Velcro Splinting | 358 | 1014 | | **Orthopedics** | | | |
| Blood Administration | | 3301 | | K-Wire Insertion | | 3376 | | Clavicle Splint | 366 | 7030 | |
| Declot PICC Line | | 3258 | | Removal or Revision of cast | | 3370 | | Knee Immobilizer | | 7032 | |
| TPA Administration AMI | | 3259 | | Wire lower jaw | | 3309 | | Plaster Supplies | 358 | 3265 | |
| TPA Administration CVA | | 3260 | | Compartmental syndrome | | 3312 | | Ankle Air Cast | | 0115 | |
| Cardioversion Mechanical | | 3302 | | Aspirationing Joint | | 3372 | | Orthoglass | | 1012 | |
| Code 4 | | 3304 | | Injection Joint | | 3257 | | **ENT** | | | |
| External Pacing | | 3305 | | **NEURO** | | | | Press Patch | 358 | 0500 | |
| Intubation | | 3306 | | Lumbar Puncture | 358 | 3314 | | Alger Brush/Burr | | 1069 | |
| Immunization (i.e. TD, Hepatitis B) 1st med | | 3311 | | **LEVELS** | | | | Cath Fox Nasal Pack | | 2031 | |
| Immunization each additional | | 3250 | | Emergency WD Check | | 3005 | | Weimart Pack | | 2027 | |
| Immunization (rabies) | | 3313 | | Express I | 358 | 3362 | | Slimline Pack | | 2028 | |
| Medication Administration IV 1st med | | 3315 | | Med/Surg | | 3384 | | Drawstring Pack | | 2029 | |
| Medication Administration IV each add'l | | 3251 | | Emergency I | | 3000 | | Kennedy Pack | | 2030 | |
| Medication Administration IM or SQ (once) | | 3303 | | Med/Surg | | 0101 | | Morgan Lense | 358 | 2012 | |
| Paracentesis | | 3319 | | Emergency II | | 3001 | | **SUPPLIES** | | CDM | TOTAL |
| Peritoneal Lavage/Tap | | 3321 | | Emergency IIp | | 3014 | | **TRAYS** | | | |
| Thoracentesis | | 3320 | | Med/Surg | | 0102 | | Trauma Tray | 358 | 0041 | |
| Chest tube insertion | | 3329 | | Emergency III | | 3002 | | Ear Tray | 366 | 5908 | |
| Phlebotomy | | 3330 | | Emergency IIIp | | 3015 | | Turkey Tray | | 5001 | |
| IV Infusion < 15 min | | 3331 | | Med/Surg | | 0103 | | Circumcision | | 5005 | |
| IV Infusion > 15 min < 1 hour | | 3252 | | Emergency IV | 358 | 3003 | | K-Wire | | 5022 | |
| IV Infusion each add'l up to 8 hours | | 3253 | | Emergency IVp | | 3016 | | Large ER | | 5014 | |
| **ENT** | | | | Med/Surg | | 0104 | | Nose Bleed | | 5029 | |
| Eye Exam/Corneal Abrasion | 358 | 3323 | | Critical Care | | 3004 | | Oral Surgery | | 7164 | |
| Foreign Body Removal Ear | | 3307 | | Critical Care p | | 3017 | | Paracentesis | | 503' | |
| Foreign Body Removal Nose | | 3324 | | Med/Surg | | 0105 | | Small ER | | 501.3 | |
| Irrigation Ear | | 3325 | | No Charge | | 3006 | | Plastics Tray | | 5906 | |
| Monitoring Intraocular Pressure | | 3384 | | **SUPPLIES** | | CDM | TOTAL | LP Tray | | 1356 | |
| Nose Bleed/Nasal Packing | | 3326 | | **IV** | | | | Twist Drill | | 5905 | |
| Rust Ring (Foreign Body) Removal | | 3327 | | Blood Warmer | 358 | 2025 | | Thoracentesis | 358 | 0005 | |
| **RESPIRATORY** | | | | IV start | 366 | 7198 | | Thoracostomy | | 5047 | |
| Tracheotomy | 358 | 3337 | | Infusor Bag 500cc | 358 | 0211 | | Suture Tray | | 2020 | |
| Trach Change | | 3338 | | Infusor Bag 1000cc | | 0212 | | Cook Central | | 0016 | |
| Pulmonary Tx | | | | IV Fluids | 367 | 0078 | | Cook Pnuemo. | 366 | 254' | |
| **GASTROINTESTINAL** | | | | **Wound Care** | | | | **Special Sup.** | | | |
| Gastric Lavage | 358 | 3340 | | Steri-strips | 366 | 2021 | | Bair Hugger | 358 | 1008 | |
| Gastrostomy Tube Placement | | 3341 | | Dressing Small | | 2021 | | Peg tube / Flexiflo | | 0501 | |
| NG tube placement | | 3256 | | Dressing Medium | | 2019 | | Defib pad | | 2032 | |
| **GENITOURINARY** | | | | Dressing Large | | 2017 | | Pluerovac | 366 | 1181 | |
| Delivery/Birth | 358 | 3342 | | Dressing X-Large | | 2010 | | Thoravac | | 118' | |
| Supra Pubic Cath, or use of Turkey Tray | | 3344 | | Stryker Irrigation | 358 | 0015 | | Arterial Line | | 3115 | |
| Irrigation of Catheter | | 3345 | | Staple Gun | | 3107 | | Cath Multilum. | | 7350 | |
| Priapism Irrigation | | 3346 | | Lidocaine 1-5cc | 358 | 0106 | | Codman | | 6919 | |
| Nephrostomy Tube | | 3347 | | Lidocaine over 5cc | 358 | 0107 | | CVP Monitor | | 1196 | |
| Insertion Foley catheter | | 3254 | | Nitromax | 358 | 2019 | | **GU Supplies** | | | |
| Straight cath | | 3255 | | Suture per pack | | 0014 | | Word Catheter | 358 | 0020 | |
| **INTEGUMENTARY** | | | | Robert Jones | | 0042 | | 16 Foley Cath | 366 | 6001' | |
| Repair of nail bed | 358 | 3350 | | Dermabond | | 1013 | | 18 Foley Cath | | 6001 | |
| Subungal Hematoma | | 3351 | | **Orthopedics** | | | | Pelvic Exam | 358 | 7056 | |
| I & D Abcess | | 3354 | | Crutch | 366 | 7012 | | OB Kit | | 001.' | |
| Laceration Repair | | 3361 | | Shoulder immobil | | 7016 | | **Observation** | | | |
| Debridement | | 3365 | | Forearm Splint | | 7058 | | Observation per hour | 358 | 4005 | |
| Treatment of Burns | | 3316 | | Finger Splint | | 7026 | | | | | |
| **ORTHOPEDICS** | | | | | | | | | | | |
| Behr Block/Regional Block | 358 | 3368 | | | | | | | | | |
| Casting/Splinting/Strapping | | 3371 | | | | | | | | | |
| Tx of fx or dislocation with manipulation | | 3308 | | | | | | | | | |

**EMERGENCY PHYSICIAN CODE**

J    W    S    G    E    V    B    D    M    (H)    A

Wound Check    601    (602)    603    605

White - Chart Copy    Yellow - P.S. Copy

#983  Rev. 8/06



*Houston County Jail Medical Clinic*
*901 East Main Street*
*Dothan, Alabama 36301*

# Fax Transmittal

Phone: (334) 712-0762
Fax:    (334) 671-9482

*Lamar Glover, Sheriff*

*Dr. Sam Banner, Medical Director*

*Darla Spelgner CRNP, Clinical Director*

To: _SAMC_

Dr: _____

Department: _Medical Records_

| Inmate Name: | DOB | SS# |
|---|---|---|
| Price, Darren | 12-14-68 | 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 |

Please Send The Requested:

- ☐ Medical Records
- ☐ Medical Diagnosis
- ☐ Other _____

- ☐ Medical Administration Record
- ☐ X-ray Reports
- ☐ Specified Dates _____

Thanks for your Cooperation

Houston County Nursing Department

**Southeast Alabama**
# MEDICAL CENTER

## AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

### Page 1 of 2

**Patient Identification**

Printed Name: _Price, Darren_                    Date of Birth: _12-14-68_

Address: _____

_____

Social Security #: _____    Telephone: _____

**Information To Be Released - Covering the Periods of Health Care**

From (date) _11-21-06_    to (date) _____

From (date) _____    to (date) _____

*Please check type of information to be released:*

| | | |
|---|---|---|
| ☑ Complete health record | ☑ Face Sheet | ☐ X-ray films / Images |
| ☐ Complete billing record | ☑ History and physical exam | ☑ X-ray reports |
| ☑ Consultation reports | ☐ Itemized bill | ☐ _____ |
| ☑ Discharge summary | ☐ Laboratory test results | ☐ _____ |
| ☑ Emergency Dept. Reports | ☐ Pathology Report | ☐ _____ |

☐ Other, (specify) _____

**Purpose of Request**

☑ Treatment or consultation        ☐ At the request of the patient        ☐ Billing or claims payment

☐ Other, (specify) _____

**Who and Where to Send / Release Information**

Name: _____

Address: _____

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release**

I understand if my medical or billing records or psychotherapy notes contain information in reference to drug and/or alcohol abuse, psychiatric care, sexually transmitted disease, Hepatitis B or C testing, and/or other sensitive information, I agree to its release.
    Circle One:  Yes    No

I understand if my medical or billing records or psychotherapy notes contain information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment I agree to its release.
    Circle One:  Yes    No

**Time Limit & Right to Revoke Authorization**

Except to the extent that action has already been taken in reliance on this authorization, at any time I can revoke this authorization by submitting a notice in writing to the facility Medical Records Manager at Southeast Alabama Medical Center, P. O. Box 6987, Dothan, AL 36302. Unless revoked, this authorization will expire on the following date or event _____, or 180 days from date of signature, unless otherwise specified.

**MEDICAL CENTER**
*...theast Alabama*

# AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION

### Page 2 of 2

**Re-disclosure**
I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. SOUTHEAST ALABAMA MEDICAL CENTER, ITS AFFILIATES, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that my treatment or payment for services will not be denied if I do not sign this authorization unless specified on the other side of this form under **Purpose of Request**. I can inspect or receive a copy of the protected health information to be used or disclosed. I understand that there may be a charge for copies.
I authorize SOUTHEAST ALABAMA MEDICAL CENTER to use and disclose the protected health information specified on the other side of this form.

_____    _____
Signature of Patient or Personal Representative          Date  12-11-06

_____    _____
Relationship if not patient: (Guardian/Executor of Estate/Personal Representative)       Day time phone number

Witness: _____

=====================================================================================

**For Southeast Alabama Medical Center Use Only:**

Patient's Medical Record # _____    Account # _____

**Check Records Received by Patient:**

- ☐ Complete health record
- ☐ Complete billing record
- ☐ Consultation reports
- ☐ Discharge summary
- ☐ Emergency Dept. Reports

- ☐ Face Sheet
- ☐ History and physical exam
- ☐ Itemized bill
- ☐ Laboratory test results
- ☐ Pathology Report

- ☐ X-ray films / images
- ☐ X-ray reports
- ☐ _____
- ☐ _____
- ☐ _____

☐ OTHER _____

TOTAL PAGES SENT/GIVEN: _____

Identity of Requestor Verified via:    ☐ Photo ID    ☐ Matching Signature    ☐ Other, specify _____

Verified by: _____

TELEPHONE FOR MEDICAL RECORDS: (334) 793-8804

# INMATE GRIEVANCE FORM

DATE: *May 10, 2005* , 2005    POD/CELL LOCATION: *A-POD #10*

INMATE NAME: *Darren Price*    INMATE NUMBER: *36119*

NATURE OF GRIEVANCE OR INFORMATION: *I was called today for sick call to see the Nurse/Doctor. I'm assuming b/c the pains that I have. Well since day one I've understood from reading the Jail's Inmate Rules and Regulations sheet that it costs $10 each visit to Nurse/Doctor. I'm not able to pay this each time that I see them. At this time I really do need something done about this situation because it is painful at times, but rather than pay this amount it would be easier on me to just go maybe to the Medical Center or other and*

~~WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?~~ *(Con) be billed later for treatment. The situation needs to be handled because it really is getting worse. Now I would be willing to sign some agreement that I'd be responsible for the bill later! Please consider this. Thank You !*

OFFICER RESPONSE, FINDING?

PULL CHART

SGT. ON DUTY RESPONSE:

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARREN PRICE, #36199, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-CV-1080-WKW |
| | ) |
| COMMANDER WILLIAM McCARTY, | ) |
| NURSE PRACTITIONER DARLA SPEIGNER, | ) |
| and CORRECTIONS OFFICER | ) |
| TRACEY WALKER, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **William B. McCarty** of the Houston County Sheriff's Department, who is the Commander-Jail Operations for the Houston County Sheriff, Houston County, Alabama, who being by me first duly sworn, deposes and says as follows:

I am William B. McCarty and I am the Commander-Jail Operations of the Houston County Jail, Houston County, Alabama and have been employed by the Houston County Sheriff since June of 2004. My principal duties involve the administration of the Houston County Jail. Unless

EXHIBIT

2

otherwise indicated herein, I have personal knowledge of the facts and information contained herein.
I make this affidavit after review of the plaintiff's jail inmate file and the subject matter of plaintiff's
Complaint in an attempt to address plaintiff's claims in this case.

The Houston County Jail, as a part of the Inmate Rules and Regulations, provides for an
inmate Grievance Procedure. According to his files, while the plaintiff has filed one grievance, the
plaintiff has <u>not</u> filed any grievance related to the factual situation made the basis of plaintiff's
complaint while in the Houston County Jail. A true and correct copy as kept in the ordinary course
of the operation of the Houston County Jail of the Inmate Rules of the Houston County Jail which
contain the inmate instructions on filing a grievance are attached hereto as **Exhibit A** and are
incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary
course of the operation of the Houston County Jail of Policy Number E-301 of the Houston County
Jail Policy and Procedure Directive relating to Inmate Rules and Regulations is attached hereto as
**Exhibit B** and is incorporated herein by reference as if fully set forth. A true and correct copy as
kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-302 of
the Houston County Jail Policy and Procedure Directive relating to Receipt of Inmate Rules and
Regulations is attached hereto as **Exhibit C** and is incorporated herein by reference as if fully set
forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County
Jail of the plaintiff's Jail Docket Card showing that the plaintiff received a copy of the Inmate Rules
is attached hereto collectively as **Exhibit D**, and is incorporated herein by reference as if fully set
forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County
Jail of an Inmate Grievance Form available to and as provided to inmates is attached hereto as

**Exhibit E,** and is incorporated herein by reference as if fully set forth.  A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-401 of the Houston County Jail Policy and Procedure Directive relating to Inmate Grievances is attached hereto as **Exhibit F** and is incorporated herein by reference as if fully set forth.

I am one of the custodians of the records maintained by the Houston County Jail. A true and correct copy of the plaintiff's jail inmate file as maintained by the officers of the Houston County Jail in the ordinary course of the Jail's day to day business is attached hereto as **Exhibit G,** and is incorporated herein by reference as if fully set forth.

In addition to funding four full time nurse positions (one of which is a Certified Registered Nurse Practitioner), a doctor contracted as the staff doctor and a registered supervising pharmacist for the provision of medical care to inmates such as the plaintiff, the County Jail provides a general medical clinic for medical problems that may arise in the jail.  The medical clinic is held daily, Monday through Friday.  The clinic is staffed by the staff physician and/or the Certified Registered Nurse Practitioner under the supervision of the physician.   The nurses are in the Pods each day passing out inmate medications as well.  Thus, inmates are given daily access to nursing services, hospital emergency room services, if necessary, and the general medical clinic.  In addition, the nurses who work at the jail carry southern linc radio telephones and alternate being "on call" so there is generally a nurse available "on call" to the jail on a 24 hour a day, seven days a week, basis.

It is the policy of the Houston County Jail that all requests for medical treatment are forwarded to one of the nurses on duty with the expectation that appropriate and necessary medical treatment will be provided to or obtained for the inmate.

I am not personally or directly involved in the provision of medical treatment to inmates in the Houston County Jail. With regard to Plaintiff's claims related to medical testing or treatment, the policy of the Houston County Jail is that all requests for medical treatment are forwarded to one of the nurses on duty with the expectation that appropriate and necessary medical treatment will be provided to or obtained for the inmate. I was not personally and directly involved in the provision of medical care to the Plaintiff.

In addition to the foregoing, it is my understanding that while he was in the jail, the plaintiff was seen almost every day by one of the nurses when they would give out medications. The nurses on duty in the jail would go onto the jail floors every day for the dispensing of medications. That was also a time when inmates had an opportunity to personally tell one of the nurses if they have a medical problem and want to be placed on the jail medical clinic list. The Inmate Rules provide in pertinent part that "Inmates who are ill or have a medical complaint will fill out an inmate request form." See Inmates Rules, Exhibit A.

Upon information and belief, the plaintiff was, during the period of time made the basis of Plaintiff's complaint, provided necessary medical testing, treatment and care while in the Houston County Jail. It is my understanding that the plaintiff not only received all appropriate medical treatment, but was seen by medical personnel both in the jail clinic and at the hospital relative to his thumb injury.

With regard to plaintiff's allegations in his complaint regarding a "cut" finger (actually thumb), the jail records indicate that during the evening hours of November 20, 2006, the plaintiff filled out an inmate request form directed to the medical staff stating, "I want to see the nurse

because I have a hurt finger. I slam it [sic] in the door." The next morning, on November 21, 2006, the plaintiff files another inmate request form directed to the medical staff saying that the plaintiff "smashed finger in door need [sic] to be seen as soon as possible." That same day, November 21, 2006, plaintiff was seen in the medical clinic of the Houston County Jail at which time the plaintiff reported to the medical staff that he "caught his right thumb in cell door." The plaintiff also stated to medical staff "he thought it would be o.k. until it started swelling." Ultimately, the plaintiff was taken to the emergency room of the Southeast Alabama Medical Center where he received treatment and returned to the jail. Orders were noted in the plaintiff's medical file that he was to receive certain prescription medications, which I understand were provided to him. The plaintiff was thereafter followed by the staff in the jail's medical clinic.

The plaintiff's makes an allegation in his complaint concerning a water leak in his cell. According to jail records, on November 28, 2006, a corrections officer noticed water leaking from underneath the wall in plaintiff's cell. That same day a jail maintenance request was faxed to the county maintenance department and the maintenance department repaired the leak on November 30, 2006, noting that the moisture on the floor "has appeared to have dried up [sic]."

The plaintiff's claims that the door to his cell was broken such that he cut his thumb on the cell door. In reality, on December 13, 2006, the electronic unlocking system with regard to the plaintiff's cell and one other cell malfunctioned. The door to the plaintiff's cell was manually opened with a key. That same day, jail staff forwarded a request to the maintenance department requesting that the cell door problem be repaired. The next day, on December 14, 2006, maintenance replaced two buttons on the electronic control panel that fixed the problem of the cell doors not

opening electronically. Contrary to the plaintiff's claim, nothing was actually mechanically wrong with the plaintiff's cell door.

WILLIAM B. McCARTY

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared **William B. McCarty**, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of his information, knowledge and belief.

Sworn to and subscribed before me on this the 30th day of January, 2007.

NOTARY PUBLIC
My Commission Expires:     12-9-08

# HOUSTON COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISON
### LAMAR GLOVER, SHERIFF

## INMATE RULES

Order is essential to the safe and secure operation of the jail. Inmate Rules describe the expected behavior of all inmates. Inmates found in violation of rules will be subject to disciplinary action or criminal action depending on the type of violation. Some rule violations will subject the inmate, if found guilty, to sanctions or restriction of privileges. All inmates found guilty of rule violations have a right to appeal. Appeals must be submitted within 24 hours after receiving the sanction or restriction.

## RULES

1.   Uniforms (jump suits) will be worn at all times when an inmate is outside his/her cell.  The uniform must be worn with the wording **"Houston County Jail"** on the outside, and the uniform must be buttoned completely.  While in the recreation area, inmates may wear the uniform top down around their waist, but they must be wearing a T-shirt. However, females must wear a bra under their T-shirts.  No bare skin will be exposed.

2.  No foreign objects will be placed in the jail doors to keep the door open or prevent locking.  All inmates housed in a cell will be required to keep the cell clean and free of debris.

3.  No paper products or any other type product will be placed over cell windows, vents, doors, cell lights or on walls.

4  No inmate will behave in any manner that is disrespectful to any Sheriff's Department personnel, visitors, or other inmates.

5.  No inmate will initiate any physical contact, assault or attempt to assault, nor perform any act that will endanger any Sheriff's Department personnel, or any other officer, inmate or visitor.

6.  No inmate will waste, abuse, damage, or steal county property or personal property belonging to another inmate.

7.  No inmate will incite any action that will threaten the safety or order of the jail.

8.  No inmate will commit any lewd or indecent sexual act or exhibitions.

901 East Main Street • Dothan, AL 36301
(334) 712-0762 • Fax (334) 671-9479

EXHIBIT

A

9.   No inmate will possess or attempt to possess contraband either on his/her person, cell, or under his/her control to include testing positive for drugs or alcohol.

10.  Inmates must maintain their cells and common areas in a clean, sanitary, and orderly condition.

11.  No inmate will interfere with Sheriff's Department personnel, nor disobey an order or instructions given by Sheriff's Department personnel.

12.  No inmate will leave his/her authorized area.  Inmates must roll-in to their cells when told to do so.  Females must be seated on their bunk.

13.  Inmates must roll-in at all roll-in times.  Inmates assigned to day room access must be on their mattress at all roll-ins.

14.  No inmate will be allowed to wear a cap, scarf, hat, headrag, etc., or anything covering their hair or head.

15.  No inmate will touch or place any item on the sprinkler head in their cell.

16.  Inmates will not press the call buttons except in case of emergency.

17.  No inmate will pass any item from one pod to another.

18.  Inmates **must** wear identification arm band at all times.

## DAILY SCHEDULE

1.  Roll In/Roll Out times will be posted in the pod.

2.  Inmates will roll-in at shift change times for inmate count and any other time when called by the officers.

3.  Showers will be taken during the following hours:  1:00 P.M. - 2:30 P.M. and 3:30 P.M. - 8:30 P.M.

4.  Religious services will be held on nights scheduled by the Jail Commander.

5.  Meals will be served beginning at approximately the following times:    **Breakfast - 5:00 A.M.**
                  **Lunch - 11:00 A.M.**
                  **Supper - 5:00 P.M.**

Each inmate is responsible for getting their own tray.  Cups **will** be taken up after the supper meal and returned at the breakfast meal.

## PERSONAL ITEMS ALLOWED

### A.  Items Issued

| | |
|---|---|
| Uniforms | Blanket |
| Mattress | Toothbrush |
| Mattress Cover | Comb |
| Laundry Bag | Soap |
| Towel | Toilet Paper |
| Bath Cloth | Toothpaste |

### B.  Clothing Allowed to be Brought Into the Facility

1.  Undergarments, 6 pair, white only
2.  Socks, white only, 6 pair
3.  T-shirts, (6) white only (no tank-tops or pockets)
4.  Sweatshirt, or thermal underwear, 1 each, elastic waistband, no pockets
5.  Shower shoes, 1 pair
6.  Tennis shoes, 1 pair, no shoestrings.  No boots, clogs or sandals - must be new
7.  Bras, 3, white, no underwire

### C.  Hygiene Products Allowed
####     (One Each)

1.  Stick deodorant
2.  Bar soap (no liquid soap)
3.  Shampoo (clear plastic bottle)
4.  Hair grease/gel

All hygiene products must be the original container, clear plastic and must have see-through contents and original seal.  Never opened. (See Inmate Hygiene Policy page 10)

### D.  Other Items Allowed

1.  Legal papers
2.  Personal letters (Not to exceed 10 letters)
3.  Soft-back Bible
4.  2 legal pads, letter size, no wire binding
5.  25 envelopes with stamps
6.  2 pencils, lead
7.  2 pens (non-retractable, non-metal point, see-through) (no crayons, colored pencils, highlighters or markers allowed)

### E.  Commissary Purchases

1.  Weekend visitors whose name appears on an inmate's visitation list may deposit commissary money only into the inmate commissary fund of the inmate being visited.

2.  Cash money and only correct amount will be accepted.

**Coins will not be accepted.**

3.  Only certified checks or money orders will be accepted through the mail.

4.  Inmate workers assigned to outside duties will only be allowed to contribute to inmate workers fund on Saturdays and Sundays. Each inmate is allowed $25.00 per week or $5.00 per day. (Inmates are not permitted to have money in the pods or on their person.)

**F.   Acceptance of Personal Items**

The personal clothing worn by an inmate at booking, along with other personal items that are not considered contraband, will be stored in the property room and given back to the inmate at release. **The inmate must sign a property return receipt at release or transfer time.** If considered contraband, i.e., cigarettes, lighters, it will be destroyed after 3 days if not picked up by family members.

**G.   Television**

The televisions are provided in the facility for the convenience and entertainment of the inmate. The floor officer may change channels when he/she deems necessary. The television may be turned off or removed for disciplinary reasons at the discretion of the floor officer.

**H.   Cell Assignments and Institutional Living**

The inmate's cell assignment is the responsibility of the Records and Classification Division. Inmates must return to their assigned cells at all roll-in times.

**When the inmate leaves his/her cell for the dayroom, the bed must be made up neatly.**

Personal items must be stored in the drawer underneath the bunk. Items will not be stored underneath the mattress. Inmates must not alter or destroy any lights, walls, fixtures, or plumbing located in a cell. Inmates assigned to cells without a drawer may place their items neatly at the foot of the bunk.

**J.   Jail Library**

Library books are available once a week at the discretion of the Sergeant assigned library duty. Inmates may check out a maximum of two books per week.

**K.   Inmate Workers (Trustees)**

1. Requirements for inmate workers:

   a. Inmate must be convicted.
   b. Inmate must not have a record of violence or sexual crimes or be a high risk.
   c. All inmates must be medically approved.
   d. The Jail Commander must approve all inmate workers.
   e. Inmate must not be convicted of manufacturing or trafficking in drugs.

2. Rules of inmate workers:

   a. **Inmate workers must perform work duties as assigned.**
   b. **Workers must remain in work areas assigned and may be searched at any time.**
   c. **Outside workers must inform control of their duties and location at all times.**
   d. **Inmate workers must not enter control room or jailer's booth unless escorted.**

## L. Recreational Activities

Basketball goals have been installed in the recreation areas, and their use is determined by the Sergeant on duty, weather permitting.

## M. Telephone Calls

1. Inmates will not receive any telephone calls, nor will any messages be forwarded for calls.

2. Legitimate emergency messages will be handled by the supervisor on duty.

3. The jail personnel will only give out the charge, amount of bond, or sentence regarding an inmate.

4. Inmates may make collect calls using the inmate telephone system located in the dayroom. These calls may be monitored or recorded.

5. **Upon written request by inmate, the receptionist may call and leave a message for an attorney.**

6. Inmates are not allowed to use a phone in the docket area except at the time of booking.

7. Upon written request by an inmate, the docket officer will call a bonding company of the inmate's choice.

## N. Visitor Information

1. **The Houston County Jail is a non-contact visiting jail.** Only attorneys meeting in private conference with

inmate clients are allowed contact visits.

2.  Inmates must complete a visitor list to see visitors.
    Visitors will not be allowed a visit if their name is
    not on the visiting cards, including children.  Visit-
    ing list is restricted to only 8 names.

3.  After 7 days, including entry day, the visitation
    list will not be changed, added to, or deleted, for
    a period of 60 days.

4.  Visitors 16 years and older must present a current
    photo ID or driver's license before entry.  Visitors
    under 16 years must have a social security card or a
    birth certificate, or be admitted at the discretion
    of the supervisor.

5.  Only two (2) people, including children, will be
    allowed to visit per inmate.  Visitors must come and
    leave together.  __Split visitation is not allowed.__

6.  For cause, the supervision of the jail may refuse an
    inmate's visitation privileges.

7.  Visitor cards will be held by the visitation officer
    in the lobby.  Times will be noted on the card.

8.  Weekday visitation may be approved if __proper__
    __identification and proof of residency is presented.__
    __Weekday visits will only be approved if the visitor__
    __shows proof that their residence is a minimum of__
    __100 miles from the Houston County Jail.__  Out of town
    visits are for visitors who can not visit on regular
    visiting days and proof of the fact is presented.  A
    visitor may not visit on the weekend and during the
    week day.

