IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARREN PRICE, #36199, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 1:06-CV-1080-WKW |
| ) | |
| COMMANDER WILLIAM McCARTY, ) | |
| NURSE PRACTITIONER DARLA SPEIGNER, ) | |
| and CORRECTIONS OFFICER ) | |
| TRACEY WALKER, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL AFFIDAVIT TO SPECIAL REPORT AND ANSWER

COMES NOW, Defendants Commander William McCarty, Nurse Practitioner Darla Speigner and Corrections Officer Tracey Walker and move this Honorable Court for leave and opportunity to file a Supplemental Affidavit to Special Report and Answer and in support thereof states as follows:

A situation unrelated to the situation made the basis of this lawsuit has and continues to ethically prohibit the undersigned from directly contacting the primary medical provider and one of the defendants in this case. The situation giving rise to the difficulty has been resolved by verbal agreement but the written agreement has not been signed by the parties for both medical reasons (the nurse practitioner is undergoing treatment for cancer) and administrative reasons within the Sheriff's office. It was anticipated that this unrelated matter would be resolved by Thursday or Friday of last week. However, notwithstanding the undersigned's best efforts and due to events beyond the

undersigned's control, the situation has not been resolved.

The undersigned has spoken at length with the doctor who serves as the medical director for the jail concerning the giving of an affidavit or declaration regarding the medical issues in this case. The doctor is willing to do so but first wants to consult with the nurse practitioner concerning some details and has been unable to do so as of this date.

It is reasonably expected by the undersigned that the unrelated, but affecting situation, will resolve by the end of this week. However, as recent events have demonstrated, the undersigned has limited control over all of the variables involved.

With that caveat: The undersigned respectfully requests an additional extension of four (4) business days, through and until Monday, February 5, 2007, to file a supplemental special report with the Court to provide additional medical information from the doctor or nurse practitioner involved in plaintiff's medical treatment.

Dated this 30th day of January, 2007.

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing upon Darren Price, #36199, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 30th day of January, 2007.

s/Gary C. Sherrer
OF COUNSEL