IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

DARREN PRICE, #36199            *

    Plaintiff,                  *

    v.                          *   1:06-CV-1080-WKW

COMM. WILLIAM MCCARTY, *et al.*, *

    Defendants.                 *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Leave to File a Supplemental Affidavit to Special Report or Answer on or before February 5, 2007, and for good cause, it is

ORDERED that the motion (Doc. No 14) be and is hereby GRANTED.

Done, this 1st day of February 2007.

                          /s/Terry F. Moorer
                          TERRY MOORER
                          UNITED STATES MAGISTRATE JUDGE