IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARREN PRICE, #36199, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-CV-1080-WKW |
| | ) |
| COMMANDER WILLIAM McCARTY, | ) |
| NURSE PRACTITIONER DARLA SPEIGNER, | ) |
| and CORRECTIONS OFFICER | ) |
| TRACEY WALKER, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants in the above-styled cause, and respectfully request an additional one (1) day extension through and until February 6, 2007, in which to file their Supplemental Affidavit to Special Report and Answer filed with this court, and as grounds therefore state as follows:

1. That Defendants' Supplemental Affidavit to Special Report and Answer is currently due in this case on February 5, 2007.

2. That due to the doctor's patient load today, the undersigned has not been able to meet with Dr. Sam R. Banner, the Medical Director of the clinic, to obtain his signature on his Affidavit to be filed as a Supplement to the Special Report and Answer in this case. The undersigned has spoken briefly with Dr. Banner who understands this situation and is scheduled to review and sign his affidavit tomorrow.

WHEREFORE, Defendants respectfully request an additional one (1) day extension through and until February 6, 2007, in which to file their Supplemental Affidavit to Special Report and Answer in this case.

Dated this 5th day of February, 2007.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Motion for Extension of Time upon Darren Price, #36199, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 5th day of February, 2007.

s/Gary C. Sherrer
OF COUNSEL