IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

DARREN PRICE, #36199                          *

    Plaintiff,                                *

      v.                                    *          1:06-CV-1080-WKW

COMM. WILLIAM MCCARTY, *et al.*,   *

    Defendants.                               *

_____

### ORDER ON MOTION

    Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

    1.  Defendants' Motion for Extension of Time (Doc. No. 16) is GRANTED; and

    2.  Defendants are GRANTED an extension from February 5, 2007 to February 6, 2007 to file their supplemental affidavit to their special report and answer.

    Done, this 6th day of February 2007.


                        /s/Terry F. Moorer
                    TERRY MOORER
                    UNITED STATES MAGISTRATE JUDGE