IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARREN PRICE, #36199, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-1080-WKW |
| | ) |
| COMM. WILLIAM MCCARTY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On March 19, 2007, the Magistrate Judge filed a Recommendation (Doc. # 20) that the claims of the plaintiff be dismissed without prejudice for failure to prosecute. Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 20) is ADOPTED; and

2. Plaintiff's Complaint (Doc. # 1) is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 10th day of April, 2007.

          /s/ W. Keith Watkins
      UNITED STATES DISTRICT JUDGE