9.  Inmates are not allowed visitors while serving time on
    lockdown or lock up time.

10. Visitors will be arrested and prosecuted for bringing
    or attempting to bring contraband into the jail.

11. Visitors will not wear mini skirts, shorts above the
    knee, halter tops, tank tops, spaghetti straps,
    strapless/slit dresses.  No see-through clothing or
    low cut necklines will be worn.  No visitor will wear
    any clothing that exposes the body to bare skin from
    the shoulders to the knees.  Arms are excluded.

## VISITING SCHEDULE

SATURDAY:          8:00 AM to 10:30 AM
                   Pods M thru O, and female inmates,
                   trustees and weekend dorms

6

SATURDAY:        1:00 PM to 3:30 PM
                 Pods I, J, K, L, holding and Nursing

SUNDAY:          8:00 AM to 10:30 AM
                 Pods A thru D

SUNDAY:          1:00 PM to 3:30 PM
                 Pods E thru H

## MAIL

1. Letters will be inspected for contraband to ensure facility safety.

2. No hand-delivered mail or packages will be accepted. Envelopes larger than 5X7 will not be accepted.

3. Inmates may receive money orders through regular mail. The money order must be made payable to: **Inmate Drawing Account,** and **must include the inmate's name and inmate number.**

4. **Mail received by the inmates will be documented, opened, and inspected before delivery to the inmate.** Legal mail received by the inmate will be opened by the officer in the presence of the inmate **but not read.**

5. Outgoing mail will be taken up each morning by the corrections officer.  Incoming mail will be delivered to the inmate daily.

6. All incoming and outgoing mail must have the sender's **first** and **last name.** No nicknames will be accepted. The envelope must bear the sender's complete address.

**EXAMPLE:**  John Doe Pod A, B, C, D
             901 East Main Street
             Dothan, Alabama 36301

                              Jane Doe Pod Location
                              901 East Main Street
                              Dothan, Alabama 36301

## LAW LIBRARY

The facility has a constitutionally accepted law library for inmate use.  The inmate must submit a request to the sergeant on duty to visit the library.  The sergeant will arrange for use of the library by pod designation.  Inmates cannot remove any book from the library.  The facility does not provide a librarian.

## LIVING AREA REQUIREMENTS

A.  Inmate towel and bath cloth must be hung on the foot of the bed and be centered.  The towel will be hung first and the bath cloth hung neatly on the top of the towel.

B.  Shoes will be placed underneath the right side of the bunk at the foot of the bunk with toes turned out.

C.  The bunk will be neatly made.

D.  Bunks will be in compliance from 8:00 AM to 9:00 PM Monday through Friday.

E.  On Saturday and Sunday, bunks will be in compliance from 10:00 AM to 9:00 PM.

F.  No items will be stored underneath the bunk except shoes.  The inmate must keep his area clean and clear of litter.

G.  No items of any kind will be placed or stored on the window sill of the cell.

### MEDICAL CARE

A.  Inmates are charged a co-pay for medical care at the jail.  Inmate medical care is **not** free.  Alabama law dictates that inmate medical service is free when the inmates "are unable to provide for themselves," (Code of Alabama 14-6-19).

B.  Inmate medical co-pay is taken from the inmate's commissary funds.

C.  The inmate will be charged a co-pay for each medical visit and each medical service based on the following fees:

| | |
|---|---|
| Hospital Visit | $20.00 |
| Doctor Visit | $20.00 |
| Practioner Visit | $20.00 |
| LPN Visit | $ 5.00 |
| EMT Visit | $ 2.00 |
| Lab/X-Ray | $20.00 |
| Prescription (each) | $10.00 |
| Non-Prescription (each) | $ .50 |
| Dental visit | $20.00 |

D.  Inmates who request medical clearance to perform trustee duties and then refuse to work will be charged $98.00, or actual cost, for their lab work.

E.  Inmates are not allowed to ask questions during medication pass.

F.  Med call is announced prior to the nurse arriving

in each area.  Any inmate not standing in line by
the door will forfeit their medication and be
noted as being absent.

## CHAPLAIN SERVICES

A.  The jail has a staff chaplain on part-time duty.
However, a 24-hour call is maintained for inmates
who request emergency service.

B.  Inmates **must** request chaplain service.  Inmate request
forms may be obtained from the corrections officer on
duty.

C.  Inmates who are members of an established religious
body may be visited by the clergy of the religious
body at times listed, Monday thru Friday, during the
hours:  9:00 A.M. - 11:00 A.M.
        1:00 P.M. - 2:30 P.M.
        3:30 P.M. - 4:30 P.M.
except during lock-up times or when the inmate is on
disciplinary lockdown.  At the discretion of the
supervisor on duty, inmates on disciplinary lockdown
may be visited by clergy.

D.  Clergy must show proof that they are ministers of
an established religious body of which the inmate
desiring a visit is a declared member and complete a
visitation form provided by the jail facility before
they are allowed visitation.  Ministers are required
to complete the visitation form only once.

E.  **Pastoral visits are discouraged on Saturdays and
Sundays due to weekend visitation except during
emergency situations.**

F.  Non-denominational services are held during the
evenings on Monday, Tuesday, and Thursday, of
each week.  Other services and classes are held
at the discretion of the chaplain.

G.  Attendance at religious services is not mandatory
for the inmate.  The privilege to attend religious
services may be revoked by the supervisor on duty
for misbehavior during the service or any violation
of the inmate rules.

H.  Clergy who have family members that are incarcerated
and a member of the clergy's religious body may visit
the inmate once as clergy.  The remaining visits will
be on regular visiting time assigned to the inmate.
Clergy will be any minister employed by the established
religious organization.

HOUSTON COUNTY JAIL
POLICY AND PROCEDURE DIRECTIVE

INMATE HYGIENE

Date Issued:  April 14, 2005
Date Effective:  April 24, 2005                    Policy Number: E-303
Revision Date:  April 25, 2005

## POLICY:

In order to promote the institutional goals of health, cleanliness, safety and security in the Houston County Jail, it is the policy of the Houston County Jail that except as may otherwise be specifically provided for herein, all inmates, male and female, shall adhere to this policy. Male inmates shall have hair no longer than one inch from their scalp. Additionally, female inmates shall have hair no longer than collar length. There will be no special hairstyles permitted. Furthermore, there shall be no facial hair greater than one-quarter inch (1/4") in length and fingernails shall be clipped to the tip of the finger. Each inmate shall shower daily; this includes shampooing the hair and a change in clothes. Inmates in food service shall wear a clean set of whites daily.

## PROCEDURE:

During the initial booking process, inmates with a set bond, but who are otherwise incarcerated over night, are not subject to the haircut requirement, but they shall not refuse a bath using a delousing soap and shampoo if required by the jail staff. Any inmate booked into the jail without a set bond shall have to comply with all requirements of this policy during the initial booking phase.

A schedule for compliance with this policy shall be set from time to time by the Jail Commander or Jail Administrator.

In the event an inmate wishes to have their haircut shorter, they must fill out an inmate request form and return it to the appropriate staff.

In an additional effort to prevent the spread of infection to other inmates and employees, every cell and holding area, including dayrooms, must be decontaminated using germicidal agents and steam cleaning the showers, floors and walls. This procedure must be done a minimum of once a week for every space in the secure areas of the jail occupied by an inmate, including the docket. The mats used for sleeping must be sprayed with germicide **weekly**.

To ensure this policy is being followed, the ranking Sergeant will perform inspections as may be necessary.  Any inmate in non-compliance with this policy is to be reported to the Jail Commander or Jail Administrator and shall be subject to appropriate disciplinary action.

## **GRIEVANCE PROCEDURE**

01.    In the event that an inmate has a grievance, this inmate will send a grievance form to the Senior Corrections Officer, who will investigate and answer the grievance, and will settle this issue.  If this is not possible, the Jail Commander may hold a formal hearing.

02.    The Senior Corrections Officer will hear all sides of the situation with a written statement or witnesses, as appropriate and render a decision.  This inmate will be informed of the decision in writing.  Actions taken will be documented.

Houston County Jail
Policy and Procedure Directive

# INMATE RULES AND REGULATIONS

Date Issued:  May 1, 1999

Policy Number: E-301

**POLICY:**

It is the policy of the Houston County Jail to advise inmates, in writing, of inmate rules and regulations.

**PROCEDURE**:

The jail will provide each inmate admitted to general population a copy of the inmate rules and regulations.

The inmate rules and regulations handout will be reviewed by the Jail Administrator and updated as necessary.

ACJS 13-001

**EXHIBIT** B

Houston County Jail
Policy and Procedure Directive

# RECEIPT OF INMATE RULES AND REGULATIONS

Date Issued: May 1, 1999                    Policy Number: E-302

**POLICY:**

It is the policy of the Houston County Jail to inform all new inmates of the inmate rules and regulations.

**PROCEDURE:**

Prior to any inmate being placed in a regular housing unit of the jail, the jail will provide the inmate with a copy of the inmate rules and regulations.

If the inmate is unable to read the inmate rules and regulations, a jail officer will read them to him/her and document the event. In reading the rules and regulations, the staff member will explain each rule and regulation and answer any questions the inmate may have about the rules and regulations.

The jail officer will complete the Rules and Regulations Receipt form advising the inmate that he/she will be required to abide by those rules and regulations while an inmate in the Houston County Jail.

The inmate will then be required to sign the receipt form. If inmate refuses, the process will be documented and procedure continued.

The receipt form will be placed in the inmate's file.

**EXHIBIT**    C

## HOUSTON COUNTY JAIL
## JAIL DOCKET CARD

1418

| INMATE # | 36199 - Price Darren Earl |
|---|---|

| LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|
| Price | Darren | Earl | | | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP. RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|
| Houston | 10/6/06 | | | | |

| STATUS | | | | | |

| AGE | DOB | SSN | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOCKET OFFICER | ARRESTING OFFICER |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 10-14-68 | 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 | B | M | 5'9 | 175 | B | M | K. Reese | G. Hatcher |

| FLOOR | CELL | | | | | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|
| E | | | | | | Houston |

| RISK | ENTRANCE NCIC/BY | EXIT NCIC/BY | ENTRANCE HOUSTON/BY | EXIT HOUSTON/BY | ENTRANCE DPD/BY | EXIT DPD/BY | FELONY CRIMINAL HISTORY/BY | ATTORNEY |
|---|---|---|---|---|---|---|---|---|
| | Nea #9 | Nea J53 | | | Nea Sat To that | | | |

| HOLD 1 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS | CITY | STATE | PROBATION/PAROLE OFFICER |
|---|---|---|---|
| 806 Monterey St Apt 1 Dothan | Dothan | AL 36303 | |

| NEXT OF KIN | ADDRESS | CITY/STATE | PHONE | RELATION |
|---|---|---|---|---|
| Addie Price | same | | | Mother |

**REMARKS:**

| DID INMATE RECEIVE PHONE CALL? | (✗) Y | ( ) N |
|---|---|---|

INMATE SIGNATURE _Darren Price_

| DID INMATE RECEIVE JAIL RULES? | (✗) Y | ( ) N |
|---|---|---|

INMATE SIGNATURE X _Darren Price_

SOUTHEASTERN PRINTERS OF DOTHAN / FORM HC/DC 334-792-2828

EXHIBIT D

| INMATE # 36190 | NAME | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|---|---|
| CHARGE Nonsupport | | | | | | 07-180 | |
| BOND 1000. | | 10-30-06 3:30 Am | | | | | |
| | | 11-13-06 @ 0835 | | | | | |
| CHARGE Nonsupport | | | | | | 00-187.02 | |
| BOND 2889. CASH | | 10-23-06 8:30 Am | | | | | |
| | | 11-13-06 @ 0830 | | | | | |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | | | |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | | | |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | | | |

# INMATE GRIEVANCE FORM

DATE:_____     INSTITUTION:_____

NAME:_____     INMATE NUMBER:_____

NATURE OF GRIEVANCE OR INFORMATION:

_____
_____
_____
_____
_____
_____

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT ? _____

_____
_____
_____
_____
_____
_____

DATE HEARING:_____

COMMITTEE FINDING OR RESPONSE: _____

_____
_____
_____
_____

REFERRED TO:_____     POSITION:_____

CHAIRMAN:_____     MEMBER:_____

MEMBER:_____     WARDEN:_____

AGREE_____ DISAGREE:_____     (WITH COMMITTEE FINDINGS)

CHIEF WARDEN RESPONSE: _____

_____
_____
_____
_____
_____

DATE GRIEVANCE FILED:_____     TIME FILED:_____

SHIFT COMMANDER

**EXHIBIT**
**E**

Houston County Jail
Policy and Procedure Directive

# INMATE GRIEVANCES

Date Issued:  May 1, 1999                                    Policy Number: E-401

**POLICY:**

It is the policy of the Houston County Jail that inmates are permitted to submit grievances to the jail administration and that each grievance will receive a response.

**PROCEDURE:**

The Jail Administrator will devise a grievance form to be made available to all inmates on request.  Grievance forms will be limited to one (1) per day per inmate.

Completed grievance forms will be delivered to the Jail Administrator through an appointed grievance officer, who will respond to the grievance.

The grievance response to the inmate will be in writing.

The decision of the Jail Administrator may be appealed to the Sheriff or designee, within seventy-two (72) hours of the receipt of the grievance decision.

**EXHIBIT  F**

**EXHIBIT 9**

1418

**HOUSTON COUNTY JAIL**
**JAIL DOCKET CARD**

| INMATE # 36199 | LAST NAME Price | FIRST Darren | MIDDLE Earl | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| ARRESTING AGENCY Houston | DATE RECEIVED 10/6/06 | TEMP RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED | |
| RISK | STATUS | | | FLOOR E | CELL | DOCKET OFFICER Kleen | ARRESTING OFFICER G Hatcher |
| AGE 37 | DOB 10-14-68 | SSN 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 | RACE B | SEX M | HEIGHT 5'9 | WEIGHT 175 | HAIR B | EYES M | AGENCY HOUSED FOR Houston |
| ENTRANCE NCIC/BY Neg #9 | | ENTRANCE HOUSTON/BY Neg J53 | | | ENTRANCE DPD/BY Neg | Sgt Tolbert | FELONY CRIMINAL HISTORY/BY |
| EXIT NCIC/BY | | EXIT HOUSTON/BY | | EXIT DPD/BY | | ATTORNEY |
| HOLD 1 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
| ADDRESS 306 Montana St Apt 1 Dothan | | 793-7329 | CITY Dothan | STATE AL 36303 | PROBATION/PAROLE OFFICER |
| NEXT OF KIN Addie Price | ADDRESS Same | | CITY/STATE | PHONE | RELATION Mother |

INMATE # 36199    NAME

| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
|---|---|---|---|---|---|
| Nonsupport | 10-30-06  7:30 Am | | | 97-118.01 | |
| BOND: $1000. | 11-13-06 @ 0830 | | | | |
| CHARGE Nonsupport 2889 | WARRANT # 10-23-06  8:30 Am | DC/TR | INDICTMENT# | CC/CS/DR 00-787.02 | CONVICTION |
| BOND: CASH | 11-13-06 @ 0830 | | | | |
| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | |
| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | |
| CHARGE | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET                    Page    1

| BOOKING NO:    060003868 | LOCAL ID:    36199 |
|---|---|

Name    : PRICE DARREN EARL

Address: 806 MONTANA ST APT 1

City    : DOTHAN            State: AL Zip: 36303



## Physical Description

Race : **BLACK**                    Hair :  **BLACK**

Gender: **MALE**                    Eyes:    **BROWN**

Height: 5 ' 10 "                Complexion:  **UNKNOWN**

Weight: 170                    DOB:  12/14/1968        Age: 37

Scars/Tattoos:

## Personal Information

DL State :                    Home Phone:  334 793 7329

DL Number:                    Work Phone:

    SSN:  421 06 8800

    SID:

## Booking Information

Arrest Date: 10/06/2006            Booking Officer: **S FEARS**

Arrest Dept: **HOUSTON**              Booking Date: 10/07/2006

Arrest Offcr: **G HATCHER**              Booking Time: 09:13

Search Offcr:                    Facility: 01

    Meal Code: 01                Cell Assignment: E

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| NONSUPPORT | $00.00 | 1000 | PENDING |
| NONSUPPORT | $00.00 | 2889.00 CASH | PENDING |

# HOUSTON COUNTY
# SHERIFF'S DEPARTMENT
# PROPERTY HOLD

I/M NUMBER          LAST NAME          FIRST NAME    M.I.

36199  / Price          / Darren          / E

CASH          HOLD 1          HOLD 2

_____/_____          _____/_____          _____

OTHER ITEMS:

_____

I DO/DO NOT GIVE MY PERMISSION FOR ALL MY INCOMING MAIL TO BE INSPECTED. I
UNDERSTAND THAT IF I DO NOT GIVE MY PERMISSION FOR MY MAIL TO BE INSPECTED, IT
WILL BE RETURNED TO SENDER.

X _Darren Price_          DATE _10-7-06_

I,_____, MADE APPLICATION TO THE BONDING
COMPANY OF MY CHOICE.

X_____DATE_____

I,_____, RECEIVED FROM THE HOUSTON COUNTY
SHERIFF DEPARTMENT ALL MY PROPERTY, AND MONEY UPON RELEASE.

X_____DATE_____

I WAS ALLOWED TO MAKE A PHONE CALL.

X_Darren Price_          DATE _10-7-06_

I RECEIVED A COPY OF THE JAIL RULES AND REGULATIONS.

X_Darren Price_          DATE _10-7-06_

WITNESS____Sears____          DATE _10-7-06_

## HOUSTON COUNTY JAIL
### BOOKING CHECK OFF LIST
DATE: 10-7-06     TIME: _____

SENIOR CORRECTIONS OFFICER(S) DUTY _____

Inmate Name: Price, Darren Earl     Inmate Number: 36199

**BOOKING OFFICER MUST INITIAL AFTER COMPLETING
EACH ITEM AND SIGN IN THE PROPER SPACE.**

1. All personal property secured
2. Check in-house warrants
3. Check for last incarceration
4. Arrest report completed by arresting officer
5. All charges listed on arrest report and bonds listed for each charge
6. **Bond amount noted on warrant**
7. All inmate property tagged/placed in envelope
8. Property envelope completely filled out/signed by inmate
9. All money counted/logged in money book
10. Money envelope completed/supervisor counts
11. SCO calls control and logs money in SCO money book
12. SCO seals money/places in box
13. **Check for outstanding warrants** ✓ NCIC ✓ Dothan
14. Inmate numbers properly assigned
15. Inmate recorded in black book
16. Inmate recorded on white pages
17. **Docket I.D., floor card completed, and bond amount verified on docket card**
18. Fingerprint card completed
19. Medical screen completed
20. Affidavit of hardship completed
21. Green disposition form completed (FBI)
22. Property hold form (telephone call, bond applied)
23. Fingerprinted/photographed/entered in computer
24. Property card completed
25. Visitor/Telephone list completed
26. Inmate handbook received
27. **Bond completed/amount checked against warrant**
28. **Correct court date noted on bond**
29. **Inmate and surety signature on bond**
30. **All pass on information documented in pass book**

_____
**Signature of Booking Officer(s)**

Southeastern Printers of Dothan, 334-792-2928

**HOUSTON COUNTY JAIL**
**JAIL DOCKET CARD**

1747

| INMATE # | LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|
| 36199 | Price | Darron | Earl | | | |

| ARRESTING AGENCY | DATE RECEIVED | TEMP. RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|
| DPD/HCSD | 4/9/05 | | | 4/30/05 | Avantage 1 y/000 2145 |

| RISK | STATUS | | | FLOOR | CELL | DOCKET OFFICER | ARRESTING OFFICER |
|---|---|---|---|---|---|---|---|
| | | | | C | PK | Jackson | C Kinney |

| AGE | DOB | SSN | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 12-14-68 | 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 | B | M | 5'10 | 170 | BLK | BRO | Houston |

| ENTRANCE NCIC/BY | ENTRANCE HOUSTON/BY | ENTRANCE DPD/BY | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|
| Neg C-12 | Neg JS 48 | Neg came from DPD | |

| EXIT NCIC/BY | EXIT HOUSTON/BY | EXIT DPD/BY | ATTORNEY |
|---|---|---|---|
| Neg CY | Neg JS 48 | Neg 80-TSd/CY | J. Blumenfeld |

| HOLD 1 | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|
| | | | | |

| HOLD 3 | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|
| | | | | |

| DATE/BY | | PROBATION/PAROLE OFFICER |
|---|---|---|
| | | |

| ADDRESS | CITY | STATE |
|---|---|---|
| 806 Montana St | 793-7329 | Dothan AL |

| NEXT OF KIN | ADDRESS | CITY/STATE | PHONE | RELATION |
|---|---|---|---|---|
| Addie Price | 806 Montana St | Dothan AL | same | mother |

| INMATE # | 36199 | | NAME | Price Darren Earl | | | |
|---|---|---|---|---|---|---|---|
| CHARGE | Poss. Contr. Subs | | WARRANT# 05-14210 | DC## 05-2201 | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | 1,000 | | | 404 07-27-05 @ 8:30rm | | | |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | | | |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | | | |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |
| BOND | | | | | | | |
| CHARGE | | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/DR | CONVICTION |

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET                                    Page    1

| BOOKING NO:    050002288 | LOCAL ID:    36199 |
| --- | --- |

Name    : PRICE DARREN EARL

Address : 806 MONTANA ST

City    : DOTHAN          State: AL Zip: 36303



## Physical Description

Race : **BLACK**                    Hair : **BLACK**

Gender: **MALE**                    Eyes: **BROWN**

Height: **5 ' 10 "**               Complexion: **UNKNOWN**

Weight: **170**                     DOB: **12/14/1968**        Age: **36**

Scars/Tattoos:

## Personal Information

DL State :                          Home Phone: **334 793 7329**

DL Number:                          Work Phone:

SSN: **421 06 8800**

SID:

## Booking Information

Arrest Date: **06/09/2005**         Booking Officer: **T.JACKSON**

Arrest Dept: **DPD/HCSD**           Booking Date: **06/09/2005**

Arrest Offcr: **KINNEY**            Booking Time: **23:42**

Search Offcr:                       Facility: **01**

Meal Code: **01**                   Cell Assignment: **C-FLR**

## Charge Information

| Offense | Fine | Bond | Disposition |
| --- | --- | --- | --- |
| **POSS.CONTRL SUBS** | **$00.00** | **$1,000** | **PENDING** |

AVSO352  36199

CASE: DR 2000 000789.02
JUDGE: DENNY L. HOLLOWAY

```
|------------------------------------------------------------------------|
|              ALABAMA JUDICIAL DATA CENTER                              |
|              CASE ACTION SUMMARY CONTINUATION                          |
|                     CIRCUIT CIVIL                                      |
|------------------------------------------------------------------------|
|  IN THE CIRCUIT  COURT OF  HOUSTON    COUNTY                           |
|                                                                        |
|   SHAMECCA J BRAZZELL/DHR VS. DARREN E PRICE                           |
|  FILED:  08/18/2004 TYPE:  CONTEMPT/RULE NISI    TYPE TRIAL: NON-JURY  TRACK: |
|************************************************************************ |
| DATE1:  05/16/2005  CA:                  CA DATE:                      |
| DATE2:              AMT:          $.00   PAYMENT:                      |
```

5-16-05 Deft. can be released to pay $202 — on
or before 5-20-05 + appear 6-20-05
at 8:30 AM. Notice to D. D to have $250 +
W20 to issue.                    Phyllis J. Kryzder

5-16-05  Order of Release
5-16-05  Income W/H Order
5-20-05  Copies Attr. & Deft
5-20-05  W/H Order Issued
5-20-05  Nt. to emp. executed
6-10-05  emp. answer - not emp.
6-20-05  D in custody on other charges. Cont.
         to 7-12-05 at 8:30 AM. Notice to D.
                                 Phyllis J. Kryzder
7-12-05  Cont. to 8-16-05 at 8:30 AM. D in
         custody on other charges. Notice to
         D. D to have job.          Phyllis J. Kryzder

# Houston County Jail
## Release Verification Form

Inmate Number : __36199__    Date : __6-30-05__

Date of Release : __6-30-05__    Time of Release : __2145__

Charge(s) :    Case Number(s) :

1. __UPCS__    __0C05-2204__

2. _____    _____

3. _____    _____

4. _____    _____

5. _____    _____

6. _____    _____

7. _____    _____

8. _____    _____

Reason for Release :

__Advantage 1X1,000__

Inmate Name : __Price, Darrun, Earl__

Date of Birth : __12-14-68__    Soc. Sec. # : __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__

Address : __806 Montana St   Dothan AL__

Inmate Sig~~nature~~ : __Prior__

THE INFORMATION LISTED ABOVE WAS PROVIDED BY THE NAMED SUBJECT
PRIOR TO HIS/HER RELEASE FROM THE HOUSTON COUNTY JAIL.

C/O Signature : _____
Verbally verified by Docket Officer

**HOUSTON COUNTY JAIL**
**RECEIPT OF ARMBAND**

I _PRICE, DARREN_ have received an armband from Houston County Jail. I must wear this armband at all times while incarcerated in the Houston County Jail. I understand that I must have the armband on to receive medication, commissary, mail or any other items from the jail staff. If I am caught with out my armband I will receive a sanction. I must turn in this armband upon release from the jail. I can not give this armband to any other inmate.

_DARREN PRICE_
**Inmate Signature**

_6-17-05_
**Date**

**C/O Signature**

_6-17-05_
**Date**

# HOUSTON COUNTY JAIL
## BOOKING CHECK OFF LIST
DATE: 6-9-05    TIME: _____

SENIOR CORRECTIONS OFFICER(S) DUTY __Asco / Athey__

Inmate Name: __Price Darren__    Inmate Number: __36199__

**BOOKING OFFICER MUST INITIAL AFTER COMPLETING
EACH ITEM AND SIGN IN THE PROPER SPACE.**

__TJ__ 1. All personal property secured
_____ 2. Check in-house warrants
_____ 3. Check for last incarceration
_____ 4. Arrest report completed by arresting officer
_____ 5. All charges listed on arrest report and bonds listed for each charge
__TJ__ 6. **Bond amount noted on warrant**
_____ 7. All inmate property tagged/placed in envelope
__TJ__ 8. Property envelope completely filled out/signed by inmate
_____ 9. All money counted/logged in money book
_____ 10. Money envelope completed/supervisor counts
_____ 11. SCO calls control and logs money in SCO money book
_____ 12. SCO seals money/places in box
__TJ__ 13. **Check for outstanding warrants** ___NCIC___Dothan
_____ 14. Inmate numbers properly assigned
_____ 15. Inmate recorded in black book
_____ 16. Inmate recorded on white pages
__TJ__ 17. **Docket I.D., floor card completed, and bond amount verified on docket card**
_____ 18. Fingerprint card completed
_____ 19. Medical screen completed
_____ 20. Affidavit of hardship completed
__TJ__ 21. Green disposition form completed (FBI)
_____ 22. Property hold form (telephone call, bond applied)
_____ 23. Fingerprinted/photographed/entered in computer
_____ 24. Property card completed
_____ 25. Visitor/Telephone list completed
__TJ__ 26. Inmate handbook received
_____ 27. **Bond completed/amount checked against warrant**
_____ 28. **Correct court date noted on bond**
_____ 29. **Inmate and surety signature on bond**
_____ 30. **All pass on information documented in pass book**

_____

__Jackson__
**Signature of Booking Officer(s)**

Southeastern Printers of Dothan, 334-792-2928

C1:30
4-26-05

## HOUSTON COUNTY JAIL
## JAIL DOCKET CARD

| INMATE # 36199 57502 | LAST NAME Price | FIRST Darren | MIDDLE Earl | MAIDEN | ALIAS | VICTIM NOTIFICATION |
|---|---|---|---|---|---|---|

| ARRESTING AGENCY HCSO | DATE RECEIVED 4-26-05 | TEMP RELEASE DATE | RETURN DATE | RELEASE DATE 5-16-05 | HOW RELEASED TR Courtorder |
|---|---|---|---|---|---|

ARRESTING OFFICER Sgt. Grey

| RISK | | STATUS | | FLOOR | CELL | DOCKET OFFICER A. Flem Small | DOCKET OFFICER |
|---|---|---|---|---|---|---|---|

| AGE 36 | DOB 12-4-68 | SSN 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 | RACE B | SEX M | HEIGHT 510 | WEIGHT 170 | HAIR Blk | EYES Bro | AGENCY HOUSED FOR Houston |
|---|---|---|---|---|---|---|---|---|---|

ENTRANCE NCIC BY Neg C-7

ENTRANCE HOUSTON BY Neg J25

ENTRANCE DPD BY Place

FELONY CRIMINAL HISTORY BY

EXIT NCIC BY Neg C-3

EXIT HOUSTON BY Neg J31

EXIT DPD BY Neg C-3

ATTORNEY Money

| HOLD 1 | DATE BY | HOLD RELEASE DATE BY | HOLD 2 | DATE BY | HOLD RELEASE DATE BY |
|---|---|---|---|---|---|

| HOLD 3 | DATE BY | HOLD RELEASE DATE BY | HOLD 4 | DATE BY | HOLD RELEASE DATE BY |
|---|---|---|---|---|---|

| ADDRESS 806 Montana St | CITY Dothan | STATE Al | PROBATION PAROLE OFFICER | CITY STATE 36303 | PHONE |
|---|---|---|---|---|---|

(334) 793-7329

| NEXT OF KIN Addie Price | ADDRESS Same | | | RELATION Mother |
|---|---|---|---|---|

36199



| INMATE# | NAME | | | | | |
|---|---|---|---|---|---|---|
| 57302 | Price Darren Earl | | | | | |
| CHARGE | #79. Child Support | WARRANT# | DC/TR | INDICTMENT# | CCCS DR | CONVICTION |
| BOND | 2,727.45 Cash | 5-31-05 @ 08:30 Am | | | 00-789 | |
| CHARGE | | WARRANT# | DC/TR | INDICTMENT# | CCCS DR | CONVICTION |
| BOND | | | | | | |
| CHARGE | | WARRANT# | DC/TR | INDICTMENT# | CCCS DR | CONVICTION |
| BOND | | | | | | |
| CHARGE | | WARRANT# | DC/TR | INDICTMENT# | CCCS DR | CONVICTION |
| BOND | | | | | | |

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET                                    Page        1

| BOOKING NO:   050001660 | LOCAL ID:   36199 |
|---|---|

Name    : PRICE DARREN EARL

Address : 806 MONTANA ST

City    : DOTHAN          State: AL  Zip: 36303



## Physical Description

Race :  **BLACK**            Hair :  **BLACK**

Gender: **MALE**             Eyes:  **BROWN**

Height: **5 ' 10 "**         Complexion:  **UNKNOWN**

Weight: **170**              DOB:  **12/14/1968**      Age: **36**

Scars/Tattoos:

## Personal Information

DL State :                   Home Phone:  **334 793 7329**

DL Number:                   Work Phone:

     SSN:  **421 06 8800**

     SID:

## Booking Information

Arrest Date: **04/26/2005**       Booking Officer: **SMTHH**

Arrest Dept: **HCSD**             Booking Date: **04/26/2005**

Arrest Offcr: **SGT IVEY**        Booking Time: **01:30**

Search Offcr: **ATHEY**                Facility: **01**

  Meal Code: **01**              Cell Assignment:

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| **FTA CHILD-SUPPORT** | **$00.00** | **2,727.45** | **PENDING** |

# COURT INFORMATION

C/O _Wilson_

Name _Price  Darren_    Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 5·16·05 | ChSupport | DR00-789.02 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _To pay 200 By Friday  To be released today_

JUDGE: _Logsdon_

SHELLEYS/793-1005    FORM #5136

---

| State of Alabama Unified Judicial System Form C-42   Rev 6/88 | ORDER OF RELEASE FROM JAIL | Case Number DR00-789 |
|---|---|---|

IN THE _Circuit_    COURT OF _Houston_    COUNTY

STATE OF ALABAMA    v. _Darren E Price_

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _FTA_

Reason for Release _Deft. can be released to pay $200 on or before 5·20·05 & appear 6·28·05 at 8:30 am. Dist to have US 250 & FWO to issue_

Date _5-16-05_    Judge/Clerk _Shellis_    By: _____

COURT RECORD (Original)    JAILER (Copy)    Judge/Clerk

**HOUSTON COUNTY JAIL**
**BOOKING CHECK OFF LIST**
DATE: _4·26·05_ TIME: _01:30_

SENIOR CORRECTIONS OFFICER(S) DUTY _Sgt. Buchmann_

Inmate Name: _Price, Darren Earl_ Inmate Number: _57302_

**BOOKING OFFICER MUST INITIAL AFTER COMPLETING**
**EACH ITEM AND SIGN IN THE PROPER SPACE.**

_T.S_ 1. All personal property secured
____ 2. Check in-house warrants
____ 3. Check for last incarceration
____ 4. Arrest report completed by arresting officer
____ 5. All charges listed on arrest report and bonds listed for each charge
____ 6. **Bond amount noted on warrant**
____ 7. All inmate property tagged/placed in envelope
____ 8. Property envelope completely filled out/signed by inmate
____ 9. All money counted/logged in money book
____ 10. Money envelope completed/supervisor counts
____ 11. SCO calls control and logs money in SCO money book
____ 12. SCO seals money/places in box
_T.S_ 13. **Check for outstanding warrants** ✓ NCIC ✓ Dothan
____ 14. Inmate numbers properly assigned
____ 15. Inmate recorded in black book
____ 16. Inmate recorded on white pages
____ 17. **Docket I.D., floor card completed, and bond amount verified on docket card**
____ 18. Fingerprint card completed
____ 19. Medical screen completed
____ 20. Affidavit of hardship completed
____ 21. Green disposition form completed (FBI)
____ 22. Property hold form (telephone call, bond applied)
____ 23. Fingerprinted/photographed/entered in computer
____ 24. Property card completed
____ 25. Visitor/Telephone list completed
____ 26. Inmate handbook received
____ 27. **Bond completed/amount checked against warrant**
____ 28. **Correct court date noted on bond**
____ 29. **Inmate and surety signature on bond**
____ 30. **All pass on information documented in pass book**

_Jamalin Smith_
**Signature of Booking Officer(s)**

Southeastern Printers of Dothan, 334-792-2928

NAME _Fuller, Narren_ ALIAS _Warren Jones_ I.D.# _26177_ DATE RECEIVED _3-2-93_ HOUSED FOR _Houston_

NEXT OF KIN _Addie Price_ DATE RELEASED _3-24-93_

ADDRESS _Dothan, Al_ PHONE _793-7329_ HOW RELEASED _New Bond_

AGE _23_ D.O.B. _12-4-68_ S.S.# _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_ HT. _5'7_ WT. _160_ WT. _____

SEX _M_ RACE _B_ RISK _NCB_ BY _J.V._ FLOOR _3-N_ CELL _#2 T_ BUNK _Floor_

NCIC _neg_ BY _J.V._ HOUSTON CO. _NCB_ BY _J.W._ DPD _NCB_ BY _J.W._ BY _#11_

RELEASE NCIC _____ BY _____ HOUSTON CO. _____ BY _____ DPD _____ BY _____

HOLDS: _Mun. Warrant_

| 1. CHARGE | Mun. Warrant | WA# | BOND | $10,000 | RTN DATE | 09-02-95 | CASE# | CC93-132 |
|---|---|---|---|---|---|---|---|---|
| DISTRICT 1ST APP | 1 ct | CIRCUIT COURT | INDT# | 63 | PROB HEAR | 9AM | CONVICTION | |
| PRELIM | 9 probat | | ARRAIGN | | REV HEAR | | SENTENCE | |
| AAGJ | | | TRIAL | | OTHER HEAR | | | |

| 2. CHARGE | | WA# | BOND | | RTN DATE | | CASE# | |
|---|---|---|---|---|---|---|---|---|
| DISTRICT 1ST APP | | CIRCUIT COURT | INDT# | | PROB HEAR | | CONVICTION | |
| PRELIM | | | ARRAIGN | | REV HEAR | | SENTENCE | |
| AAGJ | | | TRIAL | | OTHER HEAR | | | |

| 3. CHARGE | | WA# | BOND | | RTN DATE | | CASE# | |
|---|---|---|---|---|---|---|---|---|
| DISTRICT 1ST APP | | CIRCUIT COURT | INDT# | | PROB HEAR | | CONVICTION | |
| PRELIM | | | ARRAIGN | | REV HEAR | | SENTENCE | |
| AAGJ | | | TRIAL | | OTHER HEAR | | | |

| 4. CHARGE | | WA# | BOND | | RTN DATE | | CASE# | |
|---|---|---|---|---|---|---|---|---|
| DISTRICT 1ST APP | | CIRCUIT COURT | INDT# | | PROB HEAR | | CONVICTION | |
| PRELIM | | | ARRAIGN | | REV HEAR | | SENTENCE | |
| AAGJ | | | TRIAL | | OTHER HEAR | | | |

| 5. CHARGE | | WA# | BOND | | RTN DATE | | CASE# | |
|---|---|---|---|---|---|---|---|---|
| DISTRICT 1ST APP | | CIRCUIT COURT | INDT# | | PROB HEAR | | CONVICTION | |
| PRELIM | | | ARRAIGN | | REV HEAR | | SENTENCE | |
| AAGJ | | | TRIAL | | OTHER HEAR | | | |

DOCKETED BY: _B. Wynn_

DATE: _2.9.93_    TIME: _____

INMATE PHONE CALL TO _____ PHONE # CALLED _____

DOCKET OFFICER _R.W._    INMATE SIGNATURE _Warren Price_

---

DATE _2.9.93_    HOUSTON CO. JAIL RULES AND REGULATIONS.

I HAVE READ AND UNDERSTAND THE RULES AND REGULATIONS OF THE HOUSTON CO. JAIL.

WITNESS _R.W._    INMATE SIGNATURE _Warren Price_

---

DATE _3-24-93_    PRISONER'S RECEIPT FOR ARTICLES & BELONGINGS

I HAVE RECEIVED MY PERSONAL PROPERTY AND BELONGINGS FROM THE HOUSTON COUNTY JAIL.

WITNESS _Peterman_    INMATE SIGNATURE X _Warren Price_

To Reorder Call Houston Printing Co., Inc. • (205) 796-9689  Form DCI-1  4/92

NAME: Price, Darren   I.D.#: 36199   HOUSED FOR: Houston

ALIAS:

NEXT OF KIN: Addie Price   DATE RECEIVED: 10-16-92

ADDRESS: 1102 Montana St.  PHONE: WK 493-9652  DATE RELEASED: 10-9-92

AGE: 23  D.O.B. 12-14-68  S.S.# 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  HOW RELEASED: Rel

SEX: M  RACE: B  RISK: B  FLOOR: 10  HT: 5'9"  WT:   CELL: 28  BUNK: #35

NCIC   Neg  BY: Vaughn  HOUSTON CO.: Neg  BY:   WT: 

RELEASE BY:   HOUSTON CO.   BY:   DPD:   BY:

HOLDS:

1. CHARGE: Parole Violation  CASE#: CC90-324

DISTRICT COURT 1ST APP   WAM   BOND   RTN DATE   CONVICTION
PRELIM   CIRCUIT COURT   INDT#   PROB HEAR   SENTENCE
AAGJ   ARRAIGN   REV HEAR
  TRIAL   OTHER HEAR

2. CHARGE: VGCSA Fugitive  CASE#: CC90-324

DISTRICT COURT 1ST APP   WAM   BOND   RTN DATE   CONVICTION: 3405
PRELIM   CIRCUIT COURT   INDT#   PROB HEAR   SENTENCE
AAGJ   ARRAIGN   REV HEAR
  TRIAL   OTHER HEAR

3. CHARGE:   CASE#:

DISTRICT COURT 1ST APP   WAM   BOND   RTN DATE   CONVICTION
PRELIM   CIRCUIT COURT   INDT#   PROB HEAR   SENTENCE
AAGJ   ARRAIGN   REV HEAR
  TRIAL   OTHER HEAR

4. CHARGE:   CASE#:

DISTRICT COURT 1ST APP   WAM   BOND   RTN DATE   CONVICTION
PRELIM   CIRCUIT COURT   INDT#   PROB HEAR   SENTENCE
AAGJ   ARRAIGN   REV HEAR
  TRIAL   OTHER HEAR

5. CHARGE:   CASE#:

DISTRICT COURT 1ST APP   WAM   BOND   RTN DATE   CONVICTION
PRELIM   CIRCUIT COURT   INDT#   PROB HEAR   SENTENCE
AAGJ   ARRAIGN   REV HEAR
  TRIAL   OTHER HEAR

DOCKETED BY:

DATE: 9-16-92                              TIME:

INMATE PHONE CALL TO Rhonda          PHONE # CALLED 677-6937

DOCKET OFFICER _Rita Burns_          INMATE SIGNATURE X _Marren Price_

DATE 9-16-92          HOUSTON CO. JAIL RULES AND REGULATIONS.

I HAVE READ AND UNDERSTAND THE RULES AND REGULATIONS OF THE HOUSTON CO. JAIL.

WITNESS _Rita Burns_     INMATE SIGNATURE X _Marren Price_

DATE 10-8-92          PRISONER'S RECEIPT FOR ARTICLES & BELONGINGS

I HAVE RECEIVED MY PERSONAL PROPERTY AND BELONGINGS FROM THE HOUSTON COUNTY JAIL.

WITNESS _D Smiley_     INMATE SIGNATURE _Marren Price_

To Reorder Call Houston Printing Co., Inc. •  (205) 796-9689  Form DCI-1  4/92

NAME Price, Darren                    I.D.# 36199    HOUSED FOR - Houston Co

ALIAS none                            DATE RECEIVED 5/31/92

NEXT OF KIN Addie Price - mother      DATE RELEASED

ADDRESS Dothan                PHONE 677-6937    HOW RELEASED Rec Diary - released - Prob

AGE 23  D.O.B. 12-14-68  S.S.# 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    HT.        WT.      officer

SEX Male  RACE black          RISK                FLOOR      CELL 5  BUNK

NCIC Neg  BY Cook  HOUSTON CO. Neg    BY      DPD Neg  BY

RELEASE NCIC  BY  HOUSTON CO.          BY      DPD

HOLDS: Parole vol.

| | WA# | BOND | RTN DATE | CASE# |
|---|---|---|---|---|
| 1. CHARGE parole | | | 0 | |
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | ARRAIGN | PROB HEAR | CONVICTION |
| PRELIM | | | REV HEAR | |
| AAGJ | | TRIAL | OTHER HEAR | SENTENCE |

| | WA# | BOND | RTN DATE | CASE# |
|---|---|---|---|---|
| 2. CHARGE | | | | |
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | ARRAIGN | PROB HEAR | CONVICTION |
| PRELIM | | | REV HEAR | |
| AAGJ | | TRIAL | OTHER HEAR | SENTENCE |

| | WA# | BOND | RTN DATE | CASE# |
|---|---|---|---|---|
| 3. CHARGE | | | | |
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | ARRAIGN | PROB HEAR | CONVICTION |
| PRELIM | | | REV HEAR | |
| AAGJ | | TRIAL | OTHER HEAR | SENTENCE |

| | WA# | BOND | RTN DATE | CASE# |
|---|---|---|---|---|
| 4. CHARGE | | | | |
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | ARRAIGN | PROB HEAR | CONVICTION |
| PRELIM | | | REV HEAR | |
| AAGJ | | TRIAL | OTHER HEAR | SENTENCE |

| | WA# | BOND | RTN DATE | CASE# |
|---|---|---|---|---|
| 5. CHARGE | | | | |
| DISTRICT COURT 1ST APP | CIRCUIT COURT INDT# | ARRAIGN | PROB HEAR | CONVICTION |
| PRELIM | | | REV HEAR | |
| AAGJ | | TRIAL | OTHER HEAR | SENTENCE |

DOCKETED BY:

* Gary Edwards already been notified that this
subject is in jail per Communications

DATE: _5/21/92_          TIME: _11:55 pm_

INMATE PHONE CALL TO _Rhonda Duncan_  PHONE # CALLED _622-6937_

DOCKET OFFICER _Judith C Hoyne_  INMATE SIGNATURE _X Darren Price_

DATE _5-21-92_  HOUSTON CO. JAIL RULES AND REGULATIONS.

I HAVE READ AND UNDERSTAND THE RULES AND REGULATIONS OF THE HOUSTON CO. JAIL.

WITNESS _Judith C Hoyne_  INMATE SIGNATURE _X Darren Price_

DATE _6-25-92_  PRISONER'S RECEIPT FOR ARTICLES & BELONGINGS

I HAVE RECEIVED MY PERSONAL PROPERTY AND BELONGINGS FROM THE HOUSTON COUNTY JAIL.

WITNESS _Peterson_  INMATE SIGNATURE _Darren Price_

To Reorder Call Houston Printing Co., Inc. • (205) 796-9889  Form DCI-1 4/92

NAME _Davis Melvin_    I.D.# _36/99_    HOUSED FOR _Shelton_

DATE RECEIVED _02-20-91_

ALIAS

NEXT OF KIN _Earcie Stanley_    DATE RELEASED _04-01-91_    5-31-91

ADDRESS _Alabama Ave_    PHONE _753-5875_    HOW RELEASED _Chargeoff AH APPO_    to Kilby

AGE _22_    D.O.B. _12-14-68_    S.S.# _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_    HT. _5'4_    WT. _122_    WT.

SEX _M_    RACE _B_    RISK _B_    FLOOR _3/a_    CELL _WO/H_    BUNK

NCIC ___ BY _M.B._    HOUSTON CO. _Teg_    BY _SL_    DPD _WO/H_    BY _Chargeoff to APO_

RELEASE
NCIC ___ BY ___    HOUSTON CO. ___    BY ___    DPD ___    BY ___

HOLDS:

1. CHARGE _Prob Viol_    WA# ___    BOND ___    RTN DATE ___    CASE# _CC90-324_

   DISTRICT 1ST APP _UPCS_    CIRCUIT COURT ___    INDT# ___    PROB HEAR ___    CONVICTION ___
   COURT    PRELIM ___    ARRAIGN ___    REV HEAR ___    SENTENCE _345_
   AAGJ ___    TRIAL ___    OTHER HEAR ___    Prob. Revoked

2. CHARGE ___    WA# ___    BOND ___    RTN DATE ___    CASE# ___

   DISTRICT 1ST APP ___    CIRCUIT COURT ___    INDT# ___    PROB HEAR ___    CONVICTION ___
   COURT    PRELIM ___    ARRAIGN ___    REV HEAR ___    SENTENCE ___
   AAGJ ___    TRIAL ___    OTHER HEAR ___

3. CHARGE ___    WA# ___    BOND ___    RTN DATE ___    CASE# ___

   DISTRICT 1ST APP ___    CIRCUIT COURT ___    INDT# ___    PROB HEAR ___    CONVICTION ___
   COURT    PRELIM ___    ARRAIGN ___    REV HEAR ___    SENTENCE ___
   AAGJ ___    TRIAL ___    OTHER HEAR ___

4. CHARGE ___    WA# ___    BOND ___    RTN DATE ___    CASE# ___

   DISTRICT 1ST APP ___    CIRCUIT COURT ___    INDT# ___    PROB HEAR ___    CONVICTION ___
   COURT    PRELIM ___    ARRAIGN ___    REV HEAR ___    SENTENCE ___
   AAGJ ___    TRIAL ___    OTHER HEAR ___

5. CHARGE ___    WA# ___    BOND ___    RTN DATE ___    CASE# ___

   DISTRICT 1ST APP ___    CIRCUIT COURT ___    INDT# ___    PROB HEAR ___    CONVICTION ___
   COURT    PRELIM ___    ARRAIGN ___    REV HEAR ___    SENTENCE ___
   AAGJ ___    TRIAL ___    OTHER HEAR ___

_Prob Officer Bill Williams    (671-9459_    DOCKETED BY: _Brooks_    LAK

DATE: _02-20-91_     TIME: _8:30 am_

INMATE PHONE CALL TO _family_     PHONE # CALLED _077-0932_

DOCKET OFFICER _LA Rue_     INMATE SIGNATURE _Vernon Price_

---

DATE _02-20-91_     HOUSTON CO. JAIL RULES AND REGULATIONS.

I HAVE READ AND UNDERSTAND THE RULES AND REGULATIONS OF THE HOUSTON CO. JAIL.

WITNESS _LA Rue_     INMATE SIGNATURE _Vernon Price_

---

DATE _04-01-91_     PRISONER'S RECEIPT FOR ARTICLES & BELONGINGS

I HAVE RECEIVED MY PERSONAL PROPERTY AND BELONGINGS FROM THE HOUSTON COUNTY JAIL.

WITNESS _LA Rue_     INMATE SIGNATURE _Vernon Price_

NAME _Barbara Price_  I.D.# _36199_  HOUSED FOR: _Houston_

ALIAS _____

DATE RECEIVED _02-21-90_  DATE RELEASED _9-6-90_

NEXT OF KIN _Arthur Price_  HOW RELEASED _Rel. to DPD 9-6 ___

ADDRESS _602 E. Monk St. Dothan_  PHONE _793-5899_  _Housing up_

AGE _21_  D.O.B. _02-14-68_  RACE _____  S.S.# _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_  HT _5'7_  WT _150_  FLOOR _3N_  CELL _2_  BUNK _3_

SEX _F_  RACE _____  RISK _____

NCIC _Yes_  BY _Barbara_  HOUSTON CO. _Yes_  BY _Barbara_  HOUSTON CO. _Yes_  DPD _____

RELEASE _No_  BY BNK  HOUSTON CO. _No_  BY _B. ___  DPD _____

HOLDS: _C.C. Dothan_  _D. Price wants to know by B before ___ picked up by BNK ____

| # | CHARGE | | | WAR | BOND | INDT# | 1ST APP / ARRAIGN | PRELIM | AAGJ / TRIAL | RTN DATE | PROB HEAR | REV HEAR | OTHER HEAR | CASE# | CONVICTION | SENTENCE | DOCKETED BY |
|---|--------|--|--|-----|------|-------|-------------------|--------|--------------|----------|-----------|----------|------------|-------|------------|----------|-------------|
| 1. | _CPCS_ | CIRCUIT COURT | DISTRICT COURT | _Yes_ | _5,000_ | _III_ | | | | _5-7-90_ | _4-20-90_ | _9-24-90-P28_ | | _Di GA419 CC96300_ | | _Sentence 3 yrs_ | |
| 2. | _____ | CIRCUIT COURT | DISTRICT COURT | _NO BOND_ | | | | | | _6-21-90_ | | | | _GA419 947200-4373_ | _Chrge retired CT_ | | |
| 3. | _____ | CIRCUIT COURT | DISTRICT COURT | | | | | | | | | | | | | | |
| 4. | _____ | CIRCUIT COURT | DISTRICT COURT | | | | | | | | | | | | | | |
| 5. | _____ | CIRCUIT COURT | DISTRICT COURT | | | | | | | | | | | | | | |

ATTORNEY IS Kathleen Nemish

DATE: 2/31/90                    TIME: 11:50

INMATE PHONE CALL TO _Mr. Willie Price_____ PHONE # CALLED 792-5658

DOCKET OFFICER _Ncrolin_____ INMATE SIGNATURE X _Warren Price_

---

DATE _____    HOUSTON CO. JAIL RULES AND REGULATIONS.

I HAVE READ AND UNDERSTAND THE RULES AND REGULATIONS OF THE HOUSTON CO. JAIL.

WITNESS _____    INMATE SIGNATURE _____

---

DATE _09-06-90_    PRISONER'S RECEIPT FOR ARTICLES & BELONGINGS

I HAVE RECEIVED MY PERSONAL PROPERTY AND BELONGINGS FROM THE HOUSTON COUNTY JAIL.

WITNESS _W. Thomas_    INMATE SIGNATURE X _Warren Price_

LEAVE BLANK | CRIMINAL

NFF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**PRICE, DARREN EARL**

STATE USAGE

SIGNATURE OF PERSON FINGERPRINTED

x _Darren Price_

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

SOCIAL SECURITY NO.
**421068800**

LEAVE BLANK

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH  MM  DD  YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | **19681214** | **M** | **B** | **509** | **175** | **BRO** | **BLK** |



1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE

6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE

ID 50X50G8 TPFC #1107 09:28:29

5701LD #1x 20061007-09:38

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

PRIVACY ACT OF 1974 ... REQUESTED ... TO LOCAL AGENCIES ...
SUCH DISC... ...AND USES WHICH WILL BE MADE OF IT

| | | |
|---|---|---|
| JUVENILE FINGERPRINT | | |
| SUBMISSION | YES ☐ | DATE OF ARREST |
| | | MM DD YY |
| | | 20061006 |
| TREAT AS ADULT | YES ☐ | |

ORI
CONTRIBUTOR **AL0380000**
ADDRESS **HOUSTON CO SD**
**DOTHAN AL**

REPLY YES ☐
DESIRED? **Y**

SEND COPY TO.
(ENTER ORI)

DATE OF OFFENSE
MM DD YY
**20061006**

PLACE OF BIRTH (STATE OR COUNTRY) **AL**

COUNTRY OF CITIZENSHIP
**US**

MISCELLANEOUS NUMBERS

SCARS, MARKS, TATTOOS, AND AMPUTATIONS

RESIDENCE/COMPLETE ADDRESS
**806     MONTANA ST APT 1**

CITY
**DOTHAN**

STATE
**AL**

OFFICIAL TAKING FINGERPRINTS
NAME OR NUMBER:
**J53**
**STEPHANIE FEARS**

LOCAL IDENTIFICATION/REFERENCE
**36199**

PHOTO AVAILABLE? **36303** ☒

PALM PRINTS TAKEN? YES ☐

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION
**UNEMPLOYED**

CHARGE/CITATION

DISPOSITION
1.

**20061006   3808**
**NONSUPPORT OF PARENT**

**20061006   3808**
**NONSUPPORT OF PARENT**

2.

3.

ADDITIONAL

ADDITIONAL

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

D-249(REV. 5-11-99) ☆ U.S. GOVERNMENT PRINTING OFFICE: 2005-310-412/80044

LEAVE BLANK        CRIMINAL

(STAPLE HERE)

STATE USAGE

NFI SECOND          AMPUTATION        SCAR

SUBMISSION    APPROXIMATE CLASS

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**PRICE,DARREN EARL**

E USAGE                                          LEAVE BLANK

SOCIAL SECURITY NO.

421068800

NATURE OF PERSON FINGERPRINTED

ASES/MAIDEN

ST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| | | DATE OF BIRTH | MM | DD | YY | | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 19681214 | | | M | B | 510 | 170 | BRO | BLK |

FBI NO.

STATE IDENTIFICATION NO.

1. R. THUMB
2. R. INDEX
3. R. MIDDLE
4. R. RING
5. R. LITTLE

6. L. THUMB
7. L. INDEX
8. L. MIDDLE
9. L. RING
10. L. LITTLE

5701LD #IX 00050609-22:51

ID 50X50G8 TPFC #1107 22:50:36

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB

R. THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

PRIVACY ACT OF 1974 REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OR AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| | | |
|---|---|---|
| JUVENILE FINGERPRINT | | |
| SUBMISSION | YES ☐ | DATE OF ARREST |
| | | MM DD YY |
| | | 20050609 |
| TREAT AS ADULT | YES ☐ | |

ORI
CONTRIBUTOR   AL0380000
ADDRESS   HOUSTON CO SD
DOTHAN AL

SEND COPY TO
(ENTER ORI)

REPLY    YES ☐ Y
DESIRED?

DATE OF OFFENSE
MM   DD   YY
20050609

PLACE OF BIRTH (STATE OR COUNTRY)
AL

MISCELLANEOUS NUMBERS

COUNTRY OF CITIZENSHIP
US

SCARS, MARKS, TATTOOS, AND AMPUTATIONS

RESIDENCE/COMPLETE ADDRESS
806    MONTANA ST

OFFICIAL TAKING FINGERPRINTS
(NAME OR NUMBER)
J16
TRACEY JACKSON

LOCAL IDENTIFICATION/REFERENCE
36199

CITY
DOTHAN

STATE
AL

PHOTO AVAILABLE?   YES ☒ X

EMPLOYER:   IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

PALM PRINTS TAKEN?   YES ☐

36303

OCCUPATION
UNEMPLOYED

CHARGE/CITATION
20050609   5503
DRUGS
2  POSS-CONTROL-SUBS

DISPOSITION
1.

2.

3.

ADDITIONAL

ADDITIONAL

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

9(REV. 5-11-99)   - U.S. GOVERNMENT PRINTING OFFICE: 2005-310-412/80044

(STAPLE HERE)

LEAVE BLANK    CRIMINAL

STATE USAGE

NFF SECOND"

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

TE USAGE

**PRICE,DARREN EARL**

SOCIAL SECURITY NO.

421068800

LEAVE BLANK

NATURE OF PERSON FINGERPRINTED

*Darren Price*

ASES/MAIDEN

ST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| | STATE IDENTIFICATION NO. | DATE OF BIRTH | MM | DD | YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BING | | | 19681214 | | | M | B | 509 | 175 | BRO | BLK |

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

5701LD #1x 20061007-09:38

ID 50X50G8 TPFC #1107 09:28:29

L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION

PRIVACY ACT OF 1974 (PL 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| | | |
|---|---|---|
| JUVENILE FINGERPRINT | | |
| SUBMISSION | YES ☐ | |
| TREAT AS ADULT | YES ☐ | |

DATE OF ARREST
MM  DD  YY
20061006

ORI
CONTRIBUTOR  AL0380000
ADDRESS  HOUSTON CO SD
DOTHAN AL

REPLY DESIRED?  YES ☐ Y

SEND COPY TO (ENTER ORI)

DATE OF OFFENSE
MM  DD  YY
20061006    AL

PLACE OF BIRTH (STATE OR COUNTRY)

COUNTRY OF CITIZENSHIP
US

MISCELLANEOUS NUMBERS

SCARS, MARKS, TATTOOS, AND AMPUTATIONS

RESIDENCE/COMPLETE ADDRESS
806    MONTANA ST APT 1

CITY
DOTHAN

STATE
AL

OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER)
J53
STEPHANIE FEARS

LOCAL IDENTIFICATION/REFERENCE
36199

PHOTO AVAILABLE?  36303  X

PALM PRINTS TAKEN?  YES ☐

EMPLOYER:  IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO

OCCUPATION
UNEMPLOYED

CHARGE/CITATION
1.
20061006   3808
NONSUPPORT OF PARENT

DISPOSITION
1.

2.
20061006   3808
NONSUPPORT OF PARENT

2.

3.

ADDITIONAL

ADDITIONAL

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

249(REV. 5-11-99)  ☆ U.S. GOVERNMENT PRINTING OFFICE: 2005–310-412/80044

TYPE OR PRINT ALL INFORMATION IN BLACK

LEAVE BLANK

LAST NAME NAM    FIRST NAME    MIDDLE NAME

*Price Darren*

STATE USAGE

ALIASES
*Jones*

CONTRIBUTOR
ORI

SO
DOTHAN, AL
AL 0380000

SIGNATURE OF PERSON FINGERPRINTED
X *Darren Price*

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

DATE ARRESTED OR RECEIVED DOA
2-9-93

SEX M    RACE B    HGT. 5'4    WGT. 160    EYES Bro    HAIR BlK

DATE OF BIRTH DOB
Month 12    Day 14    Year 68

PLACE OF BIRTH POB
Houston Co. AL

YOUR NO. OCA

LEAVE BLANK

DATE    SIGNATURE OF OFFICIAL TAKING FINGERPRINTS
*J. Wms*

FBI NO. FBI

CLASS

CHARGE
*Unlawful Distribution
of Controlled Substance*

SID NO. SID

REF

SOCIAL SECURITY NO. SOC
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

NCIC CLASS - FPC

FINAL DISPOSITION

CAUTION

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

PALM PRINTS TAKEN?    YES ☐    NO ☑

PHOTO AVAILABLE?    YES ☑    NO ☐

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN, FURNISH ARREST NO. _____ DATE _____

STATUTE CITATION (SEE INSTRUCTIONS NO 9) CIT

1.

2.

3.

ARREST DISPOSITION (SEE INSTRUCTION NO. 5) ADN

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY
IF MILITARY LIST BRANCH OF SERVICE AND SERIAL NO    N/A

OCCUPATION

RESIDENCE OF PERSON FINGERPRINTED
6002 Montana St.
Dothan, Al

SCARS, MARKS, TATTOOS, AND AMPUTATIONS SMT

BASIS FOR CAUTION ICO

DATE OF OFFENSE DOO    SKIN TONE SKN

MISC. NO MNU    36199

ADDITIONAL INFORMATION

INSTRUCTIONS

1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.

2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW. GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.

3. TYPE OR PRINT ALL INFORMATION.

4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.

5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g., RELEASED NO FORMAL CHARGE, BAIL, TURNED OVER TO, IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.

6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.

7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED. BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION, e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.

8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)

9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.

10. ALL INFORMATION REQUESTED IS ESSENTIAL.

11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?    YES ☐    NO ☐

(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY ☐    TELEPHONE REPLY ☐    TELEPHONE NO. AND AREA CODE

SEND COPY TO. NAME  ORI NUMBER AND ADDRESS

20___
DOTHAN, AL 36302
ORI/AL0300015A

LEAVE BLANK

FD-249 (REV. 12-29-82)

☆ U.S. GOVERNMENT PRINTING OFFICE: 1991 282-059/40004

TYPE OR PRINT ALL INFORMATION IN BLACK

LEAVE BLANK

LAST NAME NAM    FIRST NAME    MIDDLE NAME

Price    Darren

ALIASES    CONTRIBUTOR OR

DATE USAGE

80
DOTHAN, AL    AL 0380000

DATE OF BIRTH DOB
Month 12  Day 14  Year 68

SIGNATURE OF PERSON FINGERPRINTED
Darren Price

DATE ARRESTED OR RECEIVED DOA
7-16-92

SEX M    RACE B    HGT 5'3"    WGT 160    EYES BRO    HAIR BLK    PLACE OF BIRTH POB
Dothan/Houston Co AL

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

YOUR NO OCA

LEAVE BLANK

7-16-92

FBI NO FBI

CLASS

CHARGE
Parole Violation + Violation of Uniform
Controlled Substance Act fugitive

SID NO SID

REF

SOCIAL SECURITY NO SOC
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

NCIC CLASS · FPC

FINAL DISPOSITION

CAUTION



1. R. THUMB   2. R. INDEX   3. R. MIDDLE   4. R. RING   5. R. LITTLE

6. L. THUMB   7. L. INDEX   8. L. MIDDLE   9. L. RING   10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB   R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
### WASHINGTON, D.C. 20537

PALM PRINTS TAKEN?   YES ☐   NO ☒

'PHOTO AVAILABLE?'   YES ☒   NO ☐

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN, FURNISH ARREST NO. _____ DATE _____

STATUTE CITATION (SEE INSTRUCTIONS NO 9) CIT

1.

2.

3.

ARREST DISPOSITION (SEE INSTRUCTION NO 5) ADN

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

None

OCCUPATION

None

RESIDENCE OF PERSON FINGERPRINTED

1002 Montana Street
Dothan AL   36303

SCARS, MARKS, TATTOOS, AND AMPUTATIONS SMT

BASIS FOR CAUTION ICO

DATE OF OFFENSE DOO     SKIN TONE SKN

MISC. NO MNU     36199

ADDITIONAL INFORMATION

FD-249 (REV. 12-29-82)

---

## INSTRUCTIONS

1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.

2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.). REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.

3. TYPE OR PRINT ALL INFORMATION

4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.

5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g., RELEASED, NO FORMAL CHARGE, BAIL, TURNED OVER TO, IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.

6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.

7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED. BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION, e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.

8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)

9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.

10. ALL INFORMATION REQUESTED IS ESSENTIAL.

11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?   YES ☒   NO ☐

(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY ☐   TELEPHONE REPLY ☐   TELEPHONE NO. AND AREA CODE

SEND COPY TO: NAME   ORI NUMBER AND ADDRESS

**OFFICE OF THE
DISTRICT ATTORNEY
20th JUDICIAL CIRCUIT ALABAMA
P. O. BOX 1632
DOTHAN, AL 36302
ORI# AL0380015A**

LEAVE BLANK

☆ U.S. GOVERNMENT PRINTING OFFICE: 1991 282-059/40004

LEAVE BLANK

TYPE OR PRINT ALL INFORMATION IN BLACK

LAST NAME NAM    FIRST NAME    MIDDLE NAME

Price    Darren    NMI

ALIASES

ORI    AL 0360000

80
DOTHAN, AL

DATE OF BIRTH DOB
Month 12    Day 14    Year 68

ATE USAGE

SIGNATURE OF PERSON FINGERPRINTED

Darren Price

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

ATE    SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

21-92    Clem Edwards

CHARGE

Parole violation

Unlawful possession of controlled substance

FINAL DISPOSITION

DATE ARRESTED OR RECEIVED DOA
05-21-92

YOUR NO. OCA    36199

FBI NO. FBI

SID NO. SID

SOCIAL SECURITY NO SOC
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

CAUTION

SEX M    RACE B    HGT 5'8    WGT 150    EYES Bro    HAIR Blk    PLACE OF BIRTH POB    Houston Co 1/A

LEAVE BLANK

CLASS

REF

NCIC CLASS - FPC



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

L THUMB    R THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE

Washington, D.C. 20537

PALM PRINTS TAKEN?  YES ☐  NO ☑

PHOTO AVAILABLE?  YES ☑  NO ☐

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN, FURNISH ARREST NO. _____ DATE _____

STATUTE CITATION (SEE INSTRUCTIONS NO 9) CIT

1.

2.

3.

ARREST DISPOSITION (SEE INSTRUCTION NO. 5) ADN

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION   NONE

RESIDENCE OF PERSON FINGERPRINTED

SCARS, MARKS, TATTOOS, AND AMPUTATIONS SMT   1002 Montana St. Dothan, Ala

"Lucky" upper (L) arm

BASIS FOR CAUTION ICO

DATE OF OFFENSE DOO   05-21-92

SKIN TONE SKN

MISC. NO MNU   36199

ADDITIONAL INFORMATION

LEAVE BLANK

FD-249 (REV. 12-29-82)

**INSTRUCTIONS**

1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.
2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW, GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.
3. TYPE OR PRINT ALL INFORMATION.
4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.
5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g., RELEASED, NO FORMAL CHARGE, BAIL, TURNED OVER TO, IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.
6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.
7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED, BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION, e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.
8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)
9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.
10. ALL INFORMATION REQUESTED IS ESSENTIAL.
11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?   YES ☑   NO ☐

(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED, INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY ☐   TELEPHONE REPLY ☐   TELEPHONE NO. AND AREA CODE

SEND COPY TO: NAME   ORI NUMBER AND ADDRESS

☆ U.S. GOVERNMENT PRINTING OFFICE: 1991 282-059/40004

TYPE OR PRINT ALL INFORMATION IN BLACK

LEAVE BLANK

FIRST NAME    MIDDLE NAME

LAST NAME NAM

Price    Darren

ALIASES

CONTRIBUTOR

ORI

SO
DOTHAN, AL

AL0380000

DATE OF BIRTH DOB
Month 12    Day 14    Year 68

PLACE OF BIRTH POB
Houston Co.

TE USAGE

ATURE OF PERSON FINGERPRINTED

S DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

TE    SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

2-1-90    10 R. McNuts

DATE ARRESTED OR RECEIVED DOA
02-21-90

YOUR NO. OCA
900588-36100

FBI NO. FBI

SEX M    RACE B    HGT. 5'9"    WGT. 150    EYES Bro    HAIR Blk

LEAVE BLANK

1 U

CLASS    1 U

REF.

LARGE

4/AS NO DRIVERS License

SID NO. SID

SOCIAL SECURITY NO. SOC
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

NCIC CLASS - FPC

ssession of controlled substance

INAL DISPOSITION

CAUTION

# ECHNICAL ARREST



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

027

L. THUMB    R. THUMB

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

Case 1:06-cv-01080-WKW-TFM   Document 13-7   Filed 01/26/2007   Page 42 of 67

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

PALM PRINTS TAKEN?   YES ☐   NO ☑

PHOTO AVAILABLE?   YES ☑   NO ☐

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN,
FURNISH ARREST NO. _____ DATE _____

STATUTE CITATION (SEE INSTRUCTIONS NO 9) CIT

1.

2.

3.

ARREST DISPOSITION (SEE INSTRUCTION NO. 5) ADN

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

None

OCCUPATION   Laborer

RESIDENCE OF PERSON FINGERPRINTED

1002 Montons St. Dothan Ala - 36303

SCARS, MARKS, TATTOOS AND AMPUTATIONS SMT

R Arm

BASIS FOR CAUTION ICO

DATE OF OFFENSE DOO   02-21-90

SKIN TONE - SKN

MISC. NO MNU   36199

ADDITIONAL INFORMATION

INSTRUCTIONS

1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.

2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW. GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.

3. TYPE OR PRINT ALL INFORMATION.

4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.

5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g., RELEASED, NO FORMAL CHARGE, BAIL, TURNED OVER TO, IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.

6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.

7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED, BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION, e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.

8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)

9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.

10. ALL INFORMATION REQUESTED IS ESSENTIAL.

11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?   YES ☐   NO ☐
(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED,
INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY ☐   TELEPHONE REPLY ☐   TELEPHONE NO. AND AREA CODE

SEND COPY TO: NAME, ORI NUMBER AND ADDRESS

OFFICE OF THE
DISTRICT ATTORNEY
20TH JUDICIAL CIRCUIT OF ALABAMA
HOUSTON COUNTY COURT HOUSE
DOTHAN, ALABAMA 36301

LEAVE BLANK

ADT

MAR 01 1990

FD-249 (REV. 12-29-82)

☆U.S.G.P.O. 1988 202-035/80002

TYPE OR PRINT ALL INFORMATION IN BLACK

LEAVE BLANK

LAST NAME  FIRST NAME  MIDDLE NAME

Price  Darren

ALIASES

CONTRIBUTOR  OR  SO AL0380000  DOTHAN, AL

DATE OF BIRTH DOB
Month  Day  Year
12 - 14 - 68

ATE USAGE

NATURE OF PERSON FINGERPRINTED

HIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS
ATE  3190  W.R. McAbee

DATE ARRESTED OR RECEIVED DOA
02-21-90

YOUR NO. OCA
9008809-36199

SEX  RACE  HGT.  WGT.  EYES  HAIR  PLACE OF BIRTH POB
M  B  5'9"  150  Bru  Blk  Houston Co.

LEAVE BLANK

FBI NO. FBI

SID NO. SID

CLASS.

REF.

CHARGE
Alias No Drivers License

SOCIAL SECURITY NO. SOC
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

NCIC CLASS · FPC

FINAL DISPOSITION
Possession of Controlled Substance

CAUTION

# TECHNICAL ARREST

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB  R. THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

PALM PRINTS TAKEN?   YES ☐   NO ☑

PHOTO AVAILABLE?   YES ☑   NO ☐

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN, FURNISH ARREST NO. _____ DATE _____

STATUTE CITATION (SEE INSTRUCTIONS NO 9) CIT

1.

2.

3.

ARREST DISPOSITION (SEE INSTRUCTION NO. 5) ADN

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO

None

OCCUPATION

Laborer

RESIDENCE OF PERSON FINGERPRINTED

1002 Montona St. Dothan Ala. 36303

SCARS, MARKS, TATTOOS, AND AMPUTATIONS SMT

L Arm

BASIS FOR CAUTION ICO

DATE OF OFFENSE DOO
02-21-90

SKIN TONE SKN
Fair

MISC. NO MNU
36199

ADDITIONAL INFORMATION

LEAVE BLANK

**INSTRUCTIONS**

1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.
2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW. GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.
3. TYPE OR PRINT ALL INFORMATION.
4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.
5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g.. RELEASED, NO FORMAL CHARGE, BAIL, TURNED OVER TO, IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.
6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.
7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED. BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION, e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.
8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)
9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.
10. ALL INFORMATION REQUESTED IS ESSENTIAL.
11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?   YES ☐   NO ☐

(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED, INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY ☐   TELEPHONE REPLY ☐   TELEPHONE NO. AND AREA CODE

SEND COPY TO: NAME, ORI NUMBER AND ADDRESS

OFFICE OF THE
DISTRICT ATTORNEY
20TH JUDICIAL CIRCUIT OF ALABAMA
HOUSTON COUNTY COURT HOUSE
DOTHAN, ALABAMA 36301

FD-249 (REV. 12-29-82)

☆U.S.G.P.O. 1988 202-035/80002

TYPE OR PRINT ALL INFORMATION IN BLACK

LEAVE BLANK

LAST NAME NAM    FIRST NAME    MIDDLE NAME

Price    Darren

ALIASES    CONTRIBUTOR ORI    AL0380000

SO
DOTHAN, AL

DATE OF BIRTH DOB
Month 12 - Day 14 - Year 68
PLACE OF BIRTH POB    Houston Co.

DATE USAGE

SIGNATURE OF PERSON FINGERPRINTED

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS
W. R. McDuth

DATE ARRESTED OR RECEIVED DOA    02-21-90

SEX M    RACE B    HGT. 5'6"    WGT. 150    EYES Brn    HAIR Blk

LEAVE BLANK

YOUR NO OCA    0005808-36199

FBI NO. FBI

CLASS.

SID NO. SID

REF.

CHARGE
Alias No Drivers License
Possession of Controlled Substance

SOCIAL SECURITY NO. SOC    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

CAUTION ☐

NCIC CLASS - FPC

FINAL DISPOSITION

# TECHNICAL ARREST

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

PALM PRINTS TAKEN?   YES ☐   NO ☑

PHOTO AVAILABLE?   YES ☐   NO ☐

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN, FURNISH ARREST NO. _____ DATE _____

STATUTE CITATION (SEE INSTRUCTIONS NO. 9) CIT

1.

2.

3.

ARREST DISPOSITION (SEE INSTRUCTION NO. 5) ADN

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

None

OCCUPATION

Laborer

RESIDENCE OF PERSON FINGERPRINTED

1002 Montana St. Dothan Ala. 36303

SCARS, MARKS, TATTOOS, AND AMPUTATIONS SMT

D Arm

BASIS FOR CAUTION ICO

DATE OF OFFENSE DOO

02-21-90

SKIN TONE SKN

MISC. NO MNU

36199

ADDITIONAL INFORMATION

FD-249 (REV. 12-29-82)

## INSTRUCTIONS

1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.
2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW. GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.
3. TYPE OR PRINT ALL INFORMATION.
4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.
5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g., RELEASED, NO FORMAL CHARGE, BAIL, TURNED OVER TO, IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.
6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.
7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED. BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION. e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.
8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)
9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.
10. ALL INFORMATION REQUESTED IS ESSENTIAL.
11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?   YES ☐   NO ☐

(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED INDICATE HERE. (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY ☐   TELEPHONE REPLY ☐   TELEPHONE NO. AND AREA CODE

SEND COPY TO: NAME, ORI NUMBER AND ADDRESS

OFFICE OF THE
DISTRICT ATTORNEY
20TH JUDICIAL CIRCUIT OF ALABAMA
HOUSTON COUNTY COURT HOUSE
DOTHAN, ALABAMA 36301

LEAVE BLANK

☆U.S.G.P.O. 1988 202-035/80002





36199 Blm
Price, Darren



36199 B/m
Price Darren

**ALABAMA UNIFORM ARREST REPORT**

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |

DOMESTIC VIOLENCE
DUAL ARREST

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

1 ORI # `0,3,8,0,0,0,0`  2 AGENCY NAME Houston County Sheriff's Dept.  3 CASE # `0,6,2,7,9,0,4,2,4`  4 SFX

5 LAST, FIRST, MIDDLE NAME Price, Darren Earl   6 ALIAS AKA

7 SEX M  8 RACE W  9 HGT. 5'09"  10 WGT. 175  11 EYE BRO  12 HAIR BLK  13 SKIN MED  14 ☐ SCARS ☐ MARKS ☐ TATTOOS ☐ AMPUTATIONS

15 PLACE OF BIRTH (CITY, COUNTY STATE) Dothan, Houston, AL.  16 SSN `4,2,1 - 0,6 - 8,8,0,0`  17 DATE OF BIRTH `1,2,1,4,6,8`  18 AGE 36199  19 MISCELLANEOUS ID #

20 SID #  21 FINGERPRINT CLASS  KEY  MAJOR  PRIMARY  SCDV  SUB-SECONDARY  FINAL  22 DL #  23 ST

24 FBI #      HENRY CLASS     NCIC CLASS     25 IDENTIFICATION COMMENTS

26 ☒ RESIDENT ☐ NON-RESIDENT  27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 806 Montana St. Apt. Dothan, AL. 36303  28 RESIDENCE PHONE (334) 793-7329  29 OCCUPATION (BE SPECIFIC) Unemployed

30 EMPLOYER (NAME OF COMPANY/SCHOOL)  31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP)  32 BUSINESS PHONE ( )

## ARREST

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 901 E. Main St. Dothan, AL.  34 SECTOR 20N404  35 ARRESTED FOR YOUR JURISDICTION? ☒ IN STATE ☐ OUT OF STATE ☐ YES ☐ NO

36 CONDITION OF ARRESTEE: ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS  37 RESIST ARREST? ☐ YES ☒ NO  38 INJURIES? ☒ NONE ☐ OFFICER ☐ ARRESTEE  39 ARMED? ☐ YES ☒ NO  40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN  n/a

41 DATE OF ARREST `1,0,0,6,0,6`  42 TIME OF ARREST 14:19 ☒ AM ☐ PM ☐ MIL.  43 DAY OF ARREST S M T W T ☒F S  44 TYPE OF ARREST ☒ ON-VIEW ☐ CALL ☐ WARRANT  45 ARRESTED BEFORE? ☒ YES ☐ NO ☐ UNKNOWN

46 CHARGE – 1 ☒ FEL ☐ MISD FTA Criminal Non-Support  47 UCR CODE  FTA Criminal Non-Support

50 STATE CODE/LOCAL ORDINANCE  51 WARRANT # 2000000789  52 DATE ISSUED `0,8,1,1,0,7,0,5`  63 STATE CODE/LOCAL ORDINANCE 97000118.01  54 WARRANT #  65 DATE ISSUED `0,3,1,0,5,9,8`

54 CHARGE – 3 ☐ FEL ☐ MISD  57 UCR CODE  56 CHARGE – 4 ☐ FEL ☐ MISD  58 UCR CODE

60 STATE CODE/LOCAL ORDINANCE  61 WARRANT #  62 DATE ISSUED M D Y  63 STATE CODE/LOCAL ORDINANCE  64 WARRANT #  65 DATE ISSUED M D Y

66 ARREST DISPOSITION ☐ HELD ☐ BAIL ☐ RELEASED ☐ TOT—LE ☐ OTHER  67 IF OUT ON RELEASE WHAT TYPE?  68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)

69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)

## VEHICLE

70 VYR  71 VMA  72 VMO  73 VST  74 VCO  TOP BOTTOM  75 TAG #  76 LIS  77 LIY

78 VIN  79 IMPOUNDED? ☐ YES ☒ NO  80 STORAGE LOCATION/IMPOUND #

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED  ☐ CONTINUED IN NARRATIVE

## JUVENILE

82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT  83 RELEASED TO

84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)  85 ADDRESS (STREET, CITY, STATE, ZIP)  86 PHONE ( )

87 PARENTS EMPLOYER  88 OCCUPATION  89 ADDRESS (STREET, CITY, STATE, ZIP)  90 PHONE ( )

## RELEASE

91 DATE AND TIME OF RELEASE M D Y : ☐ AM ☐ PM ☐ MIL.  92 RELEASING OFFICER NAME  93 AGENCY/DIVISION  94 ID #

95 RELEASED TO  96 AGENCY/DIVISION  97 AGENCY ADDRESS

98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL  99 PROPERTY NOT RELEASED/HELD AT:  100 PROPERTY #

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

Bond $2889⁰⁰ Cash only
$1000⁰⁰

LOCAL USE

STATE USE

102 SIGNATURE OF RECEIVING OFFICER Jones  103 SIGNATURE OF RELEASING OFFICER

MULTIPLE CASE CLOSE  104 CASE #  105 SFX  106 CASE #  107 SFX  108 CASE #  109 SFX  110 ADDITIONAL CASES CLOSED ☐ NARRATIVE

111 ARRESTING OFFICER (LAST, FIRST, M.) Hatcher, G.  112 ID # 3850  113 ARRESTING OFFICER (LAST, FIRST, M.)  114 ID #  115 SUPERVISOR ID #  116 WATCH CMDR. ID #

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC — 34 REV. 7-04

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## ADDITIONAL ARREST NARRATIVE CONTINUED

| 117 DATE AND TIME OF ARREST | | | | | 118 CASE # | 119 SFX |
|---|---|---|---|---|---|---|
| M | D | Y | : | ① AM ② PM ③ MIL. | | |

**120 ADDITIONAL ARREST INFORMATION**

NARRATIVE

NARRATIVE

NARRATIVE

☐ CONTINUED ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

3/0/99

# DOTHAN POLICE DEPARTMENT ARREST REPORT

| CASE# | ITEM# | DATE | ARREST TIME | BOOKING TIME | ☒ ADULT | ☐ IH4 |
|---|---|---|---|---|---|---|
| 1-05-002092 | | 06 08 05 | 22 35 | 22 46 | | |

| NAME (LAST, FIRST, MIDDLE) | | CITY | STATE | ZIP |
|---|---|---|---|---|
| PRICE    DARRON    ENEI | | DOTHAN | AL | 36303 |

| ADDRESS | | | | |
|---|---|---|---|---|
| 806 MONTANA ST | | | | |

| HOME PHONE 334 | WORK PHONE | DOB | POB | SSN |
|---|---|---|---|---|
| 793-7329 | | 12 14 68 | DOTHAN AL | 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 |

| OLN/ID | STATE | RACE | SEX | ETHNIC ORIGIN | HEIGHT | WEIGHT | OCCUPATION |
|---|---|---|---|---|---|---|---|
| I579273 | AL | B | M | NON-HISP | 5'11" | 190 | LABOR |

| EMPLOYER | EMPLOYER ADDRESS |
|---|---|
| NONE | NA |

| HAIR COLOR | HAIR LENGTH | HAIR STYLE | EYE COLOR | COMPLEXION | FACIAL HAIR | BUILD |
|---|---|---|---|---|---|---|
| BLK | SHORT | AFRO | BRO | DRK | NONE | MED |

| TEETH | SPEECH | WEAPON HELD | HAND USE | MARITAL STATUS | SOBRIETY |
|---|---|---|---|---|---|
| NORM | NORM | | R | S | DRINKING |

| CAUTIONS | RELIGION | SCARS, MARKS, TATTOOS |
|---|---|---|
| 58 | | |

| SID# | SID# | RELATED CASE# | FB# |
|---|---|---|---|
| | | COPY | |

| RELATED CASE# | SOURCE | RELATED CASE# | SOURCE |
|---|---|---|---|
| 1-05-005285 | OFFN | | |

| RELATED CASE# | SOURCE | | ZONE |
|---|---|---|---|
| 1-05-006664 | EVDN | | 8 |

| VIOLATION LOCATION | | ZONE |
|---|---|---|
| 702 LINDSN ST | | 18 |

| ARREST LOCATION |
|---|
| SAME |

| | CHARGE 1 | COUNTS | UCR | STATUTE | CLEARED |
|---|---|---|---|---|---|
| ☒ ON VIEW / ☐ CALL / ☐ WARRANT / ☐ JPO | UPCS (COCAINE) | 1 | 3532 | 13A/22/2 | C |
| ☐ ON VIEW / ☐ CALL / ☐ WARRANT / ☐ JPO | CHARGE 2 | COUNTS | UCR | STATUTE | CLEARED |
| ☐ ON VIEW / ☐ CALL / ☐ WARRANT / ☐ JPO | CHARGE 3 | COUNTS | UCR | STATUTE | CLEARED |
| ☐ ON VIEW / ☐ CALL / ☐ WARRANT / ☐ JPO | CHARGE 4 | COUNTS | UCR | STATUTE | CLEARED |
| ☐ ON VIEW / ☐ CALL / ☐ WARRANT / ☐ JPO | CHARGE 5 | COUNTS | UCR | STATUTE | CLEARED |

| AW#1 | | AW#2 | |
|---|---|---|---|
| AW#3 | | AW#4 | |
| AW#5 | | AW#6 | |
| AW#7 | | AW#8 | |
| AW#9 | | AW#10 | |

| ARRESTING OFFICER | ID# | SHIFT | SUPERVISOR ID# |
|---|---|---|---|
| C. Kinney | 462 | VICE | |

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐1 Yes | ☐1 Yes |
| ☒2 No | ☒2 No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

### IDENTIFICATION

| 1 ORI | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,3,8,0,0,0,0 | Houston County Sheriff's Dept. | 9,2,0,9,0,0,5,1,3 | |

**5 LAST, FIRST, MIDDLE NAME** Price, Darren (NMN)  **6 ALIAS AKA**

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | SCARS | MARK | TATOO | AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒1 M | ☒1 W ☐3 A | 5'8" | 150 | Brn | Blk | Med | | left forearm | | Lucky | |

**15 PLACE OF BIRTH (CITY, COUNTY, STATE)** Dothan Houston Alabama

| 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID |
|---|---|---|---|
| 421-1016-1880 | 04-21-1946 | 23 | 36149 |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 24 FBI # | | HENRY CLASS | | | | | | 25 IDENTIFICATION COMMENTS | |
| | | NCIC CLASS | | | | | | | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 1002 Montanna St. Dothan AL 36303 | 28 RESIDENCE PHONE (205) | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) none | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |
|---|---|---|

### ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) Dothan Police Dept. Dothan, AL 36301 | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO |
|---|---|---|
| | | ☐1 IN STATE ☐2 OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐1 DRUNK ☒2 SOBER ☐3 DRINKING ☐4 DRUGS | ☐1 YES ☒2 NO | ☒1 NONE ☐2 OFFICER ☐3 ARRESTEE | ☐1 Y ☒2 N | ☐1 HANDGUN ☐2 RIFLE ☐3 SHOTGUN ☐4 OTHER FIREARM ☐5 OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 04,9,V,90,9,9,2 1430 | ☐1 AM ☒2 PM ☐MIL. | S M ☒T W T F S | ☐1 ON VIEW ☐2 CALL ☒3 WARRANT | ☒1 YES ☐2 NO ☐3 UNKNOWN |

| 46 CHARGE—1 ☒1 FEL ☐2 MISD Parole Violation | 47 UCR CODE | 48 CHARGE—2 ☐1 FEL ☐2 MISD VAUCSA (Fugitive | 49 UCR CODE |
|---|---|---|---|
| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # CC-90-324 | 52 DATE ISSUED 04 8 24 9 2 | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED 04 9 10 9 2 |

| 56 CHARGE—3 ☐1 FEL ☐2 MISD | 57 UCR CODE | 58 CHARGE—4 ☐1 FEL ☐2 MISD | 59 UCR CODE |
|---|---|---|---|
| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☐1 HELD ☐2 BAIL ☐3 RELEASED ☐4 TOT-LE ☐5 OTHER | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

### VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐1 YES ☒2 NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

### JUVENILE

| 82 JUVENILE DISPOSITION: ☐1 HANDLED AND RELEASED ☐2 REF. TO JUVENILE COURT ☐3 REF. TO WELFARE AGENCY ☐4 REF. TO OTHER POLICE AGENCY ☐5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |

### RELEASE

| 91 DATE AND TIME OF RELEASE M D Y : ☐1 AM ☐2 PM ☐MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐1 YES ☐2 NO ☐3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) | LOCAL USE |
|---|---|
| | STATE USE |

| 102 SIGNATURE OF RECEIVING OFFICER Robert Powell 38543 | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Mims, Cyle | 112 ID # 3837 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**ADDITIONAL ARREST
NARRATIVE CONTINUED**

| 117 DATE AND TIME OF ARREST | | | | | 118 CASE # | 119 SFX |
|---|---|---|---|---|---|---|
| M | D | Y | : | ☐ AM ☐ PM ☐ MIL | | |

120 ADDITIONAL ARREST INFORMATION

NARRATIVE

NARRATIVE

NARRATIVE

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | Fax Completed |
|---|---|
| [1] Yes | [1] Yes |
| [2] No | [2] No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**1 ORI #** 0380000  **2 AGENCY NAME** A.C.S.O.  **3 CASE #** 9205 00805  **4 SFX**

**5 LAST, FIRST, MIDDLE NAME** PRICE, DALLEN, N/A  **6 ALIAS AKA**

**7 SEX** [1]M  **8 RACE** [1]W [3]A  **9 HGT** 5'8"  **10 WGT** 150  **11 EYE** BRN  **12 HAIR** BLN  **13 SKIN**  **14** [1]SCARS [2]MARKS [3]TATOOS [4]AMPUTATIONS

**15 PLACE OF BIRTH** Dothan, Houston AL  **16 SSN** 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  **17 DATE OF BIRTH** 12 14 68  **18 AGE** 23  **19 MISCELLANEOUS ID** 36199

**26** [2] NON-RESIDENT  **27 HOME ADDRESS** 1002 Montana St Dothan  **28 RESIDENCE PHONE**

**30 EMPLOYER** None  **31 BUSINESS ADDRESS** None

**33 LOCATION OF ARREST** N team  **34 SECTOR** Zone 4  **35 ARRESTED FOR YOUR JURISDICTION?** [] YES [] NO

**36 CONDITION:** [1]DRUNK [2]SOBER  **37 RESIST ARREST?** [1]YES [2]NO  **38 INJURIES?** [1]NONE [2]OFFICER [3]ARRESTEE  **39 ARMED?** [1]Y [2]N  **40** [1]HANDGUN [2]RIFLE [3]SHOTGUN [4]OTHER FIREARM [5]OTHER WEAPON

**41 DATE OF ARREST** 05 29 92  **42 TIME OF ARREST** 11:00  **43 DAY** [1]AM [2]PM

**46 CHARGE-1** [1]FEL [2]MISD  AAMVA-Violation  **52 STATE CODE/LOCAL ORDINANCE** 161,552

**102 SIGNATURE OF RECEIVING OFFICER** Judith C Haynes JSI

**111 ARRESTING OFFICER** Wood Leroy Lt  **112 ID #** 882

TYPE OR PRINT IN BLACK INK ONLY    ACJIC—34 REV. 10-90

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## ADDITIONAL ARREST
## NARRATIVE CONTINUED

| 117 DATE AND TIME OF ARREST | | | | | 118 CASE # | 119 SFX |
|---|---|---|---|---|---|---|
| M | D | Y | : | ☐ AM ☑ PM ☑ MIL. | | |

**120 ADDITIONAL ARREST INFORMATION**

**NARRATIVE**

**NARRATIVE**

**NARRATIVE**

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

H 1885
1224

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| [1] Yes | [1] Yes |
| [2] No | [2] No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI# | 0,3,8,0,1,0,0 | 2 AGENCY NAME DOTHAN P.D. | 3 CASE # 99090,5470 | 4 SFX |

| 5 LAST, FIRST, MIDDLE NAME PRICE, DARREN | 6 ALIAS AKA JONES, DARREN |

| 7 SEX [1]M | 8 RACE [1]W [3]I | 9 HGT 5'9 | 10 WGT 160 | 11 EYE BRO | 12 HAIR BLK | 13 SKIN DARK | 14 NUN | SCARS | [2] MARKS | [3] TATOOS | [4] AMPUTATIONS |
| [2]F | [2]B [4]O | | | | | | | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) DOTHAN HOUSTON, AL. | 16 SSN 421-06-88000 | 17 DATE OF BIRTH 421/46/8 | 18 AGE 23 | 19 MISCELLANEOUS ID # 36199 | 23 ST |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # NONE | 23 ST |
| | HENRY CLASS | | | | | 25 IDENTIFICATION COMMENTS | | | |
| 24 FBI # | NCIC CLASS | | | | | | | | |

| 26 [X] RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 36303 1002 MONTANTA ST. DOTHAN, AL. | 28 RESIDENCE PHONE 9057937321 | 29 OCCUPATION (BE SPECIFIC) LABOR |
| [2] NON-RESIDENT | | | |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) UNEMPLOYED | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 36305 1600 BLK. WALNUT ST. DOTHAN, AL. | 34 SECTOR 118 | 35 ARRESTED FOR YOUR JURISDICTION? [X] YES [ ] NO [1] IN STATE [2] OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE: [1] DRUNK [2] DRINKING [3] SOBER [4] DRUGS | 37 RESIST ARREST? [1] YES [2] NO | 38 INJURIES? [1] OFFICER [2] ARRESTEE [X] NONE | 39 ARMED? [1] Y [2] N | 40 DESCRIPTION OF WEAPON [1] HANDGUN [2] RIFLE [3] SHOTGUN [4] OTHER FIREARM [5] OTHER WEAPON |

| 41 DATE OF ARREST 02/09/92 12:0 M | 42 TIME OF ARREST [1] AM [2] PM [3] MIL. | 43 DAY OF ARREST S M T W [5] T F S | 44 TYPE ARREST [1] ON VIEW [2] ON CALL [3] WARRANT | 45 ARRESTED BEFORE? [1] YES [2] NO [3] UNKNOWN | 49 UCR CODE |

| 46 CHARGE—1 [1] FEL [2] MISD UNLAWFUL DIST. CONT. SUBST. | 47 UCR CODE 3533 | 48 CHARGE—2 [1] FEL [2] MISD | 49 UCR CODE |
| 50 STATE CODE/LOCAL ORDINANCE BA-12-211 | 51 WARRANT # 90-09-05470 | 52 DATE ISSUED 04 05 93 M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |

| 56 CHARGE—3 [1] FEL [2] MISD | 57 UCR CODE | 58 CHARGE—4 [1] FEL [2] MISD | 59 UCR CODE |
| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |

| 66 ARREST DISPOSITION [1] HELD [2] BAIL [3] RELEASED [X] TOT—LE [4] OTHER 3850 | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |

| 78 VIN | | 79 IMPOUNDED? [1] YES [2] NO | 80 STORAGE LOCATION/IMPOUND # |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | [ ] CONTINUED IN NARRATIVE |

**JUVENILE**

| 82 JUVENILE DISPOSITION | [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT | [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY | [5] REF. TO ADULT COURT | 83 RELEASED TO |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y [1] AM [2] PM [3] MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [3] PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) | LOCAL USE | STATE USE |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | [ ] ADDITIONAL CASES CLOSED NARRATIVE [ ] Y [ ] N |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) HUGHES, A. | 112 ID # 297 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR V6 ID # 300 | 116 WATCH CMDR. ID # |

BLACK INK ONLY          AC-IIC—34 REV. 10-90

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☒ Yes | ☐ Yes |
| ☐ No | ☐ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0.3.8.0.0.0 | HC8O | 9.6.0.2.0.0.7.0.9 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| PRICE, DARRON | |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☒ W ☐ B ☐ I ☐ O | 5'10" | 160 | BRU | BLK | | ☐1 SCARS ☐2 MARKS ☐3 TATOOS ☐4 AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Houston Co. AL | 421-10-16-1818010 | 21-14-68 | 22 | 36199 |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | |
| 24 FBI # | NCIC CLASS | | | | | | 25 IDENTIFICATION COMMENTS | | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 1002 Montana St. Dothan AL | (205) 677-6937 | Unemployed |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| N/A | N/A | ( ) N/A |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? |
|---|---|---|
| West North St. Dothan AL | | ☒ IN STATE ☐ OUT STATE ☐ AGENCY   ☒ YES ☐ NO |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐1 DRUNK ☒2 SOBER ☐3 DRINKING ☐4 DRUGS | ☐ YES ☒ NO | ☒1 NONE ☐2 OFFICER ☐3 ARRESTEE | ☐Y ☒N | ☐1 HANDGUN ☐2 RIFLE ☐3 SHOTGUN ☐4 OTHER FIREARM ☐5 OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0.2.2.0.9 | 1916  ☐1 AM ☒2 PM ☐3 MIL. | S M T W ☒T F S 1 2 3 4 5 6 7 | ☐1 ON VIEW ☐2 CALL ☒3 WARRANT | ☒1 YES ☐2 NO ☐3 UNKNOWN |

| 46 CHARGE—1 ☒1 FEL ☐2 MISD | 47 UCR CODE | 48 CHARGE—2 ☐1 FEL ☐2 MISD | 49 UCR CODE |
|---|---|---|---|
| Probation Violation | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | 245-93 | | | | |

| 56 CHARGE—3 ☐1 FEL ☐2 MISD | 57 UCR CODE | 58 CHARGE—4 ☐1 FEL ☐2 MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☐1 HELD ☐2 BAIL ☐3 RELEASED ☐4 TOT—LE ☐5 OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 YR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐1 YES ☒2 NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: | ☐1 HANDLED AND RELEASED ☐2 REF. TO JUVENILE COURT ☐3 REF. TO WELFARE AGENCY ☐4 REF. TO OTHER POLICE AGENCY ☐5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y : ☐1 AM ☐2 PM ☐3 MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐1 YES ☐2 NO ☐3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) | LOCAL USE |
|---|---|
| | STATE USE |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐Y ☐N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|
| Sommer, Walter | 3829 | | | | |

TYPE OR PRINT IN BLACK INK ONLY

AC-JIC—34 REV. 10-90

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## ADDITIONAL ARREST
## NARRATIVE CONTINUED

| 117 DATE AND TIME OF ARREST | | | | | 118 CASE # | 119 SFX |
|---|---|---|---|---|---|---|
| M | D | Y | : | ① AM ② PM ③ MIL | | |

120 ADDITIONAL ARREST INFORMATION

**NARRATIVE**

**NARRATIVE**

**NARRATIVE**

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| ORI # | AGENCY NAME | CASE # | SFX |
|---|---|---|---|
| 0380010 P | Houston County Sheriffs Department | 90020P8017 | |

| LAST, FIRST, MIDDLE NAME | ALIAS AKA |
|---|---|
| Price Davren | |

| SEX | RACE | HGT. | WGT. | EYE | HAIR | SKIN | SCARS, MARKS, TATTOOS/AMPUTATIONS |
|---|---|---|---|---|---|---|---|
| M | B W | 5 59 | 150 | Bro | Blk | Med | Lucky on left arm |

| PLACE OF BIRTH (CITY, COUNTY, STATE) | SSN | DATE OF BIRTH | AGE | MISCELLANEOUS ID # |
|---|---|---|---|---|
| Dothan Houston Alabama | 421-10-6-18800 | 1 9 16 8 2 | 21 | 36199 |

| SID # | FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB | SECONDARY | FINAL | IDENTIFICATION COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | None |
| FBI # | NCIC CLASS | | | | | | | | |

| 1 RESIDENT   2 NON-RESIDENT | HOME ADDRESS (STREET, CITY, STATE, ZIP) 36303 | RESIDENCE PHONE | OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 1002 Montana Street Dothan Alabama | (205) 793 5879 | Construction Laborer |

| EMPLOYER (NAME OF COMPANY/SCHOOL) | BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | BUSINESS PHONE |
|---|---|---|
| Unemployed | | ( ) |

**ARREST**

| LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 36301 | SECTOR # | ARRESTED FOR YOUR JURISDICTION? ☑ YES ☐ NO |
|---|---|---|
| Houston County Jail 112 State Dothan AL | | ☑ IN STATE ☐ OUT STATE AGENCY |

| CONDITION OF ARRESTEE: | RESIST ARREST? | INJURIES? | ARMED? | DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ 1. DRUNK ☑ SOBER ☐ 2. DRINKING ☐ 4. DRUGS | ☐ YES ☑ NO | ☑ 1. NONE ☐ 2. OFFICER ☐ 3. ARRESTEE | ☐ Y ☑ N | ☐ 1. HANDGUN ☐ 4. OTHER FIREARM ☐ 2. RIFLE ☐ 5. OTHER WEAPON ☐ 3. SHOTGUN |

| DATE OF ARREST | TIME OF ARREST | | TYPE ARREST | ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 2 2 1 8 9 | : ☐ AM ☐ 3. MIL ☑ 2. PM | M ☑ F | ☐ 1. CALL ☑ 2. VIEW ☐ 3. WARRANT | ☐ Y ☐ UNK |

| CHARGE-1 ☑ FEL ☐ MISD | NCIC/UCR CD. |
|---|---|
| Unlawful Possession of a Controlled Substance | |

| STATE CODE/LOCAL ORDINANCE | WARRANT # | DATE ISSUED |
|---|---|---|
| 13A-12 7205 | | 02 21 80 |

| CHARGE-3 ☐ FEL ☐ MISD | NCIC/UCR CD. | CHARGE-4 ☐ FEL ☐ MISD | NCIC/UCR CD. |
|---|---|---|---|

| STATE CODE/LOCAL ORDINANCE | WARRANT # | DATE ISSUED | STATE CODE/LOCAL ORDINANCE | WARRANT # | DATE ISSUED |
|---|---|---|---|---|---|

| ARREST DISPOSITION ☐ 1 HELD ☐ 2. BAIL ☐ 3. RELEASED ☐ 4. TOT-LE ☐ 5. OTHER | IF OUT ON RELEASE WHAT TYPE? | ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| VYR | VMA | VMO | VST | VCO | TOP / BOTTOM | TAG # | LIS | LIY |
|---|---|---|---|---|---|---|---|---|

| VIN | IMPOUNDED? ☐ YES ☐ NO | STORAGE LOCATION/IMPOUND # |
|---|---|---|

| OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| JUVENILE DISPOSITION: | ☐ 1 HANDLED AND RELEASED ☐ 2. REF. TO JUVENILE COURT | ☐ 3 REF TO WELFARE AGENCY ☐ 4 REF TO OTHER POLICE AGENCY | ☐ 5 REF. TO ADULT COURT | RELEASED TO |
|---|---|---|---|---|

| PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | ADDRESS (STREET, CITY, STATE, ZIP) | PHONE ( ) |
|---|---|---|

| PARENTS EMPLOYER | OCCUPATION | ADDRESS (STREET, CITY, STATE, ZIP) | PHONE ( ) |
|---|---|---|---|

**RELEASE**

| DATE AND TIME OF RELEASE | RELEASING OFFICER NAME | AGENCY/DIVISION | ID # |
|---|---|---|---|
| M D Y ☐ 1. AM ☐ 3. MIL ☐ 2. PM | | | |

| RELEASED TO: | AGENCY/DIVISION | AGENCY ADDRESS |
|---|---|---|

| PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | PROPERTY NOT RELEASED/HELD AT: | PROPERTY # |
|---|---|---|

| REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| Bond Amount 10,000.00   **TECHNICAL ARREST** |
| Technical Arrest prior by Dothan Police Dept. |

| SIGNATURE OF RECEIVING OFFICER | SIGNATURE OF RELEASING OFFICER | ID # |
|---|---|---|

| MULTIPLE CASES CLOSED | CASE # | SFX | CASE # | SFX | CASE # | SFX | ADDITIONAL CASES CLOSED IN NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| ARRESTING OFFICER (LAST, FIRST) M | ID # | ARRESTING OFFICER (LAST, FIRST, M.) | ID # | SUPERVISOR ID # | WATCH CMDR. |
|---|---|---|---|---|---|
| Brian Jamison | 54 | | | | |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC - 3  REV. 11-86

## ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| | | |
|---|---|---|
| | | ³ CASE # 9 0 2 1 0 0 8 0 8   SFX |

**IDENTIFICATION**

| ¹ ORI # 0 1 3 8 0 1 0 0 | ² AGENCY NAME HCSO | ⁶ Alias AKA |
|---|---|---|

⁵ LAST, FIRST, MIDDLE NAME  Price   Darren

| ⁷ SEX  □M □F | ⁸ RACE  □W □A | ⁹ HGT 5'9 | ¹⁰ WGT 150 | ¹¹ EYE Br | ¹² HAIR BR | ¹³ SKIN | ¹⁴ SCARS, MARKS, TATTOOS, AMPUTATIONS | ¹⁵ AGE 21 | ¹⁶ MISCELLANEOUS ID # 36199 |

| ¹⁷ DATE OF BIRTH  04210868 | ¹² OLN # |

¹⁵ PLACE OF BIRTH (CITY, COUNTY, STATE)   Ala   4211-10161-188190

²⁵ IDENTIFICATION COMMENTS

| ²⁰ SID # | ²¹ FINGERPRINT CLASS   KEY   MAJOR   PRIMARY   SCDV   SUB · SECONDARY · FINAL |
|---|---|

HENRY CLASS

NCIC CLASS

²⁶ FBI #

²⁹ OCCUPATION (BE SPECIFIC)  Laborer

| ²⁶ □1 RESIDENT  □2 NON-RESIDENT | ²⁷ HOME ADDRESS (STREET, CITY, STATE, ZIP)  1002 Montana St | ²⁸ RESIDENCE PHONE (205) 792-5652 | ³⁰ BUSINESS PHONE ( ) |

³⁰ EMPLOYER (NAME OF COMPANY/SCHOOL)  Unemp

³¹ BUSINESS ADDRESS (STREET, CITY, STATE, ZIP)

**ARREST**

| ³³ LOCATION OF ARREST (STREET, CITY, STATE, ZIP)  HC Jail | ³⁴ SECTOR # | ³⁵ ARRESTED FOR YOUR JURISDICTION? □YES □NO |
|---|---|---|

| | | | | □1 IN STATE  □2 OUT STATE  AGENCY | |

| ³⁶ CONDITION OF  ARRESTEE: □1 DRUNK □3 SOBER  □2 DRINKING □4 DRUGS | ³⁸ RESIST ARREST? □YES □NO | ³⁹ INJURIES? □1 NONE  □2 OFFICER □3 ARRESTEE | ⁴⁰ ARMED? | DESCRIPTION OF WEAPON □1 HANDGUN  □2 RIFLE  □3 SHOTGUN   □4 OTHER FIREARM  □5 OTHER WEAPON |
|---|---|---|---|---|

| | | ⁴⁴ TYPE ARREST □1 ON VIEW  □2 CALL □ WARRANT | ⁴⁵ ARRESTED BEFORE? □Y □N □UNK | |

⁴¹ DATE OF ARREST  02129 | ⁴² TIME OF ARREST 1300 □1 AM □3 MIL □2 PM  □ S □ T □ S □M □F

| ⁴³ CHARGE-1 □FEL □MISD  Alias NDL | ⁴⁷ NCIC/UCR CD. | ⁴⁶ CHARGE-2 □FEL □MISD | | | |
|---|---|---|---|---|---|

| ⁵⁰ STATE CODE/LOCAL ORDINANCE | ⁵¹ WARRANT # | ⁵² DATE ISSUED  M D Y | ⁵³ STATE CODE/LOCAL ORDINANCE | ⁵⁴ WARRANT # | ⁵⁵ DATE ISSUED  M D Y |

| ⁵⁷ NCIC/UCR CD. | ⁵⁶ CHARGE-4 □FEL □MISD | | | ⁶⁵ NCIC/UCR CD. |
| ⁵¹ CHARGE-3 □FEL □MISD | ⁵⁷ NCIC/UCR CD. | ⁵⁸ DATE ISSUED  M D Y | ⁶³ STATE CODE/LOCAL ORDINANCE | ⁶⁴ WARRANT # | ⁶⁵ DATE ISSUED  M D Y |

| ⁶⁰ STATE CODE/LOCAL ORDINANCE | ⁶¹ WARRANT # | | | |

| ⁶⁶ ARREST DISPOSITION  □1 HELD   □4 TOT-LE  □2 BAIL   □5 OTHER  □3 RELEASED | ⁶⁷ IF OUT ON RELEASE  WHAT TYPE? | ⁶⁸ ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|

⁶⁵ ARRESTED WITH (2) ACCOMPLICE (FULL NAME)

**VEHICLE**

| ⁷⁰ VYR | ⁷¹ VMA | ⁷² VMO | ⁷³ VST | ⁷⁴ VCO  TOP  BOTTOM | ⁷⁵ TAG # | ⁷⁶ LIS | ⁷⁷ LIY |

| ⁷⁸ VIN | | ⁷⁵ IMPOUNDED? □YES □NO | ⁸⁰ STORAGE LOCATION/IMPOUND # |

□ CONTINUED IN NARRATIVE

| ⁸² OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ⁸³ RELEASED TO |

**JUVENILE**

| ⁸⁴ JUVENILE  DISPOSITION: □1 HANDLED AND RELEASED □3 REF TO WELFARE AGENCY □5 REF TO ADULT COURT  □2 REF TO JUVENILE COURT □4 REF TO OTHER POLICE AGENCY | | ⁸⁶ PHONE ( ) |
|---|---|---|

| ⁸⁵ ADDRESS (STREET, CITY, STATE, ZIP) | |

| ⁸⁷ PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | ⁸⁹ ADDRESS (STREET, CITY, STATE, ZIP) | ⁹⁰ PHONE ( ) |

| ⁹¹ PARENTS EMPLOYER | ⁸⁸ OCCUPATION | | ⁹⁴ ID # |

**RELEASE**

| ⁹¹ DATE AND TIME OF RELEASE  M D Y : □1 AM □3 MIL □2 PM | ⁹² RELEASING OFFICER NAME | ⁹⁷ AGENCY ADDRESS |
|---|---|---|

| | ⁹⁶ AGENCY/DIVISION | |

| ⁹⁵ RELEASED TO: | | ¹⁰⁰ PROPERTY # |

| ⁹⁹ PERSONAL PROPERTY RELEASED TO ARRESTEE □YES □NO □PARTIAL | ⁹⁸ PROPERTY NOT RELEASED/HELD AT: | |

¹⁰¹ REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

## TECHNICAL ARREST

| | ID # |

| ¹⁰³ SIGNATURE OF RELEASING OFFICER | |

| ¹⁰² SIGNATURE OF RECEIVING OFFICER | ¹⁰⁶ CASE # | ¹⁰⁷ SFX | ¹⁰⁸ CASE # | ¹⁰⁹ SFX | ¹¹⁰ WATCH CMDR. |  ADDITIONAL CASES CLOSED  □HARD/COPY □COK |

| MULTIPLE CASE # CLOSED | ¹⁰⁴ CASE # | ¹⁰⁵ SFX | | ¹¹² ID # | ¹¹³ ARRESTING OFFICER (LAST, FIRST, M.) | ¹¹⁴ ID # | ¹¹⁵ SUPERVISOR | ID # |

¹¹¹ ARRESTING OFFICER (LAST, FIRST, M.)   Smith Lt 3804

ACJIC - 3 REV. 11

**NARRATIVE**

**NARRATIVE**

120 ADDITIONAL ARREST INFORMATION

111 DATE AND TIME OF ARREST

115 CASE #

NOT BE PUBLIC INFORMAT

TYPE OR PRINT IN BLACK INK ONLY

CONTINUE ON ADDITIONAL ARREST NARRATIVE

**IDENTIFICATION**

| 1 ORI # | 0 3 8 0 1 0 0 | 2 AGENCY NAME DOTHAN POLICE DEPT | 3 CASE # 9 0 0 2 1 5 7 7 4 | SFX |

4 LAST, FIRST, MIDDLE NAME: Price Darren
5 ALIAS AKA

| 6 SEX M / F | 7 RACE W/B | 9 HGT 59 | 10 WGT 150 | 11 EYE BRO | 12 HAIR BLK | 13 SKIN MED | 14 SCARS, MARKS, TATTOOS, AMPUTATIONS LUCKY LEFT ARM |

16 PLACE OF BIRTH (CITY, COUNTY, STATE): HOUSTON    17 SSN AL 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    18 DATE OF BIRTH 12 06 68    19 AGE 21    19 MISCELLANEOUS ID # 3699    ST

| 20 SID # | 21 FINGERPRINT CLASS KEY MAJOR PRIMARY SCDV SUB-SECONDARY FINAL | 22 DL # | ST |

23 HENRY CLASS / NCIC CLASS
24 FBI #    25 IDENTIFICATION COMMENTS

26 ☐ RESIDENT ☐ 2 NON-RESIDENT    27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 1002 MONTANA ST. DOTHAN AL 36303    28 RESIDENCE PHONE (205)    29 OCCUPATION (BE SPECIFIC) LABORER

30 EMPLOYER (NAME OF COMPANY/SCHOOL) NONE    31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP)    32 BUSINESS PHONE

**ARREST**

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 700 Block Houston St. Dothan AL    34 SECTOR # A7    35 ARRESTED FOR YOUR JURISDICTION? ☑ YES ☐ NO ☐ 1 IN STATE ☐ 2 OUT STATE AGENCY

| 36 CONDITION OF ARRESTEE ☐ 1 DRUNK ☑ SOBER ☐ 2 DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☑ NO | 38 INJURIES? ☑ 1 NONE ☐ 2 OFFICER ☐ 3 ARRESTEE | 39 ARMED? ☐ Y ☑ N | 40 DESCRIPTION OF WEAPON ☐ 1 HANDGUN ☐ 4 OTHER FIREARM ☐ 2 RIFLE ☐ 5 OTHER WEAPON ☐ 3 SHOTGUN |

| 41 DATE OF ARREST 02 20 90 | 42 TIME OF ARREST 0350 ☐ 1 AM ☑ 3 MIL ☐ 2 PM | 43 DAY S M T W F S | 44 TYPE ARREST ☐ 1 ON VIEW ☑ 2 CALL ☐ 3 WARRANT | 45 ARRESTED BEFORE? ☐ Y ☐ N ☑ UNK |

46 CHARGE—1 ☑ FEL ☐ MISD Possession of Controlled Subs.    47 NCIC/UCR CO. 3532    48 CHARGE—2 ☐ FEL ☐ MISD    49 NCIC/UCR CO.

| 50 STATE CODE/LOCAL ORDINANCE 20 02 80 | 51 WARRANT # 9002 5774 | 52 DATE ISSUED 02 20 90 | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |

56 CHARGE—3 ☐ FEL ☐ MISD    57 NCIC/UCR CO.    58 CHARGE—4 ☐ FEL ☐ MISD    59 NCIC/UCR CO.

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |

| 66 ARREST DISPOSITION ☐ 1 HELD ☑ 4 TOT–LE ☐ 2 BAIL ☐ 5 OTHER ☐ 3 RELEASED HOUSTON CO. SO. | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |

| 78 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

☐ CONTINUED IN NARRATIVE

**JUVENILE**

82 JUVENILE DISPOSITION ☐ 1 HANDLED AND RELEASED ☐ 2 REF. TO JUVENILE COURT ☐ 3 REF TO WELFARE AGENCY ☐ 4 REF TO OTHER POLICE AGENCY ☐ 5 REF. TO ADULT COURT    83 RELEASED TO

84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)    85 ADDRESS (STREET, CITY, STATE, ZIP)    86 PHONE ( )

87 PARENTS EMPLOYER    88 OCCUPATION    89 ADDRESS (STREET, CITY, STATE, ZIP)    90 PHONE ( )

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y : ☐ 1 AM ☐ 3 MIL ☐ 2 PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |

95 RELEASED TO:    96 AGENCY/DIVISION    97 AGENCY ADDRESS

98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL    99 PROPERTY NOT RELEASED/HELD AT:    100 PROPERTY #

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

102 SIGNATURE OF RECEIVING OFFICER    103 SIGNATURE OF RELEASING OFFICER    ID #

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ Y ☐ N |

| 111 ARRESTING OFFICER (LAST, FIRST, M.) MERRITT TOMMY | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) COLMAN G. | 114 ID. # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |

TYPE OR PRINT IN BLACK INK ONLY    ACJIC — 34 REV. 11-86



# HOUSTON COUNTY SHERIFF'S DEPARTMENT

## LAMAR GLOVER, SHERIFF

### VISITING LIST

NAME _Price, Darren_    INMATE# _36199_

FLOOR LOCATION _C - F1R_    DATE _6-9-05_

**VISITORS NAME**

1. _VINCENT PRICE_    1. _ADDIE PRICE_
2. _KATHY Bryant/REEVES_    2. _LOISE PRICE_
3. _BRIDGET BryAnt_    3. _TRE DUNCAN_
4. _Annie WOODLEY_    4. _LIZ STEWART_

**BANNED**

1. _____    2. _____

<u>NOTE</u>
THIS IS A PERMANENT VISITING LIST. IT MAY ONLY BE CHANGE AFTER SIX(6) MONTHS. YOU WILL BE ALLOWED A TOTAL OF (8) NAMES ON YOUR VISITING LIST, BUT YOU WILL BE ALLOWED TWO(2) VISITORS TO COME ON YOUR VISITING DAY, CHILDREN ( NO MATTER THEIR AGE, COUNT AS ONE VISITOR), AND THERE WILL NOT BE ANY EXCEPTIONS TO THIS RULE. EVERY VISITOR MUST SHOW THEIR VALID PICTURE IDENTIFICATION (DRIVER'S LICENSE/STATE IDENTIFICATION CARD), WITH THE EXCEPTION OF CHILDREN UNDER THE AGE OF SIXTEEN (16), WHO MAY USE THEIR SOCIAL SECURITY CARD.

I HAVE READ THE ABOVE STATEMENTS AND I HAVE LISTED MY (8) VISITORS NAME ABOVE.

I/M SIGNATURE x _Darren Price_ DATE _____

C/O SIGNATURE _Jackson_ DATE _6-9-05_

DATE
05 /22 /92

INVENTORY ITEMS ACCEPTED FROM LOBBY

INMATE: Darren Price                                    NO#: 36199

BROUGHT BY WHOM: Rhonda

ADDRESS: 2000 N. Denton Rd #40

PHONE NO#: 677-6093.                    ID. NO#:

                                                    SOC. SEC./DLN

INVENTORY ITEMS: 2 pair sock, 1 pair short
1 pack cig.

OFFICER ON DUTY:

X            Darren Price

*May '2005'*

# HOUSTON COUNTY SHERIFF'S DEPARTMENT

## LAMAR GLOVER, SHERIFF

### VISITING LIST

NAME *DArren Price*                    INMATE# *36199*

FLOOR LOCATION *A-POD*                    DATE *April 28, 2005*

**VISITORS NAME**

1. *Vincent Price*          1. *Loibe Price*

2. *Annie Woodley*          2. *Elizabeth Stewart*

3. *TINA ?*                 3. *Crystal ?*

4. *Addie Price*           4. *Vicky*

**BANNED**

1. _____          2. _____

**NOTE**

THIS IS A PERMANENT VISITING LIST. IT MAY ONLY BE CHANGE AFTER SIX(6) MONTHS. YOU WILL BE ALLOWED A TOTAL OF (8) NAMES ON YOUR VISITING LIST, BUT YOU WILL BE ALLOWED TWO(2) VISITORS TO COME ON YOUR VISITING DAY, CHILDREN ( NO MATTER THEIR AGE, COUNT AS ONE VISITOR), AND THERE WILL NOT BE ANY EXCEPTIONS TO THIS RULE. EVERY VISITOR MUST SHOW THEIR VALID PICTURE IDENTIFICATION (DRIVER'S LICENSE/STATE IDENTIFICATION CARD), WITH THE EXCEPTION OF CHILDREN UNDER THE AGE OF SIXTEEN (16), WHO MAY USE THEIR SOCIAL SECURITY CARD.

I HAVE READ THE ABOVE STATEMENTS AND I HAVE LISTED MY (8) VISITORS NAME ABOVE.

I/M SIGNATURE *Darren Price*                    DATE *April 28, 2005*

C/O SIGNATURE *J Butt*                    DATE _____

C - DOC

## INMATE REQUEST FORM

Date: June 28, 2005                          INMATES # 36199

To: Sgt. on duty                             C/O SIGNATURE Moore

From: Warren Price                           SR C/O SIGNATURE BR

NATURE OF REQUEST To go to the Law Library today.

Done on 7-4-05

ACTION TAKEN X OOJ

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

---

C - DOC

## INMATE REQUEST FORM

Date: June 24, 2005                          INMATES # 36199 CDOD

To: Docket                                   C/O SIGNATURE

From: Warren Price                           SR C/O SIGNATURE Jones

NATURE OF REQUEST To talk to Roy at Turner Bonding
Co. Or anyone else, also Thompson Bonding
Co. My bond is $1,000.00

ACTION TAKEN 6/24/05 - Left message with Turner Bonding.
Spoke with Toby @ Thompson and gave information.
Yo Mille

X Warren Price

**INMATE REQUEST FORM**

Date: April 21, 2005

To: Nackett

From: Darren Price

INMATES # 36199

C/O SIGNATURE _Weems_

SR C/O SIGNATURE _BR_

NATURE OF REQUEST _To call Turner Bonding Co./Thompson Bonding Co._

ACTION TAKEN 6-23-05 Talked with Thompson - they said they would send someone to talk to you. Could not get an answer at Turner Bonding.

_Darren Price_

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

**INMATE REQUEST FORM**

Date: June 22, 2005

To: Hackett, Sgt. on duty

From: Darren Price

INMATES # 36199 C pod

C/O SIGNATURE _L. Moon_

SR C/O SIGNATURE _Jones_

NATURE OF REQUEST _This is my 3rd request to call A bondsman. I'd appreciate it if Hackett, or Senior o/c, or Sgt. on duty could please call Roy at Turner Bonding Co. so that I can talk to him about making bond today. Thank you! ($1,000.00 bond)_

ACTION TAKEN

## INMATE REQUEST FORM

Date: June 19, 2005

To: Sgt. Buchman, Sgt. Mack, Sgt. Reed

From: Warren Price

INMATES # 86/99 C-Pod

C/O SIGNATURE _Carl ____

SR C/O SIGNATURE ___ 3B ___

**NATURE OF REQUEST** I talk to Sgt. Reed, Sgt. Mack or Sgt. Buchman I was called to the speaker since yesterday (June 19th) and asked I had received A package since I arrived and I told the officer on duty that I haven't, but today (June 19th) I had a visitor and they told me that the Sgt. told them yesterday I got one last Sunday.

**ACTION TAKEN** Which is not true. So basically I'm looking since someone made a mistake I told my people not to bring me A package could I please still recieve one from my people. I've been in here since the 9th & I really need socks & boxers. Please consider my request.

Thank you VERY MUCH →

Sorry but you 7 days pro
cossed. 6/22/05 k. Hanna Price

## INMATE REQUEST FORM

Date: June 20, 2005

INMATES # 36199 /C-POD

To: Sgt on duty

C/O SIGNATURE _____

From: Darren Price

SR C/O SIGNATURE BR

NATURE OF REQUEST I went to court today and for Child Support and the Judge did not put any holds on me, so I'm requesting to use the phone to call A Bondsman. I tried calling one from back here, but they don't accept collect calls. Please consider request. Thank you!

ACTION TAKEN You must write Docket the Bonding Company you want them to call.

X 6-20-05 Darren Price

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

---

## INMATE REQUEST FORM

Date: April 29, 2005

INMATES # #36199  A-Pod

To: Sgt. Turner

C/O SIGNATURE Sapp

From: Darren Price

SR C/O SIGNATURE _____

NATURE OF REQUEST To be put in the "Child Parenting" or "Child Support Program" that you have here at the jail. I was referred by the court to take some classes while I'm here

ACTION TAKEN Added to list 4/30/05

X Darren Price

A dayroom

# INMATE REQUEST FORM

Date: April 29, 2005

INMATES # #36199 A-Pod

To: Sgt. Buchman

C/O SIGNATURE _____

From: Darren Price

SR C/O SIGNATURE _____

NATURE OF REQUEST: I'd like to be placed on Trustee Status. I'd like to work in the kitchen, cut grass (etc.) Something to occupy my time while I'm here. I don't mind working. Please consider my request, Thank you very much!

ACTION TAKEN: 05-01-05
Write to me again after you have been to court on the 11th. Sgt. Buchman

Darren Price

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

# INMATE REQUEST FORM

Date: 4-26-05

INMATES # A-Pod 36199

To: Sgt. Turner

C/O SIGNATURE Hudson

From: Darren Price

SR C/O SIGNATURE Jones

NATURE OF REQUEST: To be put on docket call for tomorrow. For child support. Please consider my request. Thank you!

ACTION TAKEN: File 4/27/05

# INMATE REQUEST FORM

Date: 3-22-93                          (139)        INMATES # 36199

To: Ms. Martha Pryor                               C/O SIGNATURE Sizemore

From: Warren Price                                 SR C/O SIGNATURE S/CO B. Evans

NATURE OF REQUEST: I tried to talk to (Russ) Northern.
Nordheim Bonding Co. Thank You!
Would appreciate it if you could call him
for me.

ACTION TAKEN _____ X _____
I am not allowed to
Call Bonding Co. — Sorry
     793-1181 —
He is aware you want to see
him — 3/23/93 Martha

---

# INMATE REQUEST FORM

Date: 5-29-92                          INMATES # 36199

To: Sgt. McCallister                   WARDEN ON DUTY Austin

From: Warren Price                     SGT. SUPERVISOR Evan

NATURE OF REQUEST: 2nd request to go to the kitchen, or
laundry. Already have time.
3yr. Sentence.

ACTION TAKEN _____

3N

# INMATE REQUEST FORM

Date: 5-26-92

INMATES # 36199

To: Sgt. Carter, McCallister

WARDEN ON DUTY Shatto

From: Darren Price

SGT. SUPERVISOR McCall d

NATURE OF REQUEST  To be moved to the kitchen, floor crew ~~crew~~. Already have my time, 3 yr sentence. Thank you (Prefer kitchen)

ACTION TAKEN

Southern Color

---

3N

# INMATE REQUEST FORM

Date: 5-22-92

INMATES # 36199

To: ~~Martha Lyt~~

WARDEN ON DUTY

From: Darren Price

SGT. SUPERVISOR Carlisle

NATURE OF REQUEST  Need package that was dropped off today. (Underwear, cigarettes)

ACTION TAKEN  I don't know anything about a pkg. All pkg. go thru the Sgt.   Darren Price
(Martha) 5-27-92)
Any pkg. I may receive at post
ded go to Sgt. in charge at that time

# IMATE SANCTION/RESTRICTION DOCUMENTATION

ME OF INMATE: _Price Darren_    DATE: _4-28-05_    JAIL NUMBER:

CURRENT CELL: _A pod floor_    CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION    DATES START/END

_____ WKS    ◯ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

✓ _____ WKS    ◯ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

_____ WKS    ◯ LOSS OF VISITATION PRIVILEGES _5-7-05_    _5-8-05_

◯ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

◯ OTHER_____

OTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES _____    NO _____

OFFICER REQUESTING SANCTION/RESTRICTION    OFFICER AUTHORIZING SANCTION/RESTRICTION

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

While conducting the morning floor check, the above named inmate was found to not be in compliance with the Living Area Requirement section of the Inmate Rules and Regulations. Bunks will be in compliance during the following hours of 8:00 A.M. to 9:00 P.M. See example below:

EXAMPLE LIVING AREA REQUIREMENTS

TOWEL-WASH CLOTH
CENTERED AT FOOT
OF BED

**NON-COMPLIANCE OF RULES LISTED**
**BELOW MAY RESULT IN SANCTION/DISCIPLINARY ACTION**

1.    BUNKS WILL BE IN COMPLIANCE WITH (ABOVE) EXAMPLE DURING THE FOLLOWING HOURS:
        8:00 A.M. TO 9:00 P.M. MONDAY THROUGH FRIDAY
        7:30 A.M. TO 9:00 P.M. SATURDAY AND SUNDAY
        ***NOTE: THE OFFICER WILL CHECK YOUR CELL BEFORE THE INMATE IS ALLOWED TO "ROLL-OUT" OF THE CELL. IF THE
        INMATE'S CELL IS NOT IN AN ORDERLY MANNER, THE INMATE WILL REMAIN ON LOCKDOWN AND RECEIVE A
        SANCTION/RESTRICTION.
2.    EACH INMATE WILL KEEP HIS/HER AREA CLEAN AND CLEAR OF LITTER.
3.    NO ITEMS UNDER BUNKS EXCEPT SHOES, AND SHOES MUST BE ALIGNED AT THE END OF THE BUNK.

SIGNATURE OF SGT. OR ASC/O

REVISED 07/2004 PER  W.B. MCCARTY, JAIL COMMANDER

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _DEREN PRICE_    HCJ# _36199_    POD _A-POD_

Date filing notice of appeal: _April 31, 2005_

On, _April 28_, 2005, an Inmate Sanction/Restriction was written by Officer _CARSHAW_

charging inmate _Price_, with a violation of Houston County Jail Inmate Rules and Regulations

# _N/A_

The circumstances of the violations are: _Loss of Visitation For 1wk._

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: _1wk Loss of Visitation_

I wish to appeal the decision because: _On April 28, i was scheduled to go to court so on that particular date i was up early asking the officers was i on the list. Plus if I'm correct i was seeing the Nurse on that particular morning._

************DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY*****************

On the _7_ day of _May_, 2005, an appeal of the Sanction/Restriction taken against inmate

_Darren Price_ was reviewed by _Commander McCarty_, and the following action was taken:

APPEAL APPROVED    ~~APPEAL DISAPPROVED~~    OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _I/M Price, You need to comply with the rules. The Sgts. do a floor check each morning - everyone is assigned a Mat._

****************************************************************************

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _5-9-05_ day of _May_, 2005.

Officer Signature                    INMATE SERVED COPY    ✓

that it is impossible for the OFC

my biggest grievance. known which inmate SLEEPS WHERE SINCE he or she did N were on the Floor At the time. I Assume that since he or she did N Know For Sure who slept where on the Floor, they just decided to write EVERY ONE up. Thats not rite that i Lose my Visitation Privileges because of they're mistake or because 1 PERSON out of the 5 did not Follow the rules. ( why would the OFC write EVERYONE up?)

# MATE SANCTION/RESTRICTION DOCUMENTATION

ME OF INMATE: Darren Price    DATE: 6/19/05    JAIL NUMBER: 36199

CURRENT CELL: C-9    CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION    DATES START/END

___ WKS ⬭ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

2 WKS ⨂ SUSPENSION OF COMMISSARY PRIVILEGES 6-26-05 / 7-1-05

2 WKS ⨂ LOSS OF VISITATION PRIVILEGES 6-25+26-05 / 7-22+23-05

⬭ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

⬭ OTHER _____

: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES _____    NO _____

FICER REQUESTING SANCTION/RESTRICTION    OFFICER AUTHORIZING SANCTION/RESTRICTION    6-20-05

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

at approximately 0050 while in C-pod conducting a watch tour I retrieved a headrag I/m Price was wearing. I/m is in violation of rule #18 I/m's are not allowed to make or wear headrags at anytime.

REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

JRE OF SGT. OR ASC/O

TRUSTY RELEASE FORM

I, *Darren Price* , being considered as a trusty for

the Houston County Jail, agree to submit to a blood test for VDRL

and HIV antibodies and any other blood workup that may be designated

by the Chief Warden.  I understand that this is a confidential medical

report and that said report will be maintained in my medical file.

I further understand that there is a five day waiting period for the

analysis results.

I understand that the Chief Warden is the 'trusty appointing' author-

ity, regardless of the outcome of the blood analysis.

_Parole Viol - not Revoked_
_____
Charge

_No Time yet_
_____
Time at Hard Labor

_____
Inmate

_____
Witness

_____
Date

_____              _____
Appointed to              Date

_____              _____
Removed              Date

_____
Reason

_____
Good Time Awarded

## PERSONAL

(MALE)  FEMALE

WHITE  (BLACK)

INMATES NO. _36199_

DATE RELEASED _3-24-93_

NAME _PRICE, DARREN_   D.O.B _12/14/68_

CHARGE _U.D.C.S._   DATE

## EFFECTS TAKEN FROM PRISONER

| ARTICLES | | | | MONEY | DOLLARS | CENTS |
|---|---|---|---|---|---|---|
| I.D. CARD | 1 | | | | | |
| WALLET | | OR CARDS | | CURRENCY | | |
| WATCH | | DR LIC. | | COINS | | |
| KNIFE | | Keys | 1 | CHECKS | | |
| LIGHTER | | | | | | |
| RINGS | 3 | | | TOTAL | | |

ABOVE EFFECTS RECEIVED FROM PRISONER
BY DOCKETING OFFICER   SIGNATURE _S/O Bill Livens_

I AGREE TO THE ABOVE LISTING
SIGNATURE OF PRISONER _Darren Price_

ARRESTING OFFICERS

DESCRIPTION _Gave watch to Darren Price - 02-0845_
OR
REMARKS _Darren Price_

DISPOSITION

EFFECTS RELEASED TO X _Darren Price_   DATE _03-24-93_
SIGNATURE

INMATE PERSONAL POSSESSIONS

NAME: _____

FILE NUMBER: _____

ADMISSION DATE: _____

DISCHARGE DATE: 3-24-93

QSP

**I.**

| Number | Item | Description | Number | Item | Description |
|--------|------|-------------|--------|------|-------------|
| | Rings | | | Keys | |
| | Earrings | | | Purses | |
| | Necklaces | | | Wallet | |
| | Broach | | | Contents: | |
| | Bracelets | | | | |
| | Watch | | | | |
| | Eye Glasses | | | Misc: | |
| | Other Jewelry: | | | | |
| | | | | | |

**II. Clothing Articles**

| Number | Item | Number | Item | Number | Item |
|--------|------|--------|------|--------|------|
| | Pants | | Dresses | | Shoes |
| | Shirts | | Blouses | | Towels |
| | T-Shirts | | Girdles | | Wash Cloths |
| | Briefs | | Slips | | Coats |
| | Thermal Underwear | | Bras | | Ties |
| | Socks | | Panties | | Gloves |
| | Jump Suits | | Hose | | Jackets |
| | Shorts | | Robes | | Sweaters |
| | Jump Suits | | Hose | | Misc: |
| | Shorts | | Robes | | |
| | Pajamas | | Gowns | | |
| | Shorts | | Scarfs | | |
| | Skirts | | Handkerchiefs | | |
| | Hats | | Belts | | |

**III. Miscellaneous Items: Books, Papers, etc.**

| Number | Item | Number | Item | Number | Item |
|--------|------|--------|------|--------|------|
| | Shampoo | | Powder | | Lighters |
| | Creme Rinse | | Combs | | Matches |
| | Deodorant | | Brushes | | Radios |
| | Toothpaste | | Bibles | | Misc: |
| | Toothbrush | | Books | | |
| | Lotion | | Writing Tablets | | |
| | Perfume | | Cigarettes | | |

1. _____
Staff Inventorying Possessions

2. _____
Deputy or Agent Admitting Inmate

3. _____
Transfer Agent Picking Up Inmate

4. _____
Inmate Signature on Admission

5. I received all of the above items
on discharge from Houston County
Jail.

_____
Inmate Signature On Discharge

# INMATE PROPERTY FORM

NAME: _Price Warren_    INMATE # _36199_    PROPERTY # _131_

## CLOTHING RECEIVED FROM INMATE

HAT _1_    SHIRT _1_    JACKET _1_    BELT _____    PANTS _1_

SHOES _____    OTHER _____    Cap

THE ABOVE ITEMS WERE REMOVED FROM MY PERSON. INMATE X _Warren Price_

DATE _02-09-93_    WARDEN _C. Weverly_

I RECEIVED ALL THE ABOVE ITEMS, UPON RELEASE, THAT WAS TAKEN WHEN I WAS ADMITTED TO JAIL.

INMATE X _Warren Price_    DATE _03-24-93_    WARDEN _Parker_

I DO/DO NOT GIVE MY PERMISSION FOR ALL MY INCOMING MAIL TO BE INSPECTED. I UNDERSTAND THAT IF I DO NOT GIVE MY PERMISSION FOR MY MAIL TO BE INSPECTED IT WILL BE RETURNED TO SENDER.

INMATE X _Warren Price_

Shelley's 793-1005 #6019

## PROPERTY ISSUED TO INMATE

MATTRESS _____     MATTRESS COVER _____     BLANKET _____

SHIRT _____     PANTS _____     COVERALLS _____     TOWEL _____

WASHCLOTH _____     TOOTHBRUSH _____     TOOTH PASTE _____

COMB _____     SOAP _____     TOILET PAPER _____

DRINKING GLASS _____     OTHER _____

I HAVE BEEN ISSUED THE ABOVE LISTED ITEMS AND UNDERSTAND I AM FULLY RESPONSIBLE FOR ITS RETURN.

DATE _3 - 9 - 93_     INMATE X _____

WARDEN _____

HOUSTON COUNTY JAIL
INMATE PERSONAL POSSESSIONS

NAME: *Price, Warren*
FILE NUMBER: *36/99*

ADMISSION DATE: *2-9-93*
DISCHARGE DATE: _____

## I.

| Number | Item | Description | Number | Item | Description |
|---|---|---|---|---|---|
| | Rings | | | Keys | |
| | Earrings | | | Purses | |
| | Necklaces | | | Wallet | |
| | Broach | | | Contents: | |
| | Bracelets | | | | *No Money* |
| | Watch | | | | |
| 1 | Eye Glassess | | | Misc: | |
| | Other Jewelry: | | | | |

## II. Clothing Articles

| Number | Item | Number | Item | Number | Item |
|---|---|---|---|---|---|
| 1 | Pants | | Dresses | 1 | Shoes *Sneaker* |
| 1 | Shirts | | Blouses | | Towels |
| | T-Shirts | | Girdles | | Wash Cloths |
| | Briefs | | Slips | | Coats |
| | Thermal Underwear | | Bras | | Ties |
| 1 | Socks | | Panties | | Gloves |
| | Jump Suits | | Hose | | Jackets |
| | Shorts | | Robes | | Sweaters |
| | Jump Suits | | Hose | | Misc: |
| | Shorts | | Robes | | |
| | Pajamas | | Gowns | | |
| | Shorts | | Scarfs | | |
| | Skirts | | Handkerchiefs | | |
| 1 | Hats *Cap* | | Belts | | |

## III. Miscellanous Items: Books, Papers, etc.

| Number | Item | Number | Item | Number | Item |
|---|---|---|---|---|---|
| | Shampoo | | Powder | | Lighters |
| | Creme Rinse | | Combs | | Matches |
| | Deodorant | | Brushes | | Radios |
| | Toothpaste | | Bibles | | Misc: |
| | Toothbrush | | Books | | |
| | Lotion | | Writing Tablets | | |
| | Perfume | | Cigarettes | | |

1. *D. Wms*
Staff Inventorying Possessions

2. _____
Deputy or Agent Admitting Inmate

3. _____
Transfer Agent Picking Up Inmate

4. X *Warren Price*
Inmate Signature on Admission

5. I received all of the above items
on discharge from Houston County
Jail. *Rec. Property*

_____
Inmate Signature On Discharge

ITEMS INMATES ARE TAKING TO OTHER INSTITUITIONS

NAME OF INMATE _Darren Price_ INMATE # _36199_

INSTITUTION TRANSFERRED TO _Kilby_

3 Dreifs

1 T shirt

2 Socks

Sopp

Deo.

Book

10-08-92
_94_
Date

Inmate

Officer

ITEMS LEFT FOR PICK UP

INMATES TRANSFERRED TO OTHER INSTITUTIONS

NAME OF INMATE _DARREN Price_    INMATE # _36199_

INSTITUTION TRANSFERRED TO _Kilby_

NAME OF PERSON PICKING UP BELONGINGS:

_Rhonda Duncan_

ADDRESS _2600 N. DENTON Rd #40_

TELEPHONE (necessary) _(077-6437_

ITEMS BEING PICKED UP:          LIST EACH ITEM

_CAP_

_Shirt_

_Shorts_

_ToothBrush_

_Shampoo_

_(Cards)_

_Watch Band_

_Belt_

_Papers)_

I understand that any item left here over thirty (30)
days will be destroyed.  This is a true and accurate
list of items to be picked up.

Date _10-08-92_

_Rhonda Duncan_
_Darren Price_
Inmate

_Stanley_
Officer

# INMATE PROPERTY FORM

NAME: _Price Darren_    INMATE # _36199_    PROPERTY # _185_

## CLOTHING RECEIVED FROM INMATE

HAT _1_    SHIRT _1_    JACKET _1_    BELT _1_    PANTS _1_

SHOES _____    OTHER _____

THE ABOVE ITEMS WERE REMOVED FROM MY PERSON. INMATE X _Darren Price_

DATE _9-16-92_    WARDEN _____

I RECEIVED ALL THE ABOVE ITEMS, UPON RELEASE, THAT WAS TAKEN WHEN I WAS ADMITTED TO JAIL.

INMATE _Darren Price_

DATE _12-1-92_    WARDEN _Daniels_

I DO/DO NOT GIVE MY PERMISSION FOR ALL MY INCOMING MAIL TO BE INSPECTED. I UNDERSTAND THAT IF I DO NOT GIVE MY PERMISSION FOR MY MAIL TO BE INSPECTED IT WILL BE RETURNED TO SENDER.

INMATE X _Darren Price_

Tri-State 6442

**PROPERTY ISSUED TO INMATE**

MATTRESS _____/_____ MATTRESS COVER _____(_____ BLANKET _____(_____

SHIRT _____/_____ PANTS _____(_____ COVERALLS _____/_____ TOWEL _____)_____

WASHCLOTH _____(_____ TOOTHBRUSH _____/_____ TOOTH PASTE _____/_____

COMB _____/_____ SOAP _____)_____ TOILET PAPER _____/_____

DRINKING GLASS _____(_____ OTHER _____/ washele sheet_____

I HAVE BEEN ISSUED THE ABOVE LISTED ITEMS AND UNDERSTAND I AM FULLY RESPONSIBLE FOR ITS RETURN.

DATE ___9 - 16 - 9 2___ INMATE _____Warren Price_____

WARDEN _____Jeffly Hon_____

NAME: Price Warren

ADMISSION DATE: _____

FILE NUMBER: _____

DISCHARGE DATE: _____

I.

| Number | Item | Description | Number | Item | Description |
|---|---|---|---|---|---|
| | Rings | | | Keys | |
| | Earrings | | | Purses | |
| | Necklaces | | | Wallet | |
| | Broach | | | Contents: | |
| | Bracelets | | | | |
| | Watch | | | | |
| | Eye Glassess | | | Misc: | |
| | Other Jewelry: | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## II. Clothing Articles

| Number | Item | Number | Item | Number | Item |
|---|---|---|---|---|---|
| | Pants | | Dresses | | Shoes |
| | Shirts | | Blouses | | Towels |
| | T-Shirts | | Girdles | | Wash Cloths |
| | Briefs | | Slips | | Coats |
| | Thermal Underwear | | Bras | | Ties |
| | Socks | | Panties | | Gloves |
| | Jump Suits | | Hose | | Jackets |
| | Shorts | | Robes | | Sweaters |
| | Jump Suits | | Hose | | Misc: |
| | Shorts | | Robes | | |
| | Pajamas | | Gowns | | |
| | Shorts | | Scarfs | | |
| | Skirts | | Handkerchiefs | | |
| | Hats | | Belts | | |
| | | | | | |

## III. Miscellanous Items: Books, Papers, etc.

| Number | Item | Number | Item | Number | Item |
|---|---|---|---|---|---|
| | Shampoo | | Powder | | Lighters |
| | Creme Rinse | | Combs | | Matches |
| | Deodorant | | Brushes | | Radios |
| | Toothpaste | | Bibles | | Misc: |
| | Toothbrush | | Books | | |
| | Lotion | | Writing Tablets | | |
| | Perfume | | Cigarettes | | |

1. _____
Staff Inventorying Possessions

2. _____
Deputy or Agent Admitting Inmate

3. _____
Transfer Agent Picking Up Inmate

4. _____
Inmate Signature on Admission

5. I RECEIVED All OF THE ABOVE
ITems ON DISCHARGE FROM
HOUSTON COUNTY JAIL
_____
INMATE SIGNATURE ON DISCHARGE

Inmates Name: Price Darren    Inmate# 36144

Prop # 185

| Class | Date | Shirt | Pants | Towel | Wash Cloth | Mat-Cover | Mattress | Blanket | Tumbler |
|---|---|---|---|---|---|---|---|---|---|
| Returnable Items Issued | 9-16-92 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

| | Date | Jailer In. | Soap | Tooth-Paste | Toilet Tissue | Tooth-Brush | Comb | | |
|---|---|---|---|---|---|---|---|---|---|
| Non-Returnable Items Issued | 9-16-92 | Jr | 1 | 1 | 1 | 1 | 1 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

floor 3S
Cell 9B

---

Inmates Name: Price, Darren    Inmate# 36199

Prop # 131

| Class | Date | Shirt | Pants | Towel | Wash Cloth | Mat-Cover | Mattress | Blanket | Tumbler |
|---|---|---|---|---|---|---|---|---|---|
| Returnable Items Issued | 2-9-93 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

| | Date | Jailer In. | Soap | Tooth-Paste | Toilet Tissue | Tooth-Brush | Comb | | |
|---|---|---|---|---|---|---|---|---|---|
| Non-Returnable Items Issued | | S.W. | 1 | 1 | 1 | 1 | 1 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

floor 3-N
Cell 2
FLOOR B

NAME: Price Darren

ADMISSION DATE: 9-16-92

FILE NUMBER: 36199

DISCHARGE DATE:

I.

| Number | Item | Description | Number | Item | Description |
|---|---|---|---|---|---|
| 1 | Rings | | | Keys | |
| | Earrings | | | Purses | |
| | Necklaces | | | Wallet | |
| | Broach | | | Contents: | |
| | Bracelets | | | | |
| 1 | Watch | | | | |
| | Eye Glassess | | | Misc: | |
| | Other Jewelry: | | | | |
| | | | | | |
| | | | | | |

II. Clothing Articles

| Number | Item | Number | Item | Number | Item |
|---|---|---|---|---|---|
| 1 | Pants   Shirt | | Dresses | 2 | Shoes |
| 1 | Shirts | | Blouses | | Towels |
| | T-Shirts | | Girdles | | Wash Cloths |
| 1 | Briefs | | Slips | | Coats |
| | Thermal Underwear | | Bras | | Ties |
| 2 | Socks | | Panties | | Gloves |
| | Jump Suits | | Hose | | Jackets |
| | Shorts | | Robes | | Sweaters |
| | Jump Suits | | Hose | | Misc: |
| | Shorts | | Robes | | |
| | Pajamas | | Gowns | | |
| | Shorts | | Scarfs | | |
| | Skirts | | Handkerchiefs | | |
| 1 | Hats | | Belts | | |
| | | | | | |

III. Miscellanous Items: Books, Papers, etc.

| Number | Item | Number | Item | Number | Item |
|---|---|---|---|---|---|
| | Shampoo | | Powder | | Lighters |
| | Creme Rinse | | Combs | | Matches |
| | Deodorant | | Brushes | | Radios |
| | Toothpaste | | Bibles | | Misc: |
| | Toothbrush | | Books | | |
| | Lotion | | Writing Tablets | | |
| | Perfume | | Cigarettes | | |

1. _Rita Rivers_
Staff Inventorying Possessions

X _Darren Price_
Inmate Signature on Admission

2. _____
Deputy or Agent Admitting Inmate

3. _____
Transfer Agent Picking Up Inmate

5. I RECEIVED All OF THE ABOVE
ITEMS ON DISCHARGE FROM
HOUSTON COUNTY JAIL
_____
INMATE SIGNATURE ON DISCHARGE

INMATE PROPERTY FORM

NAME: _Price, Darren_ INMATE# _36199_ PROPERTY# _89_

CLOTHING RECEIVED FROM INMATE

HAT _/_ SHIRT _/_ JACKET _/_ BELT _/_ PANTS _____

SHOES _____ OTHER _2 pair shorts_

THE ABOVE ITEMS WERE REMOVED FROM MY PERSON. INMATE X _Darren Price_

DATE _5-21-92_ WARDEN _C. Greenway_

I RECEIVED ALL THE ABOVE ITEMS, UPON RELEASE, THAT WAS TAKEN WHEN I WAS ADMITTED TO JAIL.

INMATE X _Darren Price_

DATE _06-25-92_ WARDEN _Sgt. McAlister_

I DO NOT GIVE MY PERMISSION FOR ALL MY INCOMING MAIL TO BE INSPECTED. I UNDERSTAND THAT IF I DO NOT GIVE MY PERMISSION FOR MY MAIL TO BE INSPECTED IT WILL BE RETURNED TO SENDER.

INMATE X _Darren Price_

PROPERTY ISSUED TO INMATE

MATTRESS _____ /_____ MATTRESS COVER ____ /____ BLANKET _____ /_____

SHIRT ____ /____ PANTS ____ /____ COVERALLS _____ TOWEL _____

WASH CLOTH _____ TOOTHBRUSH ____ /____ TOOTH PASTE ____ /____

COMB ____ /____ SOAP ____ /____ TOILET PAPER ____ /____

DRINKING GLASS ____ /____ OTHER _____

I HAVE BEEN ISSUED THE ABOVE LISTED ITEMS AND UNDERSTAND I AM FULLY RESPONSIBLE FOR ITS RETURN.

DATE __5 - 21 - 92__     INMATE X _Warren Pride_

WARDEN _C. Weverly_

HOUSTON COUNTY JAIL
INMATE PERSONAL POSSESSIONS

NAME: _Price Darren_

ADMISSION DATE: _5/5/11_

FILE NUMBER: _26114_

DISCHARGE DATE: _6-25-92 a$P_

I.

| Number | Item | Description | Number | Item | Description |
|--------|------|-------------|--------|------|-------------|
| 1 | Rings | | 2 | Keys | |
| | Earrings | | | Purses | |
| | Necklaces | | | Wallet | |
| | Brooch | | | Contents: | |
| | Bracelets | | | | # 1.50 |
| 1 | Watch | | | | |
| | Eye Glasses | | | Misc: | |
| | Other Jewelry: | | | | |

## II. Clothing Articles

| Number | Item | Number | Item | Number | Item |
|--------|------|--------|------|--------|------|
| | Pants | | Dresses | | Shoes |
| 1 | Shirts | | Blouses | | Towels |
| | T-Shirts | | Girdles | | Wash Cloths |
| 1 | Briefs | | Slips | | Coats |
| | Thermal Underwear | | Bras | | Ties |
| 1 | Socks | | Panties | | Gloves |
| | Jump Suits | | Hose | | Jackets |
| 1 | Shorts | | Robes | | Sweaters |
| | Jump Suits | | Hose | | Misc: |
| | Shorts | | Robes | | |
| | Pajamas | | Gowns | | |
| | Shorts | | Scarfs | | |
| | Skirts | | Handkerchiefs | | |
| 1 | Hats | | Belts | | |

## III. Miscellaneous Items: Books, Papers, etc.

| Number | Item | Number | Item | Number | Item |
|--------|------|--------|------|--------|------|
| | Shampoo | | Powder | | Lighters |
| | Creme Rinse | | Combs | | Matches |
| | Deodorant | | Brushes | | Radios |
| | Toothpaste | | Bibles | | Misc: 1 Radio 4/7/92 J-C |
| | Toothbrush | | Books | | |
| | Lotion | | Writing Tablets | | |
| | Perfume | 1 pk | Cigarettes | | |

1. _Rudell C Vaughan_
Staff Inventorying Possessions

2. _____
Deputy or Agent Admitting Inmate

3. _____
Transfer Agent Picking Up Inmate

4. _____
Inmate Signature on Admission

5. I received all of the above items
on discharge from Houston County
Jail.
_Darren Price_
Inmate Signature On Discharge

# Houston County Jail

## PERSONAL

36747

INMATE NO

(MALE)   FEMALE

WHITE   (BLACK)                                    DATE RELEASED

NAME    _Perry Otten_                    DOB _12-14-68_

CHARGE  _Burlarly    4 PCS_             DATE _3/31/92_

## EFFECTS TAKEN FROM PRISONER

| ARTICLES | | | | | | MONEY | |
|---|---|---|---|---|---|---|---|
| | | | | | | DOLLARS | CENTS |
| WALLET | | BILL FOLD | | CURRENCY | | | |
| WATCH | | BELT | | COINS | | | |
| KNIFE | | HAT | | CHECKS | | | |
| MONEY | | SHOES | | | | | |
| RINGS | | | | TOTAL | | | |

RECEIVING OFFICER   SIGNATURE   _Judith C. Wright_

RELEASING OFFICER   SIGNATURE

DISPOSITION

EFFECTS RELEASED TO   _DARREN PRICE_

SIGNATURE   _Elaine Price_                DATE

HOUSTON COUNTY JAIL
INMATE PERSONAL POSSESSIONS

NAME: Price, Darren

FILE NUMBER: 36199

ADMISSION DATE: 5/21/92

DISCHARGE DATE:

I.

| Number | Item | Description | Number | Item | Description |
|---|---|---|---|---|---|
| | Rings | | 2 | Keys | |
| | Earrings | | | Purses | |
| | Necklaces | | | Wallet | |
| | Broach | | | Contents: | |
| | Bracelets | | | | $1.50 |
| | Watch | | | | |
| | Eye Glasses | | | Misc: | |
| | Other Jewelry: | | | | |
| | | | | | |
| | | | | | |

II. Clothing Articles

| Number | Item | Number | Item | Number | Item |
|---|---|---|---|---|---|
| | Pants | | Dresses | | Shoes |
| | Shirts | | Blouses | | Towels |
| | T-Shirts | | Girdles | | Wash Cloths |
| | Briefs | | Slips | | Coats |
| | Thermal Underwear | | Bras | | Ties |
| | Socks | | Panties | | Gloves |
| | Jump Suits | | Hose | | Jackets |
| | Shorts | | Robes | | Sweaters |
| | Jump Suits | | Hose | | Misc: |
| | Shorts | | Robes | | |
| | Pajamas | | Gowns | | |
| | Shorts | | Scarfs | | |
| | Skirts | | Handkerchiefs | | |
| | Hats | | Belts | | |

III. Miscellaneous Items: Books, Papers, etc.

| Number | Item | Number | Item | Number | Item |
|---|---|---|---|---|---|
| | Shampoo | | Powder | | Lighters |
| | Creme Rinse | | Combs | | Matches |
| | Deodorant | | Brushes | | Radios |
| | Toothpaste | | Bibles | | Misc: |
| | Toothbrush | | Books | | |
| | Lotion | | Writing Tablets | | |
| | Perfume | 1 pk | Cigarettes | | |

1. Judith C Haynes
Staff Inventorying Possessions

4. Darren Price
Inmate Signature On Admission

2. _____
Deputy or Agent Admitting Inmate

5. I received all of the above items
on discharge from Houston County
Jail.

3. _____
Transfer Agent Picking Up Inmate

_____
Inmate Signature On Discharge

ITEMS INMATES ARE TAKING TO OTHER INSTITUITIONS

NAME OF INMATE _Darren Price_    INMATE # _36199_

INSTITUTION TRANSFERRED TO _Kilby_

1-Deodorant
3-T-Shirts
3-Shorts
1-Brush
1 Hair Grease
Letters

_05-31-91_
Date

X _Darren Price_
Inmate

_Sgt. Mc Clain_
Officer

# INMATE PROPERTY FORM

NAME: Price, Darren    INMATE # 36199    PROPERTY # 101

## CLOTHING RECEIVED FROM INMATE

HAT /    SHIRT /    JACKET /    BELT /    PANTS /

SHOES ___    OTHER ___

THE ABOVE ITEMS WERE REMOVED FROM MY PERSON. INMATE X Darren Price

DATE 02-20-91    WARDEN R. Barbaree

I RECEIVED ALL THE ABOVE ITEMS, UPON RELEASE, THAT WAS TAKEN WHEN I WAS ADMITTED TO JAIL.

INMATE Darren Price

DATE 04-01-91 WARDEN LaRue

I DO/DO NOT GIVE MY PERMISSION FOR ALL MY INCOMING MAIL TO BE INSPECTED. I UNDERSTAND THAT IF I DO NOT GIVE MY PERMISSION FOR MY MAIL TO BE INSPECTED IT WILL BE RETURNED TO SENDER.

INMATE Darren Price

Tri-State 6442

## PROPERTY ISSUED TO INMATE

MATTRESS _____ MATTRESS COVER _____ BLANKET _____

SHIRT _____ PANTS _____ COVERALLS _____ TOWEL _____

WASHCLOTH _____ TOOTHBRUSH _____ TOOTH PASTE _____

COMB _____ SOAP _____ TOILET PAPER _____

DRINKING GLASS _____ OTHER _____

I HAVE BEEN ISSUED THE ABOVE LISTED ITEMS AND UNDERSTAND I AM FULLY RESPONSIBLE FOR
ITS RETURN.

DATE _02 - 20 - 91_    INMATE X _Darren Price_

WARDEN _____



HOUSTON COUNTY JAIL
INMATE PERSONAL POSSESSIONS

NAME: *Price, Darren*

FILE NUMBER: *36199*

ADMISSION DATE: *02-20-91*

DISCHARGE DATE: *4-1-91*

## I.

| Number | Item | Description | Number | Item | Description |
|---|---|---|---|---|---|
| | Rings | | | Keys | |
| | Earrings | | | Purses | |
| 1 | Necklaces | | | Wallet | |
| | Broach | | | Contents: | |
| 1 | Bracelets | | | | |
| 1 | Watch | | | | |
| | Eye Glassess | | | Misc: | |
| | Other Jewelry: | | | | |

## II. Clothing Articles

| Number | Item | Number | Item | Number | Item |
|---|---|---|---|---|---|
| 1 | Pants | | Dresses | 1 | Shoes |
| 1 | Shirts | | Blouses | | Towels |
| | T-Shirts | | Girdles | | Wash Cloths |
| | Briefs | | Slips | | Coats |
| | Thermal Underwear | | Bras | | Ties |
| | Socks | | Panties | | Gloves |
| | Jump Suits | | Hose | | Jackets |
| | Shorts | | Robes | | Sweaters |
| | Jump Suits | | Hose | | Misc: |
| | Shorts | | Robes | | |
| | Pajamas | | Gowns | | |
| | Shorts | | Scarfs | | |
| | Skirts | | Handkerchiefs | | |
| 1 | Hats | | Belts | | |

## III. Miscellanous Items: Books, Papers, etc.

| Number | Item | Number | Item | Number | Item |
|---|---|---|---|---|---|
| | Shampoo | | Powder | | Lighters |
| | Creme Rinse | | Combs | | Matches |
| | Deodorant | | Brushes | | Radios |
| | Toothpaste | | Bibles | | Misc: |
| | Toothbrush | | Books | | |
| | Lotion | | Writing Tablets | | |
| | Perfume | | Cigarettes | | |

1. *C. Robbins*
Staff Inventorying Possessions

2. _____
Deputy or Agent Admitting Inmate

3. _____
Transfer Agent Picking Up Inmate

4. X- *Darren Price*
Inmate Signature on Admission

5. _____
Inmate Signature on Discharge

# Houston County Jail

## PERSONAL

TITLE

WRITER

DATE

EFFECTS TAKEN FROM PRISONER

RECORDS RELEASE OF CHARGES
TO:  Docket

DATE _09. 24- 90_

INMATE NAME _Darren  Price_

TO BE RELEASED (DATE) _09 - 24 - 90_    (TIME) _5.10 pm_

FROM CHARGES LISTED BELOW:

CHARGE(S): _U.P.C.S_                    CASE # _CC 90 324_

_____    CASE # _____

_____    CASE # _____

IF THERE ARE NO ADDITIONAL CHARGES PENDING ON INMATE AND
INMATE CLEARS WARRANT CHECK HE MAY BE RELEASED.

_J Spradley_  _Release placed on probation this Release_
                                        _Judge Holladay_
RECORDS & CLASSIFICATIONS

WARRANT CHECK

COUNTY (S.O.) ___Neg___  By __Q__ Docket Officer _SL_
                                                (Initials)

NCIC        ___Neg___  By _Ray Baker_ Docket Officer _SL_
                                                (Initials)

DOTHAN P.D. _Neg_   By _JI 18_ Docket Officer _SL_
                                                (Initials)

(CLEARED)/NOT CLEARED (DATE) _09-24-90_  (TIME) _5.25 pm_

REMARKS_____

_____

_Sue La Rue_
DOCKET RELEASING OFFICER

_Sgt. Bill Evans_
SHIFT SERGEANT

Inmates Name _PRICE DARREN_    Inmate# _36199_

| Class | Date | Shirt | Pants | Towel | Wash Cloth | Mat-Cover | Mattress | Blanket | Tumbler |
|---|---|---|---|---|---|---|---|---|---|
| Returnable Items Issued | 02-21-90 | / | / | / | / | | | | |

| Non-Returnable | Date | Jailer In | Soap | Tooth-Paste | Toilet Tissue | Tooth-Brush | Comb | | |
|---|---|---|---|---|---|---|---|---|---|
| Items Issued | 02-21-90 | H.B. | / | / | / | / | / | | |

H.B.

3-J

2 B

---

Inmates Name _Price, Darren_    Inmate# _36199_

Prop# _161_

| Class | Date | Shirt | Pants | Towel | Wash Cloth | Mat-Cover | Mattress | Blanket | Tumbler |
|---|---|---|---|---|---|---|---|---|---|
| Returnable Items Issued | 02-20-91 | 1 Set | | | | | | | |

| Non-Returnable | Date | Jailer In | Soap | Tooth-Paste | Toilet Tissue | Tooth-Brush | Comb | | |
|---|---|---|---|---|---|---|---|---|---|
| Items Issued | 02-20-91 | 1 Set | | | | | | | |

DPD
Floor 3N
Cell 2B
Bunk 7/00R

---

Inmates Name _Price, Darren_    Inmate# _36199_

Prop# _89_

| Class | Date | Shirt | Pants | Towel | Wash Cloth | Mat-Cover | Mattress | Blanket | Tumbler |
|---|---|---|---|---|---|---|---|---|---|
| Returnable Items Issued | 5-21-92 | / | / | / | / | / | / | / | / |

| Non-Returnable | Date | Jailer In | Soap | Tooth-Paste | Toilet Tissue | Tooth-Brush | Comb | | |
|---|---|---|---|---|---|---|---|---|---|
| Items Issued | 5-21-92 | Jew | / | / | / | / | / | | |

floor 3N

INMATE PROPERTY FORM

NAME: _Price Darren_  INMATE# _36199_  PROPERTY# _36199_   # 72

CLOTHING RECEIVED FROM INMATE

HAT _____ SHIRT _1_ JACKET _____ BELT _____ PANTS _1_

SHOES _____ OTHER _2 pc. Sheets + 1 cig pouch_

THE ABOVE ITEMS WERE REMOVED FROM MY PERSON. INMATE X _Watson Price_

DATE _02-21-90_   WARDEN _J Braden_

I RECEIVED ALL THE ABOVE ITEMS, UPON RELEASE, THAT WAS TAKEN WHEN I WAS ADMITTED TO JAIL.

INMATE X _Darren Price_

DATE _09-06-90_   WARDEN _____

I DO/DO NOT GIVE MY PERMISSION FOR ALL MY INCOMING MAIL TO BE INSPECTED. I UNDERSTAND THAT IF I DO NOT GIVE MY PERMISSION FOR MY MAIL TO BE INSPECTED IT WILL BE RETURNED TO SENDER.

INMATE _____

PROPERTY ISSUED TO INMATE

MATTRESS _____ / _____ MATTRESS COVER _____ / _____ BLANKET _____ / _____

SHIRT _____ / _____ PANTS _____ / _____ COVERALLS _____ TOWEL _____ / _____

WASH CLOTH _____ / _____ TOOTHBRUSH _____ / _____ TOOTH PASTE _____ / _____

COMB _____ / _____ SOAP _____ / _____ TOILET PAPER _____

DRINKING GLASS _____ / _____ OTHER _____

I HAVE BEEN ISSUED THE ABOVE LISTED ITEMS AND UNDERSTAND I AM FULLY RESPONSIBLE FOR ITS RETURN.

DATE _02-21-90_    INMATE _____

WARDEN _____

STATE OF ALABAMA,        )   IN THE CIRCUIT COURT OF

     PLAINTIFF.             )   HOUSTON COUNTY, ALABAMA

VS.            *Oo. 36199*   )   CRIMINAL DIVISION

            *Alu 16 1957*

DARREN PRICE,       )

     DEFENDANT.    *§~*    )   CASE NO. <u>CC-93-132</u>


TO:  LAMAR HADDEN, AS SHERIFF OF HOUSTON COUNTY,
      ALABAMA

     You are hereby requested to trnsport DARREN PRICE now confined by the

Board of Corrections, State of Alabama, under your custody and bring the said

DARREN PRICE under safe and secure conduct before the Circuit Court; Houston

County, Alabama, at Dothan on or before AUGUST 1, 1994 for TRIAL.

     Immediately afterward, you are requested to pick up the above named person

and transport him back into the custody of the Board of Corrections, State of

Alabama.

     DONE and ORDERED this 15ᵗʰ day of July , 1994.

FILED CLERK'S OFFICE
HOUSTON COUNTY, ALABAMA
'94 JUL 15 PM 3 29

                   DENNY HOLLOWAY, CIRCUIT JUDGE
                   20TH JUDICIAL CIRCUIT OF ALABAMA

*NOT in state*

STATE OF ALABAMA,  ) IN THE CIRCUIT COURT OF

  PLAINTIFF.   ) HOUSTON COUNTY, ALABAMA

VS.        ) CRIMINAL DIVISION

DARREN PRICE,    )

  DEFENDANT.   ) CASE NO. <u>CC-93-132</u>



TO: LAMAR HADDEN, AS SHERIFF OF HOUSTON COUNTY,
  ALABAMA


  You are hereby requested to transport DARREN PRICE now confined by the

Board of Corrections, State of Alabama, under your custody and bring the said

DARREN PRICE under safe and secure conduct before the Circuit Court, Houston

County, Alabama, at Dothan on or before APRIL 7, 1994 for TRIAL. Immediately

afterward, you are requested to pick up the above named person and transport him

back into the custody of the Board of Corrections, State of Alabama.

  DONE and ORDERED this <u>22nd</u> day of <u>March</u>, 19<u>94</u>.


          _Denny L Holloway_
          DENNY HOLLOWAY, CIRCUIT JUDGE
          20TH JUDICIAL CIRCUIT OF ALABAMA

STATE OF ALABAMA,    ) IN THE CIRCUIT COURT OF

   PLAINTIFF.    ) HOUSTON COUNTY, ALABAMA

VS.         ) CRIMINAL DIVISION

DARREN PRICE,     )

   DEFENDANT.   ) CASE NO. CC-93-132_____


TO: LAMAR HADDEN, AS SHERIFF OF HOUSTON COUNTY, ALABAMA


  You are hereby requested to transport DARREN PRICE now confined by the

Board of Corrections, State of Alabama, under your custody and bring the said

DARREN PRICE under safe and secure conduct before the Circuit Court, Houston

County, Alabama, at Dothan on or before APRIL 7, 1994 for TRIAL. Immediately

afterward, you are requested to pick up the above named person and transport him

back into the custody of the Board of Corrections, State of Alabama.

  DONE and ORDERED this 22nd day of March_____, 1994.

        *Denny L. Holloway*
        _____
        DENNY HOLLOWAY, CIRCUIT JUDGE
        20TH JUDICIAL CIRCUIT OF ALABAMA

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES

Montgomery, Alabama

# ORDER OF PROBATION AND PAROLE OFFICER
# AUTHORIZING ARREST OF PAROLE VIOLATOR

TO: SHERIFF OF _____ HOUSTON _____ COUNTY OR

ANY LAWFUL OFFICER OF THE STATE OF ALABAMA

Darren Price _____ (CC90-324) _____ No. 161,957 who was convicted

in _____ Houston _____ County of the offense of _____ VAUCSA _____

and who was sentenced to a term of _____ 3 _____ years in the penitentiary or to Hard Labor for the county

and who was paroled on _____ 7-29-91 _____ , has in the judgment of the undersigned probation

and parole officer violated the conditions of his parole. Therefore, by virtue of the authority vested in me by

Section 15-22-31, Code of Alaabma, 1975, as amended, you are hereby given this written authority to take the

said _____ Darren Price _____ into your custody and hold him until

the arrival of the warrant from the Department of Corrections, but not more than twenty days.

Dated at _____ Dothan _____ , Alabama, this the __24th__ day of _____ August _____ , 19 _92_ .

_____ Gary A Edwards _____
Gary A Edwards
Parole and Probation Officer

GAE/sb

BM/23
5'9" - 160 lbs.
Last known address: 1002 Montana St., Dothan, AL.

Executed the within _Order_ by arresting
_Darren Price_ and
Taking Appearance Bond Committing Defendant
to Jail This ___ day of _Sept._ 19 _92_
_____ Sheriff
By _____ , D.S.

P.B. Form No. 108
Revised 6/89

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES

Montgomery, Alabama

# ORDER OF PROBATION AND PAROLE OFFICER
# AUTHORIZING ARREST OF PAROLE VIOLATOR

TO: SHERIFF OF _____ HOUSTON _____ COUNTY OR

ANY LAWFUL OFFICER OF THE STATE OF ALABAMA

_____ Darren Price _____ No. 161,957 who was convicted

in _____ Houston _____ County of the offense of _____ VAUCSA: Unlawful Possession of Controlled Substance

and who was sentenced to a term of _____ 3 _____ years in the penitentiary or to Hard Labor for the county

and who was paroled on _____ 7-29-91 _____, has in the judgment of the undersigned probation

and parole officer violated the conditions of his parole. Therefore, by virtue of the authority vested in me by

Section 15-22-31, Code of Alaabma, 1975, as amended, you are hereby given this written authority to take the

said _____ Darren Price _____ into your custody and hold him until

the arrival of the warrant from the Department of Corrections, but not more than twenty days.

Dated at _____ Dothan _____, Alabama, this the 22nd day of _____ October _____, 19 91.

_Gary A. Edwards_
Gary A. Edwards
Parole and Probation Officer

GAE/sb

_100 2 Mont Ana St._
_Dothan_

Executed the within ORDER by arresting
DARREN PRICE and
Taking Appearance Bond Committing Defendant
to Jail This 21 day of MAY 19 92
_____ Sheriff
By _____, D.S.

P.B. Form No. 108
Revised 6/89

STATE OF ALABAMA

BOARD OF PARDONS AND PAROLES

Montgomery, Alabama

*ORDER OF PROBATION AND PAROLE OFFICER*

*AUTHORIZING ARREST OF PROBATION VIOLATOR*

TO: SHERIFF OF _____HOUSTON_____ COUNTY OR ANY LAWFUL OFFICER

OF THE STATE OF ALABAMA

__Darren Price_____ Court No. __CC90-324___ who was

Convicted in ____Houston____ County of the offense of __Unlawful Posses-__

__sion of Controlled Substance_____

and who was sentenced to a term of _____three (3)_____ years in

the penitentiary or to Hard Labor for the county and who was granted probation on _____

__September 24, 1990_____ for a period of __three (3)___ years

has in the judgment of the undersigned probation and parole officer violated the conditions of his

probation. Therefore, by virtue of the authority vested in me by Title 15-22-54, Code of Alabama,

1975, as amended, you are hereby given this written authority to take the said _____

__Darren Price_____ into your custody and hold him for the further order

of the Judge of the Circuit Court of _____Houston_____ County.

Dated at __Dothan_____ Alabama, this the 15th day of __January_____

19 91 .

_Jeffrey K. Williams_____
Jeffrey K. Williams

Probation and Parole Officer

JKW/ddr

LAST KNOWN ADDRESS:  1002 Montana Street, Dothan, Alabama

BM, 12/14/68  HGT:  5'9"  WGT:  160  HAI:  Blk  EYE:  Bro
SS# 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

PLEASE CONTACT JEFF WILLIAMS AT 671-9459 WHEN SUBJECT IS IN CUSTODY.

PB Form 209
Revised 5/31/82

Executed the within _ORDER_____ by arresting

_DARREN PRICE_____ and

Taking Appearance Bond Committing Defendant

to Jail This _20_ day of _FEB._ 19 _91_

_____ Sheriff



*STATE OF ALABAMA*
*BOARD OF PARDONS AND PAROLES*

50 North Ripley
Montgomery, Alabama 36130
(205) 242-8700
May 15, 1991



Elmo T. Graves
Executive Director

34199

Darren Price
161957
Houston

2/20/91

Department of Corrections
Montgomery, Alabama

Your case has been reviewed and scheduled for parole consideration in ___6-91___.
This action was taken for the following reasons:

_____ 1/3 of total sentence.

___X___ Guideline setting.

_____ Additional conviction.

_____ Jail credit change.

_____ Placed in IGT status.

_____ Removed from IGT status.

_____ Change in total term.

_____ Reset because of escape.

_____ Computation error.

_____ Recommendation by trial judge, district attorney or prison official.

_____ Other _____

Sincerely,

*Elmo T. Graves*

Elmo T. Graves
Executive Director

ETG/ao

cc: Warden
    Parole Office Dothan
    Computer Unit
    File

CO Form 018
Revised 6/89

ALABAMA DEPARTMENT OF CORRECTIONS                    INST:    23
CJP131                          INMATE SUMMARY AS OF 05/20/91                    CODE: CMVU

AIS: 00161957      INMATE: PRICE, DARREN          2/26/91      RACE: B  SEX: M

INSTITUTION: 23H - HOUSTON                              JAIL CR: 00Y07M25D

DOB: 12/14/68      SSN: 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      PREVIOUS AIS: P0078937

ALIAS: PRICE, DARREN EARL                ALIAS:

ADM DT: 05/11/91      DEAD TIME: 00Y 00M 00D

ADM TYPE: NEW COMIT FROM CRT W/REV OF PROB    STAT: NEW COMIT FROM CRT W/REV OF PROB

CURRENT CUST: STM-2    CURRENT CUST DT: 05/11/91    PAROLE REVIEW DT: 06/01/91

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND FOR THIS AIS

SERVING UNDER ACT446 LAW IN CLASS I          CURRENT CLASS DATE:  05/16/91
INMATE IS EARNING : EARNS 75 DAYS FOR EACH 30 SERVED

COUNTY        STAT DT  CASE NO    CRIME                        JL-CR        TERM
HOUSTON       05/11/91N90324.01 VANDSA                          02350 003Y 00M 00D CS
                                 UNL PES CON SU
              COURT COSTS   : $0000858    FINES : $0001500    RESTITUTION : $0000100

 TOTAL TERM      MIN REL DT      GOOD TIME BAL      LONG DATE
003Y 00M 00D     12/03/1991      000Y 03M 07D       07/15/1993

INMATE LITERAL:

DETAINER WARRANTS SUMMARY
   INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

ESCAPEE-PAROLEE SUMMARY
   INMATE CURRENTLY HAS NO PAROLE RECORDS

   INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

   INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
   SINCE D.O.S.O.I.S. RECORDING BEGAN IN 1978

DISCIPLINARY SUMMARY
   INMATE CURRENTLY HAS NO DISCIPLINARY RECORDS

ALABAMA DEPARTMENT OF CORRECTIONS                          INST:    235
.JP232                INMATE SUMMARY AS OF 03/20/91                  CODE: CIADM

*************************************************************************************

AIS: 00161957    INMATE: PRICE, DARREN                    RACE: B  SEX: M

INSTITUTION: 235 - HOUSTON                          JAIL CR: 00Y07M25D

DOB: 12/14/68    SSN: 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     PREVIOUS AIS: P0078937

ADM DT: 03/11/91    DEAD TIME: 00Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PROB    STAT: NEW COMIT FROM CRT W/REV OF PROB

CURRENT CUST: OTW-3    CURRENT CUST DT: 03/11/91    PAROLE REVIEW DT:

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND FOR THIS AIS

SERVING UNDER ACT446 LAW IN CLASS II        CURRENT CLASS DATE:    03/11/91
INMATE IS EARNING : EARNS 40 DAYS FOR EACH 30 SERVED

COUNTY        SENT DT  CASE NO   CRIME                    JL-CR        TERM
HOUSTON       03/11/91 N90324.01 VAUCSA                   02350 003Y 00M 00D CS
                                 UNL POS CON SU
            COURT COSTS  : $0000836    FINES : $0001500   RESTITUTION : $0000100

 TOTAL TERM      MIN REL DT      GOOD TIME BAL      LONG DATE
 003Y 00M 00D    12/03/1991      000Y 00M 12D       07/15/1993

INMATE LITERAL:
*************************************************************************************

ETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

*************************************************************************************

SCAPEE-PAROLE SUMMARY
    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
    SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978

*************************************************************************************

ISCIPLINARY SUMMARY
    INMATE CURRENTLY HAS NO DISCIPLINARY RECORDS

WITNESS SUBPOENA

THE CIRCUIT COURT OF HOUSTON COUNTY                    08/06/90

THE STATE (C) VS DARRELL LYDELL JENKINS

CC 90 000414 01   JID:   MAC

TO: DARREN PRICE
    HO CO JAIL
    DOTHAN AL

  YOU ARE HEREBY ORDERED TO APPEAR BEFORE THIS COURT AS NOTED BELOW AND
CONTINUE TO APPEAR FROM DAY-TO-DAY HEREAFTER UNTIL LEGALLY EXCUSED.
THIS ORDER IS SUBJECT TO ALL JUDICIAL ENFORCEMENT AND SANCTION.

DATE: AUG 20, 1990                   SPECIAL INSTRUCTIONS

TIME: 8:00AM                         ____ SEE ATTACHED

LOCATION: FOURTH FLOOR COURTROOM     ____ OTHER
          HOUSTON COUNTY COURTHOUSE
          DOTHAN, ALABAMA

SUBPOENA REQUESTED BY: DEFENDANT

NOTE: PLEASE CALL 793-1580 AFTER 5:00 PM
      ON DAY BEFORE TRIAL.

----------------------------------------------------------------

TO ANY LAWFUL OFFICER OF THE          YOU ARE ORDERED TO SERVE THIS SUBPOENA
STATE OF ALABAMA:                     ON THE ABOVE NAMED PERSON AND MAKE
                                      RETURN TO THIS COURT

RETURN OF SERVICE

I CERTIFY THAT I PERSONALLY           SERVED BY _____ MAIL
DELIVERED A COPY TO

DARREN PRICE                          RETURN RECEIPT DATED _____

ON (DATE) 08-14-90                    (ATTACHED HERETO)
                                                         BY: (        )
_____
SIGNATURE OF SERVER                   _____
                                      TITLE OF SERVER

----------------------------------------------------------------

CC 90 000414 01                       ISSUED BY: JULIA TRANT
                                                 CLERK OF COURT

```
PRICE         DARREN              SID: 01153699
    SEX: M  RACE: B       * 12 M 1 U OIO 13
                          *    S 1 U OII
    DOB: 12/14/68         ***********************
                          NCIC:12150816130911101210
HGT:509   WGT:150   HAIR:BLK   EYE:BRO   SKN:XXX
DATE OF ARREST: 04/13/90
CHG 01 3599 DANGEROUS DRUGS-
```

```
LCN    36199             SSN   :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
FBI NO:                  J-NO  :
ORI   :AL0380000         AIS NO:
CONTB :HOUSTON CO SHERIFFS DEPT   DATE:05/07/90
```

```
PRICE         DARREN              SID: 01153699
    SEX: M  RACE: B       * 12 M 1 U OIO 13
                          *    S 1 U OII
    DOB: 12/14/68         ***********************
                          NCIC:12150816130911101210
HGT:510   WGT:160   HAIR:BLK   EYE:BRO   SKN:XXX
DATE OF ARREST: 02/20/91
CHG 01 5012 PROB VIOLATION-
```

```
LCN    :36199            SSN   :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
FBI NO:                  J-NO  :01153699
ORI   :AL0380000         AIS NO:
CONTB :HOUSTON COUNTY SHERIFF OFF DATE:07/05/91
```

```
PRICE         DARREN              SID: 01153699
    SEX: M  RACE: B       * 12 M 1 U OIO 13
                          *    S 1 U OII
    DOB: 12/14/68         ***********************
                          NCIC:12150816130911101210
HGT:508   WGT:150   HAIR:BLK   EYE:BRO   SKN:XXX
DATE OF ARREST: 05/21/92
CHG 01 5011 PAROLE VIOLATION-
CHG 02 3599 DANGEROUS DRUGS-POSS OF CONTROL SUB
```

```
LCN    :36199            SSN   :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
FBI NO:                  J-NO  :01153699
ORI   :AL0380000         AIS NO:
CONTB :HOUSTON COUNTY SHERIFF OFF DATE:06/12/92
```

CASE: DR 2000 000789.02
JUDGE: DENNY L. HOLLOWAY

G0352

36199

ALABAMA JUDICIAL DATA CENTER
CASE ACTION SUMMARY CONTINUATION
CIRCUIT CIVIL

IN THE CIRCUIT COURT OF HOUSTON COUNTY

SHAMECCA J BRAZZELL/DHR VS. DARREN E PRICE          TYPE TRIAL: NON-JURY  TRACK:
FILED: 08/18/2004 TYPE: CONTEMPT/RULE NISI
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DATE1: 08/16/2005  CA:    BENCH VERDICT    CA DATE: 08/16/2005
DATE2:             AMT:        $.00  PAYMENT:

10-6-06  warrant executed; case set for 11-13-06 @
         8:30 am

2-11-06  Nt to deft - DHR- jail

10-13-06  Cont to 1-29-07 at 8:30 AM Δ to complete
          SS class Δ can be released from
          custody on payment of $1,000 - and
          of full-time + acceptable payment
          plan. Notice to Δ Sylvia Joyson

IK  08/17/2005

ALABAMA JUDICIAL DATA CENTER
CASE ACTION SUMMARY CONTINUATION
CHILD SUPPORT

N THE JUVENILE COURT OF HOUSTON        COUNTY

RHONDA  DUNCAN      VS DARRON E PRICE
LED:  05/29/97    TYPE: 4-D PATERNITY         TYPE TRIAL:  NON-JURY   TRACK:

| | CA: | | | CA DATE: | |
|---|---|---|---|---|---|
| TE1: | | | | | |
| TE2: | AMT: | | $ .00 | PAYMENT: | |

| | |
|---|---|
| 26-97 | Execution ~~Issued~~ |
| 8-97 | Execution Returned- No property found |
| | |
| -98 | Contempt Petition |
| -98 | IRNtc  3-3-98  At 8:30Am |
| 5-98 | Summons by Cert-Mail |
| 98 | Summons ex |
| 3-98 | Deft  FTA after notice. Alias writ of |
| | arrest to issue. Bond set of $1,000 + |
| 5-98 | Warrant Issued            Phyllis J Logsdon |
| 28.00 | Amended Contempt Petition |
| | Nohce 3-6-01- 8:30 am |
| | copy to DHR |
| | Srd by Sheriff cert mail |
| 5-01 | ntc of change Ryal Ryderdash by DHR |
| 20/01 | Summons to Deft ret'd unclaimed - copy DHR |
| 6-01 | Alias warrant remains ofsc  Phyllis Logsdon |
| 2 | copy to DHR |
| 6-06 | warrant executed; case set for 11-13-06 @ 8:30 |
| 11-06 | Ntc to deft - DHR - jail |
| 11-06 | Subp to pet |
| | |
| 19-06 | Subp returned |
| -13-06 | Cont. to 1-29-07 at 8:30 AM. D to |
| | complete SS class D can be |
| | released from custody on payment of |
| | $6,000 — proof of full-time job + |
| '052997 | acceptable payment plan. D ordered |

CASE: DR 2000 000789.02
JUDGE: DENNY L. HOLLOWAY

60352  36199

ALABAMA JUDICIAL DATA CENTER
CASE ACTION SUMMARY CONTINUATION
CIRCUIT CIVIL
----------------------------------------

IN THE CIRCUIT COURT OF HOUSTON        COUNTY

SHAMECCA J BRAZZELL/DHR VS. DARREN E PRICE        TYPE TRIAL: NON-JURY   TRACK:
FILED:  08/18/2004 TYPE:  CONTEMPT/RULE NISI
*************************************************************
                        BENCH VERDICT     CA DATE:  08/16/2005
DATE1:  08/16/2005   CA:              $.00  PAYMENT:
DATE2:                AMT:
*************************************************************

10-6-06  warrant executed; case set for 11-13-06 @
         8:30 am

10-11-06  Nt to deft - DHR - gue

LIK  08/17/2005

JUDGE: DENNY L. HOLLOWAY

ALABAMA JUDICIAL DATA CENTER
CASE ACTION SUMMARY CONTINUATION
CHILD SUPPORT

IN THE JUVENILE COURT OF HOUSTON        COUNTY

RHONDA  DUNCAN      VS  DARRON E PRICE
FILED: 05/29/97   TYPE: 4-D PATERNITY        TYPE TRIAL: NON-JURY   TRACK:

*************************************************************

| DATE1: | CA: | | CA DATE |
| DATE2: | AMT: | $. 00 | PAYMENT: |

*************************************************************

| 8-26-97 | Execution Issued |
| 9-8-97 | Execution Returned- No property found |
| | |
| ① | |
| 1-5-98 | Contempt Petition |
| 1-5-98 | TR Ntc  3-3-98  At  8:30Am |
| 1-5-98 | Summons by Crt. Mail |
| 1-14-98 | Summons FX |
| 3-3-98 | Deft.  FTA after notice  Alias writ of |
| | arrest  to issue.  Bond set at $4,000 + |
| 3-5-98 | Warrant issued            Phyllis J. Rigsden |
| 12-28-00 | Amended Contempt Petition |
| | Sch. Jc. 3-6-01 - 8:30 Am |
| | copy to DHR |
| | Srd by sheriff cert mail |
| 1-25-01 | Ntc of charge. Ryal Rydeboush by DHR |
| 2/20/01 | Summons to Deft ret'd unclaimed - copy DHR |
| 3-6-01 | Alias warrant remains o/s        Phyllis J Rigsden |
| | copy to DHR |
| 10-6-06 | warrant executed; Case set for 11-13-06 @ 8:30 |
| 10-11-06 | Ntc to deft - DHR - jail |
| 10-11-06 | Subp to petr |

36199

```
ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2005 002204.00
R0272                    CASE ACTION SUMMARY               RUN DATE: 06/10/2005
ER: AMI                  DISTRICT  CRIMINAL
GE:   1                                                           JUDGE: CLL
 THE DISTRICT COURT OF  HOUSTON

ATE OF  ALABAMA                    VS      PRICE DARRON EARL
                                           805 MONTANT ST
SE: DC 2005 002204.00                      DOTHAN, AL 36303 0000

B: 12/14/1968       SEX: M  RACE: B  HT: 5 07  WT: 180   HR: BLK EYES: BRO
IN: 421008800  ALIAS NAMES:
ARGE01: POSS CONTR. SUBS.     CODE01: UPCS  LIT: POSS CONTR. SU TYP: F #: 001
FENSE DATE: 06/08/2005                     AGENCY/OFFICER: 0390100 CHAD KI

ATE WAR/CAP ISS:                       DATE ARRESTED: 06/08/2005
ATE    INDICTED:                       DATE    FILED: 06/10/2005
ATE   RELEASED:                        DATE  HEARING:
ND      AMOUNT:        $1,000.00            SURETIES:

ATE 1: 06/10/2005  DESC: APPD          TIME: 0300 P
ATE 2:             DESC:               TIME: 0000

RACKING NOS: WR 2005 014210 00  /                                      TYPE:

 DEF/ATY: Hon. Jack Blumenfeld  TYPE: (C)

                        00000                              00000

ROSECUTOR:

=================================================================================
TH CSE: WR200501421000 CHK/TICKET NO: WR2005014210      GRAND JURY: 257-07
RT REPORTER:              SID NO:       000000000                OPER: AMI
FT STATUS: JAIL          DEMAND:
---------------------------------------------------------------------------------
ATE          ACTIONS, JUDGEMENTS, AND NOTES
=================================================================================
```

6/10/2005

Defendant before the Court and advised of his/her rights, Hon. _____ is appointed counsel for the Defendant.

_____
DISTRICT JUDGE

# COURT INFORMATION

C/O _____

Name _Price    Dorren_____    Inmate No. _36199_

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 6-20-05 | NonSupp. | PR00-789.02 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Remarks and Atty's Name** _____

_____

_____

_____

JUDGE: _Logsdon_

SHELLEYS/793-1005                                              FORM #5136

# COURT INFORMATION

Name PRICE, DARREN E.                    Inmate No. 36199

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 27 Aug 05 | FTA CS | DR00789 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _____

_____

_____

_____

Judge: Mendheim

---

# COURT INFORMATION   C/O   Carlil

Name Darren Price                    Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 4-29-05 | N | DR00789 | | | | $2727.45 Cash |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name   5-16-05   830 Am

_____

_____

Judge: Steensland

3/6/19 (?)
04-29-08 (?)

```
AVS0351                                            DR 2000 000789.02

                                       JUDGE: DENNY L. HOLLOWAY

                    ALABAMA JUDICIAL DATA CENTER
                       CASE ACTION SUMMARY
                          CIRCUIT CIVIL

   IN THE CIRCUIT  COURT OF  HOUSTON      COUNTY

    SHAMECCA J BRAZZELL/DHR VS. DARREN E PRICE
  FILED:  08/18/2004 TYPE: CONTEMPT/RULE NISI   TYPE TRIAL: NON-JURY   TRACK:

***********************************************************************
 DATE1:          CA:              CA DATE:
 DATE2:          AMT:      $.00  PAYMENT:
 DATE3:
***********************************************************************
 PLAINTIFF  001: BRAZZELL SHAMECCA J
                                    ATTORNEY: NOMBERG JOEL M
                                    NOM001    2236 MONTGOMERY HIGHWAY
              , AL  00000-0000
              PHONE: (334)000-0000              DOTHAN, AL  36303
 ENTERED:  08/18/2004 ISSUED:            TYPE:        (334)793-6493
 SERVED:            ANSWERED:            JUDGEMENT:

 DEFENDANT  001: PRICE DARREN E
                 3640 MENLO CIRCLE          ATTORNEY:

                 MONTGOMERY, AL  36116-0000
                 PHONE: (334)000-0000
 ENTERED:  08/18/2004 ISSUED:            TYPE:
 SERVED:            ANSWERED:            JUDGEMENT:

        8/18/2004 CONTEMPT; TR 11/15 8:30; SMS BY SHRF
```

9/20/04 Sums to deft ret'd - unable to make contact

1-15-04 Cont'd for Service

*(illegible signature)*

11-22-04 TR 1-18-2004 at 8:30AL

11-22-04 Summons by Shrf

11-29-04 Sumns to deft Served

1-18-05 Deft FTA alias writ g arrest to issue Bond set
at $ 2,727.45

*(illegible signatures)*

Warrant Issued

4-26-05 Warrant Executed

4-27-05 New Ct date 5-16-05 @ 830am

```
CYP    08/18/2004                                 DR 2000 000789.02
```

# COURT INFORMATION

Name _Price Darren_                                        Inmate No. _36199_

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 2-10-93 | Abcs | CC93-132 | Mar 3, 93 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _HoR. Terry Buttord_

Tri-State 5832

# COURT INFORMATION

Date 03-23-90   Name PRICE DARREN                    Inmate No. _____

| Charge | Case No. | Court Date | Sentence | Prob. Hear Date | Amt. Bond |
|--------|----------|-----------|----------|-----------------|-----------|
| Unl Poss Con Sub | DC90-0418 | | | | 5000.00 |
| | | Waived to CS | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Remarks and Atty's Name  Kathleen Nemish

                                    Judge Steensland

Tri-State/5832

# COURT INFORMATION

Date 03-20-90   Name Price, Daren              Inmate No. 36199

| Charge | Case No. | Court Date | Sentence | Prob. Hear Date | Amt. Bond |
|--------|----------|-----------|----------|-----------------|-----------|
| NOL | TR89-4378 | 3-20-90 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Remarks and Atty's Name  Released this chg. On to make Bond from he had to make other

Tri-State/5832

# COURT INFORMATION

Date 2-27-90   Name Darren Price              Inmate No. 36199

| Charge | Case No. | Court Date | Sentence | Prob. Hear Date | Amt. Bond |
|--------|----------|-----------|----------|-----------------|-----------|
| U.P.C.S. | 27305 DC90-418 | AA6J | | | |
| | | | | | |
| | | | | | |

State of Alabama
Unified Judicial System

Form C-42  Rev. 2/79

**ORDER OF RELEASE**
**FROM JAIL**

| Case Number |
| --- |
| ID   YR   Number |

IN THE _Circuit_ COURT OF _Houston_ COUNTY

STATE OF ALABAMA            vs. _Darren Price_

TO THE JAILER OF _Houston County_

You are ordered to release from your custody the above name defendant, charged with the offense of _____

_Parole Violation_

Reason for Release: _reinstated on parole_

_6-25-92_

Date    COURT RECORD (White)    JAILER (Green)    Judge/Clerk _Gary O. Edwards_    By: _Parole Officer_

---

State of Alabama
Unified Judicial System

Form C-42  Rev. 2/79

**ORDER OF RELEASE**
**FROM JAIL**

| Case Number |
| --- |
| CC  90  324 |
| ID   YR   Number |

IN THE _Circuit_ COURT OF _Houston_ COUNTY

STATE OF ALABAMA            vs. _Darren Price_

TO THE JAILER OF _Houston Co._

You are ordered to release from your custody the above name defendant, charged with the offense of _____

_VPCS_

Reason for Release: _Deft placed on probation by Judge Holloway_

Date _Sept 24, 1990_

COURT RECORD (White)    JAILER (Green)    Judge/Clerk _Julia L Grant_    By:

ROBERTS & SON, INC., P. O. BOX 1807, BIRMINGHAM, ALABAMA 35201    TELEPHONE 822-3122.

---

State of Alabama
Unified Judicial System

Form C-42  Rev. 2/79

**ORDER OF RELEASE**
**FROM JAIL**

| Case Number |
| --- |
| TR 99  4378 |
| ID   YR   Number |

IN THE _District_ COURT OF _Houston_ COUNTY

STATE OF ALABAMA            vs. _Darren Price_

TO THE JAILER OF _Houston County_

You are ordered to release from your custody the above name defendant, charged with the offense of _NDL_

Reason for Release: _time served_

# COURT INFORMATION

Name _PRICE, DARREN_      Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 2-3-93 | UNLAW DIST | CC 93 122 | 4-12-93 | not guilty | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _TERRY BULLARD_

_3-3-93_
_RB_

ARG.

HOLLOWAY

Tri-State 5832

---

# COURT INFORMATION

Name _PRICE DARREN_      Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 03/11/91 | UPCS | CC90-324 | | Probation Revoked | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _Kathleen Nemish_

_Prob Rev. Hi_

_Judge Holloway_

CONVICTION REPORT    CASE: CC 90 000324.01
GRAND JURY: 00111

IN THE CIRCUIT COURT OF HOUSTON COUNTY    COURT ORI: 038015J

STATE OF ALABAMA VS    DC NO: 90 000418.00

PRICE DARREN
%HOUSTON COUNTY JAIL
DOTHAN AL

SSN: 000000000
SID NO:
AIS NO: _____

DOB: 12/14/68 SEX: M HEIGHT:5'9" WEIGHT:150 HAIR CLR:BLK EYE CLR:BRO

RACE: ( )W (*)B ( )OTHER COMPLEXION: ____ AGE: ____ DIS FEATURES: _____

DATE OFFENSE: _____ ARREST DATE: 04/13/90 ARRESTING ORI: AL 038015J

CHARGE CONVICTION: UNL POS CON SU    OFFENSE CLASS ( )A ( )B ( )C

JUDGE: DENNY L. HOLLOWAY    PROSECUTING ATTORNEY: MAXWELL, GARY R

PROBATION APPLIED   GRANTED   DATE    REARRESTED DATE   REVOKED   DATE

(*)Y ( )N 08/20/90   (*)Y ( )N 09/24/90   (*)Y ( )N 02/20/91   (*)Y ( )N 03/11/9:

| SENTENCE CONFINEMENT | PROBATION TERM | SUSPENDED | JAIL CREDIT ORDERED |
| YR MO DAY ACT 754-76 | YR MO DAY | YR MO DAY | YR MO DAY |
| 03 00 000 ( )Y (*)N | 00 00 000 | 00 00 000 (*)Y ( )NONE | 00 07 02: |

DATE SENTENCED: 08/20/90    DATE SENTENCE BEGINS: 03/11/91

SENTENCE PROVISIONS

( ) CONCURRENT     ( ) FORMAL
( ) CONSECUTIVE     ( ) INFORMAL
( ) BOOT CAMP (ACT 88-163)   *
( ) REVOCATION     ( ) BRYCE
( ) HABITUAL OFFENDER   ( ) WORK RELEASE
( ) YOUTHFUL OFFENDER (ACT 335-72)
( ) RESTITUTION (SPECIFY & ATTACH ORDER)
( ) RECOUPMENT (SPECIFY & ATTACH ORDER)
( ) LIFE ( ) LIFE W/O PAROLE ( ) DEATH

RESTITUTION / RECOUPMENT

| RESTITUTION | $0.00 |
| ATTORNEY FEE | $0.00 |
| VICTIMS COMP | $100.00 |
| COURT COST | $836.25 |
| WRTH CHK FEE | $0.00 |
| FINE | $1500.00 |
| OTHER FEE | $0.00 |

APPEAL INFORMATION   SENTENCE SUSPENDED   SENTENCE AFFIRMED   DATE REARREST
DATE    PENDING APPEAL DATE    DATE

( )Y (*)N _____    ( )Y ( )N _____    ( )Y ( )N _____   _____

REMARKS AND OTHER INFORMATION
(CONTINUE ON REVERSE SIDE)

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS AND
IS TRUE AND CORRECT ACCORDING
TO THE RECORD(AFFIX COURT SEAL)

Defendant;s probation revoked on March 11, 1991.
_____
_____
_____

March 19, 1991
DATE

JULIA TRANT     CLERK OF COURT

*Julia L Trant* (signature)

SIGNATURE

ASTERISK (*) INDICATES THAT A BLOCK HAS BEEN CHECKED

(031891)PAM

I, Julia L. Trant, Clerk of the _Circuit_

Court, hereby certify that this is a true and correct

copy of _Transcript_ filed in this Court

on _Dawn Price_

This the _10th_ of _March_ _99_

_Julia L. Trant_
CLERK OF COURT

# COURT INFORMATION

**Name** Darren Price                           **Inmate No.** _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 9-24-90 | UPCS | CC90-324 | | 3YR Probation to BE Released from Jail per Judge Holloway | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Remarks and Atty's Name** Kathleen Nemish

Probation Docket

Judge Holloway

Tri-State 5832

---

# COURT INFORMATION  JV

**Name** Price Darren                           **Inmate No:** _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 8-20-90 | UPCS | CC90-324 | Guilty Plea | 3grs $/500 | Fine $100 VCF | |
| | | | | | Prob Hear 9-24-90 1:30 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Remarks and Atty's Name** Kathleen Nemish

Crim Jury

Judge Holloway

# COURT INFORMATION

Name _Price, Darren_      Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 5-14-90 | U.P.C.S. | CC 89-324 | | Bond Reduced | | $5,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _Kathleen Nemish_
_Judge Holloway._

_Bond Reduction
Hearing._

Tri-State 5832

# COURT INFORMATION

_D.M_

Name _PRICE DARREN_      Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 5-8-90 | PCS | CC 90-324 | Arr'd Plead N/G | | 7-30-90 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name _Kathleen Nemish_
_Judge Jackson_